| | |
|---|---|
| From: | Restaurant Gift Card Giveaway [KillerDeal@25.moosq.com] |
| Sent: | Thursday, September 15, 2005 9:44 PM |
| To: | jferron@columbus.rr.com |
| Subject: | Special Confirmation #0745 GR334 |

Restaurant Gift Card Awards Department
Customer Incentive Promotions
14545 J Military Tr. #189
Delray Beach, FL 33484, USA.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DO NOT DELETE - THIS WILL BE THE LAST EMAIL CONFIRMATION FOR YOUR FREE GIFT CARD YOU WILL RECEIVE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Special Confirmation #0745-GR334
To: Member #77565
------------------------------------------------------------

You have been specially selected from milllions to receive our FREE $100 *RESTAURANT GIFT CARD

THANK YOU!

To receive your gift, please click on or cut and paste:
http://25.moosq.com/m/1?3c9-dvqv-1-8kqe-34en3

We will send you a follow up email after you click below to confirm your order and verify your delivery address

Please visit our website at
http://25.moosq.com/m/1?3c9-dvqv-2-8kqe-34en3

to confirm this Special!

ENJOY YOUR DINNER ON US!

Sarah Nebaum
Your Award Representative
Customer Incentive Promotions



This limited time promotion is sponsored by Consumer Incentive Promotions and subject to Terms, Conditions and Restrictions. See site for details. The trademark owners have not endorsed this promotion, nor are they affiliated or connected with this promotion. If you no longer wish to receive Consumer Incentive Promotions emails, visit the unsubscribe page on the Consumer Incentive Promotions site, or you can write us at: Consumer Incentive

Promotions, 14545 J Military Tr. #189, Delray Beach, FL 33484, USA.

To unsubscribe, go to:
http://25.moosq.com/remove?r.KillerDeal.0-5e44854-68bb.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-5e44854-68bb.columbus.rr.com.-jferron@25.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| From: | Killer Deals [KillerDeal@28.moosq.com] |
| Sent: | Monday, October 24, 2005 1:48 PM |
| To: | jferron@columbus.rr.com |
| Subject: | [Norton AntiSpam] Coke or Pepsi -?- |

National Survey Panel – Complimentary $100 Worth of Soda or a $100 Restaurant Gift Card, Click Here



National Survey Panel – Complimentary $100 Worth of Soda or a $100 Restaurant Gift Card, Click Here

NationalSurveyPanel Gift Program is not endorsed, sponsored by or affiliated with Coke® or Pepsi®. Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by NationalSurveyPanel and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to US residents, 18 and over. Void where prohibited. If you no longer wish to receive NationalSurveyPanel emails, visit the unsubscribe page on the NationalSurveyPanel site or visit the url: http://www.nationalsurveypanel.com/suppress.htm. Or, print a copy of this email and send it along with your request to: NationalSurveyPanel, 123 N. Congress Avenue, #351, Boynton Beach, FL 33426.

To unsubscribe from this mailing list: click here
or send a blank message to: r.KillerDeal.0-616f880-4341.columbus.rr.com.-jferron@28.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



EXHIBIT 2

1

| | |
|---|---|
| From: | Processing & Tracking Dept [KillerDeal@20.moosq.com] |
| Sent: | Monday, October 24, 2005 10:26 PM |
| To: | jferron@columbus.rr.com |
| Subject: | [Norton AntiSpam] Delivery OfferConfirmation #3648-VACC6735 |

Customer Service
Sample Promotions Group

---

CircuitCity* GiftCard OfferConfirmation #3658-VACC6735
To: Member #4061

---

To receive your gift, please click on or cut and paste:

http://20.moosq.com/m/1?3c9-e8d6-1-8kqd-34en3

We have been trying to reach you in order to deliver your free Circuit City* Gift Card.

Please verify your shipping address and zipcode.

Consumer Incentive Promotions has given you this $250 Circuit City Gift Card just for answering a 3-minute survey and following instructions on our website.

Please visit our website and verify your zipcode:

http://20.moosq.com/m/1?3c9-e8d6-2-8kqd-34en3

Thank you and ENJOY!

Sincerely,

Mary Henderson
Customer Service Rep.
Sample Promotions Group

EXHIBIT 3

*The listed merchants in no way endorse or sponsor the activities of Sample Promotions Group. Receipt of the free gift requires completion of offer terms, which include without limitation; age and residency requirements, registration with a valid email address, completion of required sponsor offers and redemption certificates, ongoing opt-in to email communications and shipping address verification. Upon completion of these steps, Sample Promotions Group will ship your free gift to the verified address. To unsub via postal send to 111 East 14th St. #104 New York, NY 10003. The above merchant, names, designs, and related marks are registered trademarks of their respective owners.

1

To unsubscribe, go to:
http://20.moosq.com/remove?r.KillerDeal.0-617b2d4-19d.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-617b2d4-19d.columbus.rr.com.-jferron@20.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

2

| | |
|---|---|
| **From:** | Killer Deals [KillerDeal@05.moosq.com] |
| **Sent:** | Tuesday, October 25, 2005 11:40 PM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] Kitchen Makeover - Offer Confirmation #239R-VGEC5746 for jferron@columbus.rr.com |

---

$1000 Kitchen Makeover OfferConfirmation #239R-VGEC5746
To: Member #4031 Email: jferron@columbus.rr.com

---

To receive your gift, please click on or cut and paste:
http://05.moosq.com/m/1?3c9-e8qg-1-avax-34en3

We have been trying to reach you in order to deliver your Free* $1000 Kitchen Makeover.

