| | |
|---|---|
| **From:** | Killer Deals [KillerDeal@10.moosq.com] |
| **Sent:** | Tuesday, November 08, 2005 9:02 PM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] Kitchen Makeover - Offer Confirmation #239R-VGEC5746 for jferron@columbus.rr.com |

```
------------------------------------------------------------
$1000 Kitchen Makeover OfferConfirmation #239R-VGEC5746
To: Member #4031 Email: jferron@columbus.rr.com
------------------------------------------------------------
```

To receive your gift, please click on or cut and paste:
http://10.moosq.com/m/l?3c9-edgx-1-avax-34en3

We have been trying to reach you in order to deliver your Free* $1000 Kitchen Makeover.

Please verify your shipping address and zipcode.
http://10.moosq.com/m/l?3c9-edgx-2-avax-34en3

Rewards Gateway has for you this $1000 Kitchen Makeover just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://10.moosq.com/m/l?3c9-edgx-3-avax-34en3

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.

EXHIBIT
10

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by

1

RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, go to:
http://10.moosq.com/remove?r.KillerDeal.0-62b2f81-3de8.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-62b2f81-3de8.columbus.rr.com.-jferron@10.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | Killer Deals [KillerDeal@21.moosq.com] |
| **Sent:** | Monday, November 14, 2005 5:47 AM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] WalMart- Offer Confirmation #238R-VDEC5736 for jferron@columbus.rr.com |

```
---------------------------------------------------------
WalMart GiftCard OfferConfirmation #238R-VDEC5736
To: Member #4031 Email: jferron@columbus.rr.com
---------------------------------------------------------
```

To receive your gift, please click on or cut and paste:
http://21.moosq.com/m/l?3c9-efd1-1-avai-34en3

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://21.moosq.com/m/l?3c9-efd1-2-avai-34en3

Rewards Gateway has for you this $250 WalMart Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://21.moosq.com/m/l?3c9-efd1-3-avai-34en3

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.



Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, go to:
http://21.moosq.com/remove?r.KillerDeal.0-632a80c-2905.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-632a80c-2905.columbus.rr.com.-jferron@21.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | Killer Deals [KillerDeal@15.moosq.com] |
| **Sent:** | Tuesday, November 15, 2005 10:50 AM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] Lap Top - Offer Confirmation #048Q-VBC239 34en3 |

```
------------------------------------------------------------
Computer GiftCard OfferConfirmation #048Q-VBC239 34en3
To: Member #4031 Email: jferron@columbus.rr.com
------------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://15.moosq.com/l?3c9-eftt-1-avao-34en3

We are trying to reach you in order to deliver your Free* Lap Top Computer Gift Card.

Please verify your shipping address and zipcode.
http://15.moosq.com/m/l?3c9-eftt-2-avao-34en3

Consumer Incentive Promotions will give you this Lap Top Computer Gift Card just for
answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://15.moosq.com/m/l?3c9-eftt-3-avao-34en3

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
```

EXHIBIT

_12_

*ResearchTestGroup has selected FreeGift World as theprovider of the promotional gift card.
The listed merchants in no way endorse or sponser the activities of ResearchTestGroup or
FreeGiftWorld. Receipt of the gift card requires completion of new member promotion offer
terms, which include without limitation; age and residency requirements, registration with a
valid email address, completion of the required sponser offers and redemption certificate,
ongoing opt-in to email communications and shipping address verification. Upon completion of
these steps, FreeGiftWorld will ship your free gift to the verified address. the above
merchant names, designs, and related marks are registered trademarks of their respective
owners.

This advertisement was sent to you by an affiliate of FreeGiftWorld. If you have any questions, you may contact us at: Attn: FreeGiftWorld com, 1894 Highway 50E, Suite #4, PMB 472, Carson City, NV 89701. If you wish to remove yourself from future FreeGiftWorld mailings please click here to here to go to the website and select the Unsubscribe link at the bottom of the page. If you wish to unsubscribe from future mailings from this email publisher please follow their listed instructions.