Please verify your shipping address and zipcode.
http://05.moosq.com/m/1?3c9-e8qg-2-avax-34en3

Rewards Gateway has for you this $1000 Kitchen Makeover just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://05.moosq.com/m/1?3c9-e8qg-3-avax-34en3

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.


EXHIBIT 4

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by

1

RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, go to:
http://05.moosq.com/remove?r.KillerDeal.0-618ac71-4b58.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-618ac71-4b58.columbus.rr.com.-jferron@05.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| From: | Killer Deals [KillerDeal@25.moosq.com] |
| Sent: | Wednesday, October 26, 2005 10:38 AM |
| To: | jferron@columbus.rr.com |
| Subject: | [Norton AntiSpam] Home Depot- Offer Confirmation #278R-VBEC5738 |

---

Home Depot GiftCard OfferConfirmation #278R-VBEC5738
To: Member #4031 Email: jferron@columbus.rr.com

---

To receive your gift, please click on or cut and paste:
http://25.moosq.com/m/1?3c9-e8vk-1-at8v-34en3

We have been trying to reach you in order to deliver your Free* Home Depot Gift Card.

Please verify your shipping address and zipcode.
http://25.moosq.com/m/1?3c9-e8vk-2-at8v-34en3

Rewards Gateway has for you this $500 Home Depot Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://25.moosq.com/m/1?3c9-e8vk-3-at8v-34en3

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.



EXHIBIT 5

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, go to:
http://25.moosq.com/remove?r.KillerDeal.0-6198d70-3230.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-6198d70-3230.columbus.rr.com.-jferron@25.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

```
From:          Killer Deals [KillerDeal@04.moosq.com]
Sent:          Monday, October 31, 2005 1:34 PM
To:            jferron@columbus.rr.com
Subject:       [Norton AntiSpam] WalMart- Offer Confirmation #238R-VDEC5736 for
               jferron@columbus.rr.com
```

---

WalMart GiftCard OfferConfirmation #238R-VDEC5736
To: Member #4031 Email: jferron@columbus.rr.com

---

To receive your gift, please click on or cut and paste:
http://04.moosq.com/m/1?3c9-eaff-1-avai-34en3

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://04.moosq.com/m/1?3c9-eaff-2-avai-34en3

Rewards Gateway has for you this $250 WalMart Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://04.moosq.com/m/1?3c9-eaff-3-avai-34en3

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.



EXHIBIT 6

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, go to:
http://04.moosq.com/remove?r.KillerDeal.0-6203300-3266.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-6203300-3266.columbus.rr.com.-jferron@04.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

2

```
From:       Killer Deals [KillerDeal@13.moosq.com]
Sent:       Tuesday, November 01, 2005 10:07 PM
To:         jferron@columbus.rr.com
Subject:    [Norton AntiSpam] Kitchen Makeover - Offer Confirmation #239R-VGEC5746 for
            jferron@columbus.rr.com
```

---

$1000 Kitchen Makeover OfferConfirmation #239R-VGEC5746
To: Member #4031 Email: jferron@columbus.rr.com

---

To receive your gift, please click on or cut and paste:
http://13.moosq.com/m/1?3c9-eb2i-1-avax-34en3

We have been trying to reach you in order to deliver your Free* $1000 Kitchen Makeover.

Please verify your shipping address and zipcode.
http://13.moosq.com/m/1?3c9-eb2i-2-avax-34en3

Rewards Gateway has for you this $1000 Kitchen Makeover just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://13.moosq.com/m/1?3c9-eb2i-3-avax-34en3

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.

**EXHIBIT 1**

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by

1

RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, go to:
http://13.moosq.com/remove?r.KillerDeal.0-621f500-339d.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-621f500-339d.columbus.rr.com.-jferron@13.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| From: | Killer Deals [KillerDeal@04.moosq.com] |
| Sent: | Wednesday, November 02, 2005 12:56 PM |
| To: | jferron@columbus.rr.com |
| Subject: | [Norton AntiSpam] Home Depot- Offer Confirmation #278R-VBEC5738 34en3 |

---------------------------------------------------------------
Home Depot GiftCard OfferConfirmation #278R-VBEC5738
To: Member #4031 Email: jferron@columbus.rr.com
---------------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://04.moosq.com/m/1?3c9-eb84-1-at8v-34en3

We have been trying to reach you in order to deliver your Free* Home Depot Gift Card.

Please verify your shipping address and zipcode.
http://04.moosq.com/m/1?3c9-eb84-2-at8v-34en3

Rewards Gateway has for you this $500 Home Depot Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://04.moosq.com/m/1?3c9-eb84-3-at8v-34en3

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.


EXHIBIT 8

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, go to:
http://04.moosq.com/remove?r.KillerDeal.0-622d601-167b.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-622d601-167b.columbus.rr.com.-jferron@04.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | Killer Deals [KillerDeal@04.moosq.com] |
| **Sent:** | Monday, November 07, 2005 5:36 PM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] WalMart- Offer Confirmation #238R-VDEC5736 for jferron@columbus.rr.com |

---

WalMart GiftCard OfferConfirmation #238R-VDEC5736
To: Member #4031 Email: jferron@columbus.rr.com

---

To receive your gift, please click on or cut and paste:
http://04.moosq.com/m/1?3c9-ecwv-1-avai-34en3

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://04.moosq.com/m/1?3c9-ecwv-2-avai-34en3

Rewards Gateway has for you this $250 WalMart Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://04.moosq.com/m/1?3c9-ecwv-3-avai-34en3

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.

EXHIBIT 9

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, go to:
http://04.moosq.com/remove?r.KillerDeal.0-6296d81-6c63.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-6296d81-6c63.columbus.rr.com.-jferron@04.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

2