To unsubscribe, go to:
http://15.moosq.com/remove?r.KillerDeal.0-633f984-5864.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-633f984-5864.columbus.rr.com.-jferron@15.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| From: | Killer Deals [KillerDeal@06.moosq.com] |
| Sent: | Tuesday, November 15, 2005 9:29 PM |
| To: | jferron@columbus.rr.com |
| Subject: | [Norton AntiSpam] Kitchen Makeover - Offer Confirmation #239R-VGEC5746 for jferron@columbus.rr.com |

```
--------------------------------------------------------
$1000 Kitchen Makeover OfferConfirmation #239R-VGEC5746
To: Member #4031 Email: jferron@columbus.rr.com
--------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://06.moosq.com/m/l?3c9-eg4r-1-avax-34en3

We have been trying to reach you in order to deliver your Free* $1000 Kitchen Makeover.

Please verify your shipping address and zipcode.
http://06.moosq.com/m/l?3c9-eg4r-2-avax-34en3

Rewards Gateway has for you this $1000 Kitchen Makeover just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://06.moosq.com/m/l?3c9-eg4r-3-avax-34en3

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
```

EXHIBIT
13

Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by

1

RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, go to:
http://06.moosg.com/remove?r.KillerDeal.0-6346a06-5c72.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-6346a06-5c72.columbus.rr.com.-jferron@06.moosg.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | Killer Deals [KillerDeal@11.moosq.com] |
| **Sent:** | Thursday, November 17, 2005 12:42 PM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] Target - Offer Confirmation #239R-VMEC5736 34en3 |

```
----------------------------------------------------------
Target GiftCard Offer Confirmation #239R-VMEC5736 34en3
To: Member #4021 Email: jferron@columbus.rr.com
----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://11.moosq.com/m/l?3c9-egt7-1-ak6e-34en3

We have been trying to reach you in order to deliver your Free* Target Gift Card.

Please verify your shipping address and zipcode.
http://11.moosq.com/m/l?3c9-egt7-2-ak6e-34en3

Rewards Gateway has for you this $500 Target Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://11.moosq.com/m/l?3c9-egt7-3-ak6e-34en3

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.
```



EXHIBIT
_14_

```
Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-
```

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, go to:
http://11.moosq.com/remove?r.KillerDeal.0-6369c84-5b8f.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-6369c84-5b8f.columbus.rr.com.-jferron@11.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | Killer Deals [KillerDeal@15.moosq.com] |
| **Sent:** | Monday, November 21, 2005 1:50 PM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] WalMart- Offer Confirmation #238R-VDEC5736 for jferron@columbus.rr.com |

```
--------------------------------------------------------------
WalMart GiftCard OfferConfirmation #238R-VDEC5736
To: Member #4031 Email: jferron@columbus.rr.com
--------------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://15.moosq.com/m/l?3c9-ehxw-1-avai-34en3

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://15.moosq.com/m/l?3c9-ehxw-2-avai-34en3

Rewards Gateway has for you this $250 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://15.moosq.com/m/l?3c9-ehxw-3-avai-34en3

Thank you and ENJOY!

Sincerely,


Laura Cruz
Customer Service Rep.
```



EXHIBIT
*15*

```
Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-
```

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, go to:
http://15.moosq.com/remove?r.KillerDeal.0-63be282-6926.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-63be282-6926.columbus.rr.com.-jferron@15.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | AccountReview [AccountReview@056.mailzips.com] |
| **Sent:** | Friday, November 25, 2005 3:01 PM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] Target - Offer Confirmation #048Q-VBEC5735 |

---

```
------------------------------------------------------------
Target GiftCard OfferConfirmation #3658-VBEC5735
To: Member #4031 Email: jferron@columbus.rr.com
------------------------------------------------------------
```

<a href="http://056.mailzips.com/m/l?3zc-ejdn-1-az72-1uhr">To receive your gift, please click on or cut and paste:</a>

We have been trying to reach you in order to deliver your free Target Gift Card.

<a href="http://056.mailzips.com/m/l?3zc-ejdn-2-az72-1uhr">Please verify your shipping address and zipcode.</a>

Exclusive Rewards has given you this $250 Target Gift Card just for answering a survey and following instructions on our website.

<a href="http://056.mailzips.com/m/l?3zc-ejdn-3-az72-1uhr">Please visit our website and verify your zipcode:</a>

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.
Exclusive Rewards


To unsubscribe from this Advertisement, go to:
http://056.mailzips.com/remove?r.AccountReview.0-64152bd-1324.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.AccountReview.0-64152bd-1324.columbus.rr.com.-jferron@056.mailzips.com

Account Review
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



EXHIBIT
16

1

| | |
|---|---|
| From: | Killer Deals [KillerDeal@25.moosq.com] |
| Sent: | Tuesday, November 29, 2005 1:59 PM |
| To: | jferron@columbus.rr.com |
| Subject: | [Norton AntiSpam] Kitchen Makeover - Offer Confirmation #239R-VGEC5746 for jferron@columbus.rr.com |

```
--------------------------------------------------------
$1000 Kitchen Makeover OfferConfirmation #239R-VGEC5746
To: Member #4031 Email: jferron@columbus.rr.com
--------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://25.moosq.com/m/l?3c9-ekf9-1-avax-34en3

We have been trying to reach you in order to deliver your Free* $1000 Kitchen Makeover.

Please verify your shipping address and zipcode.
http://25.moosq.com/m/l?3c9-ekf9-2-avax-34en3

Rewards Gateway has for you this $1000 Kitchen Makeover just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://25.moosq.com/m/l?3c9-ekf9-3-avax-34en3

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
```

EXHIBIT

17

```
Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
```

1

RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, go to:
http://25.moosq.com/remove?r.KillerDeal.0-646df05-4ae6.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-646df05-4ae6.columbus.rr.com.-jferron@25.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

**From:** PrizeDept [PrizeDept@149.mailzips.com]
**Sent:** Thursday, December 01, 2005 4:56 PM
**To:** jferron@columbus.rr.com
**Subject:** [Norton AntiSpam] Coke vs Pepsi --?--

National Survey Panel – Complimentary $100 Worth of Soda or a $100 Restaurant Gift Card, Click Here



National Survey Panel – Complimentary $100 Worth of Soda or a $100 Restaurant Gift Card, Click Here

NationalSurveyPanel Gift Program is not endorsed, sponsored by or affiliated with Coke® or Pepsi®.
Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by NationalSurveyPanel and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to US residents, 18 and over. Void where prohibited. If you no longer wish to receive NationalSurveyPanel emails, visit the unsubscribe page on the NationalSurveyPanel site or visit the url: http://www.nationalsurveypanel.com/suppress.htm. Or, print a copy of this email and send it along with your request to: NationalSurveyPanel, 123 N. Congress Avenue, #351, Boynton Beach, FL 33426.

To unsubscribe from this mailing list: click here
or send a blank message to: r.PrizeDept.0-64949c6-36f4.columbus.rr.com.-jferron@149.mailzips.com

RewardGateway
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



EXHIBIT
18

1



| | |
|---|---|
| **From:** | AccountReview [AccountReview@203.mailzips.com] |
| **Sent:** | Friday, December 02, 2005 5:09 AM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] Target - Offer Confirmation #048Q-VBEC5735 |

```
---------------------------------------------------------
Target GiftCard OfferConfirmation #3658-VBEC5735
To: Member #4031 Email: jferron@columbus.rr.com
---------------------------------------------------------
```

<a href="http://203.mailzips.com/m/l?3zc-elex-1-az72-1uhr">To receive your gift, please click on or cut and paste:</a>

We have been trying to reach you in order to deliver your free Target Gift Card.

<a href="http://203.mailzips.com/m/l?3zc-elex-2-az72-1uhr">Please verify your shipping address and zipcode.</a>

Exclusive Rewards has given you this $250 Target Gift Card just for answering a survey and following instructions on our website.

<a href="http://203.mailzips.com/m/l?3zc-elex-3-az72-1uhr">Please visit our website and verify your zipcode:</a>

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.
Exclusive Rewards


To unsubscribe from this Advertisement, go to:
http://203.mailzips.com/remove?r.AccountReview.0-64a0415-2dde.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.AccountReview.0-64a0415-2dde.columbus.rr.com.-jferron@203.mailzips.com

Account Review
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



1

**From:**       Killer Deals [KillerDeal@08.moosq.com]
**Sent:**       Monday, December 05, 2005 11:22 AM
**To:**         jferron@columbus.rr.com
**Subject:**    [Norton AntiSpam] WalMart- Offer Confirmation #238R-VDEC5736 for
                jferron@columbus.rr.com

```
-----------------------------------------------------
WalMart GiftCard OfferConfirmation #238R-VDEC5736
To: Member #4031 Email: jferron@columbus.rr.com
-----------------------------------------------------

To receive your gift, please click on or cut and paste:
http://08.moosq.com/m/l?3c9-em59-1-avai-34en3

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://08.moosq.com/m/l?3c9-em59-2-avai-34en3

Rewards Gateway has for you this $250 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://08.moosq.com/m/l?3c9-em59-3-avai-34en3

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.
```

**EXHIBIT 20**

Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, go to:
http://08.moosq.com/remove?r.KillerDeal.0-64e577f-1b12.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-64e577f-1b12.columbus.rr.com.-jferron@08.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | Killer Deals [KillerDeal@03.moosq.com] |
| **Sent:** | Tuesday, December 06, 2005 8:54 PM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] Kitchen Makeover - Offer Confirmation #239R-VGEC5746 for jferron@columbus.rr.com |

```
--------------------------------------------------------
$1000 Kitchen Makeover OfferConfirmation #239R-VGEC5746
To: Member #4031 Email: jferron@columbus.rr.com
--------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://03.moosq.com/m/l?3c9-emsy-1-avax-34en3

We have been trying to reach you in order to deliver your Free* $1000 Kitchen Makeover.

Please verify your shipping address and zipcode.
http://03.moosq.com/m/l?3c9-emsy-2-avax-34en3

Rewards Gateway has for you this $1000 Kitchen Makeover just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://03.moosq.com/m/l?3c9-emsy-3-avax-34en3

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
```

**EXHIBIT**

**21**

Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by

1

RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, go to:
http://03.moosq.com/remove?r.KillerDeal.0-650198a-335f.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-650198a-335f.columbus.rr.com.-jferron@03.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | Killer Deals [KillerDeal@10.moosq.com] |
| **Sent:** | Thursday, December 08, 2005 11:35 AM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] Target - Offer Confirmation #239R-VMEC5736 34en3 |

```
----------------------------------------------------------
Target GiftCard Offer Confirmation #239R-VMEC5736 34en3
To: Member #4021 Email: jferron@columbus.rr.com
----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://10.moosq.com/m/l?3c9-ene6-1-ak6e-34en3

We have been trying to reach you in order to deliver your Free* Target Gift Card.

Please verify your shipping address and zipcode.
http://10.moosq.com/m/l?3c9-ene6-2-ak6e-34en3

Rewards Gateway has for you this $500 Target Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://10.moosq.com/m/l?3c9-ene6-3-ak6e-34en3

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.
```

**EXHIBIT**

**22**

Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, go to:
http://10.moosq.com/remove?r.KillerDeal.0-6524c07-4558.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-6524c07-4558.columbus.rr.com.-jferron@10.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | Killer Deals [KillerDeal@12.moosq.com] |
| **Sent:** | Monday, December 12, 2005 10:54 AM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] WalMart- Offer Confirmation #238R-VDEC5736 for jferron@columbus.rr.com |

```
-----------------------------------------------------------
WalMart GiftCard OfferConfirmation #238R-VDEC5736
To: Member #4031 Email: jferron@columbus.rr.com
-----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://12.moosq.com/m/l?3c9-eohl-1-avai-34en3

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://12.moosq.com/m/l?3c9-eohl-2-avai-34en3

Rewards Gateway has for you this $250 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://12.moosq.com/m/l?3c9-eohl-3-avai-34en3

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.
```

**EXHIBIT**
**23**

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364


To unsubscribe, go to:
http://12.moosq.com/remove?r.KillerDeal.0-6579203-1733.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-6579203-1733.columbus.rr.com.-jferron@12.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | Killer Deals [KillerDeal@40.moosq.com] |
| **Sent:** | Tuesday, December 13, 2005 8:12 PM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] Kitchen Makeover - Offer Confirmation #239R-VGEC5746 for jferron@columbus.rr.com |

```
---------------------------------------------------------
$1000 Kitchen Makeover OfferConfirmation #239R-VGEC5746
To: Member #4031 Email: jferron@columbus.rr.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://40.moosq.com/m/l?3c9-ep5a-1-avax-34en3

We have been trying to reach you in order to deliver your Free* $1000 Kitchen Makeover.

Please verify your shipping address and zipcode.
http://40.moosq.com/m/l?3c9-ep5a-2-avax-34en3

Rewards Gateway has for you this $1000 Kitchen Makeover just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://40.moosq.com/m/l?3c9-ep5a-3-avax-34en3

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
```

EXHIBIT
**24**

```
Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
```

1

RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, go to:
http://40.moosq.com/remove?r.KillerDeal.0-659540d-734f.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-659540d-734f.columbus.rr.com.-jferron@40.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | Killer Deals [KillerDeal@11.moosq.com] |
| **Sent:** | Thursday, December 15, 2005 11:16 AM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] Target - Offer Confirmation #239R-VMEC5736 34en3 |

```
---------------------------------------------------------
Target GiftCard Offer Confirmation #239R-VMEC5736 34en3
To: Member #4021 Email: jferron@columbus.rr.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://11.moosq.com/m/l?3c9-epqx-1-ak6e-34en3

We have been trying to reach you in order to deliver your Free* Target Gift Card.

Please verify your shipping address and zipcode.
http://11.moosq.com/m/l?3c9-epqx-2-ak6e-34en3

Rewards Gateway has for you this $500 Target Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://11.moosq.com/m/l?3c9-epqx-3-ak6e-34en3

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.
```

**EXHIBIT 25**

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, go to:
http://11.moosq.com/remove?r.KillerDeal.0-65b868d-277a.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-65b868d-277a.columbus.rr.com.-jferron@11.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234