| From: | ClaimsDept [ClaimsDept@055.mx02.net] |
|---|---|
| Sent: | Friday, December 16, 2005 3:00 PM |
| To: | jferron@columbus.rr.com |
| Subject: | [Norton AntiSpam] jferron@columbus.rr.com, WalMart GiftCard OfferConfirmation #239R-VDEC5736 |

```
---------------------------------------------------------
WalMart GiftCard OfferConfirmation #239R-VDEC5736
To: Member #4031 Email: jferron@columbus.rr.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://055.mx02.net/m/l?3ta-eqbd-1-bau1-7ru3j

We have been trying to reach you in order to deliver your Free WalMart Gift Card.

Please verify your shipping address and zipcode.
http://055.mx02.net/m/l?3ta-eqbd-2-bau1-7ru3j

Rewards Gateway has for you this $500 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://055.mx02.net/m/l?3ta-eqbd-3-bau1-7ru3j

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
```

EXHIBIT
26

```
Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
```

1

RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, go to:
http://055.mx02.net/remove?r.ClaimsDept.0-65cf7aa-2595.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-65cf7aa-2595.columbus.rr.com.-jferron@055.mx02.net

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

```
From:        Killer Deals [KillerDeal@24.moosq.com]
Sent:        Monday, December 19, 2005 5:34 AM
To:          jferron@columbus.rr.com
Subject:     [Norton AntiSpam] WalMart- Offer Confirmation #238R-VDEC5736 for
             jferron@columbus.rr.com
```

```
----------------------------------------------------------
WalMart GiftCard OfferConfirmation #238R-VDEC5736
To: Member #4031 Email: jferron@columbus.rr.com
----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://24.moosq.com/m/l?3c9-er01-1-avai-34en3

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://24.moosq.com/m/l?3c9-er01-2-avai-34en3

Rewards Gateway has for you this $250 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://24.moosq.com/m/l?3c9-er01-3-avai-34en3

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.
```

**EXHIBIT**
**27**

Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, go to:
http://24.moosq.com/remove?r.KillerDeal.0-660cc8a-6bec.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-660cc8a-6bec.columbus.rr.com.-jferron@24.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | AccountReview [AccountReview@165.mx01.net] |
| **Sent:** | Wednesday, December 21, 2005 7:28 PM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] WalMart- Offer Confirmation %email## |

---------------------------------------------------------------

WalMart GiftCard OfferConfirmation #4QQG-QDS4751
To: Member #4874 Email: jferron@columbus.rr.com
---------------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://165.mx01.net/m/l?3zc-es7q-1-b70f-1uhr

We have been trying to reach you in order to deliver your Free WalMart Gift Card.

Please verify your shipping address and zipcode.
http://165.mx01.net/m/l?3zc-es7q-2-b70f-1uhr

Rewards Gateway has for you this $500 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://165.mx01.net/m/l?3zc-es7q-3-b70f-1uhr

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.



EXHIBIT
28

Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe from this Advertisement, go to:
http://165.mx01.net/remove?r.AccountReview.0-663dc86-99e.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.AccountReview.0-663dc86-99e.columbus.rr.com.-jferron@165.mx01.net

Account Review
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

**From:** AccountReview [AccountReview@232.mx01.net]
**Sent:** Friday, December 23, 2005 4:57 AM
**To:** jferron@columbus.rr.com
**Subject:** [Norton AntiSpam] Target - Offer Confirmation #048Q-VBEC5735

---------------------------------------------------------

Target GiftCard OfferConfirmation #3658-VBEC5735
To: Member #4031 Email: jferron@columbus.rr.com
---------------------------------------------------------

<a href="http://232.mx01.net/m/l?3zc-esoe-1-az72-1uhr">To receive your gift, please click on or cut and paste:</a>

We have been trying to reach you in order to deliver your free Target Gift Card.

<a href="http://232.mx01.net/m/l?3zc-esoe-2-az72-1uhr">Please verify your shipping address and zipcode.</a>

Exclusive Rewards has given you this $250 Target Gift Card just for answering a survey and following instructions on our website.

<a href="http://232.mx01.net/m/l?3zc-esoe-3-az72-1uhr">Please visit our website and verify your zipcode:</a>

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.
Exclusive Rewards


To unsubscribe from this Advertisement, go to:
http://232.mx01.net/remove?r.AccountReview.0-665b39e-6a6b.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.AccountReview.0-665b39e-6a6b.columbus.rr.com.-jferron@232.mx01.net

Account Review
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



EXHIBIT
29

1

| | |
|---|---|
| **From:** | ClaimsDept [ClaimsDept@083.mx01.net] |
| **Sent:** | Friday, December 23, 2005 1:49 PM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] jferron@columbus.rr.com, WalMart GiftCard OfferConfirmation #239R-VDEC5736 |

----------------------------------------------------------
WalMart GiftCard OfferConfirmation #239R-VDEC5736
To: Member #4031 Email: jferron@columbus.rr.com
----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://083.mx01.net/m/l?3ta-esrs-1-bau1-7ru3j

We have been trying to reach you in order to deliver your Free WalMart Gift Card.

Please verify your shipping address and zipcode.
http://083.mx01.net/m/l?3ta-esrs-2-bau1-7ru3j

Rewards Gateway has for you this $500 WalMart Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://083.mx01.net/m/l?3ta-esrs-3-bau1-7ru3j

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.

**EXHIBIT**
**30**

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by

1

RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, go to:
http://083.mx01.net/remove?r.ClaimsDept.0-666322d-e56.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-666322d-e56.columbus.rr.com.-jferron@083.mx01.net

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | Killer Deals [KillerDeal@26.moosq.com] |
| **Sent:** | Monday, December 26, 2005 12:13 PM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] WalMart- Offer Confirmation #238R-VDEC5736 for jferron@columbus.rr.com |

```
---------------------------------------------------------
WalMart GiftCard OfferConfirmation #238R-VDEC5736
To: Member #4031 Email: jferron@columbus.rr.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://26.moosq.com/m/l?3c9-et88-1-avai-34en3

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://26.moosq.com/m/l?3c9-et88-2-avai-34en3

Rewards Gateway has for you this $250 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://26.moosq.com/m/l?3c9-et88-3-avai-34en3

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.
```

**EXHIBIT**
**31**

```
Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-
```

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, go to:
http://26.moosq.com/remove?r.KillerDeal.0-66a0707-1068.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-66a0707-1068.columbus.rr.com.-jferron@26.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | AccountReview [AccountReview@209.mx02.net] |
| **Sent:** | Monday, December 26, 2005 2:36 PM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] Chilis or OutBack Offer Confirmation #245M-VDEC5736 for jferron@columbus.rr.com |

```
---------------------------------------------------------
$250 Chilis or OutBack GiftCard - OfferConfirmation #245M-VDEC5736
To: Member #5412 Email: jferron@columbus.rr.com
---------------------------------------------------------
```

To receive your gift, please click on or cut and paste:
http://209.mx02.net/m/l?3zc-eta2-1-awr2-1uhr

We have been trying to reach you in order to deliver your Free* $250 Chilis or OutBack Restaurant Gift Card.

Please verify your shipping address and zipcode.
http://209.mx02.net/m/l?3zc-eta2-2-awn2-1uhr

Exclusive Gifts has for you this $250 Chilis or OutBack Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://209.mx02.net/m/l?3zc-eta2-3-awn2-1uhr

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.

EXHIBIT
tabbies®
32

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the Exclusive Gifts com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - com is an Exclusive Gifts independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by

1

Exclusive Gifts com. This is a Exclusive Gifts e-mail message. If you prefer not to receive e-mails from Exclusive Gifts in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364


To unsubscribe from this Advertisement, go to:
http://209.mx02.net/remove?r.AccountReview.0-66a3137-1d3e.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.AccountReview.0-66a3137-1d3e.columbus.rr.com.-jferron@209.mx02.net

Account Review
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| From: | PrizeDept [PrizeDept@189.mx01.net] |
|---|---|
| Sent: | Wednesday, December 28, 2005 5:35 AM |
| To: | jferron@columbus.rr.com |
| Subject: | [Norton AntiSpam] Gateway- Delivery OfferConfirmation #048Q-VBCC6735 |

---------------------------------------------------------

Gateway Laptop Computer OfferConfirmation #3658-VACC6735
To: Member #4031 Email: jferron@columbus.rr.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://189.mx01.net/m/l?3rw-etmf-1-arnt-2zjmn

We have been trying to reach you in order to deliver your free Laptop Computer.

Please verify your shipping address and zipcode.
http://189.mx01.net/m/l?3rw-etmf-2-arnt-2zjmn

Consumer Incentive Promotions has given you this Gateway or Toshiba Laptop Computer just for
answering a survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://189.mx01.net/m/l?3rw-etmf-3-armt-2zjmn

Thank you and ENJOY!

Sincerely,

Sandy Henderson
Customer Service Rep.
Research Test Group

EXHIBIT
**33**

*ResearchTestGroup has selected FreeGift World as theprovider of the promotional gift card.
The listed merchants in no way endorse or sponser the activities of ResearchTestGroup or
FreeGiftWorld. Receipt of the gift card requires completion of new member promotion offer
terms, which include without limitation; age and residency requirements, registration with a
valid email address, completion of the required sponser offers and redemption certificate,
ongoing opt-in to email communications and shipping address verification. Upon completion of
these steps, FreeGiftWorld will ship your free gift to the verified address. the above

merchant names, designs, and related marks are registered trademarks of their respective owners.

This advertisement was sent to you by an affiliate of FreeGiftWorld. If you have any questions, you may contact us at: Attn: FreeGiftWorld com, 1894 Highway 50E, Suite #4, PMB 472, Carson City, NV 89701. If you wish to remove yourself from future FreeGiftWorld mailings please click here to here to go to the website and select the Unsubscribe link at the bottom of the page. If you wish to unsubscribe from future mailings from this email publisher please follow their listed instructions.

To unsubscribe, go to:
http://189.mx01.net/remove?r.PrizeDept.0-66c55ad-5994.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.PrizeDept.0-66c55ad-5994.columbus.rr.com.-jferron@189.mx01.net

RewardGateway
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

From:        Killer Deals [KillerDeal@04.moosq.com]
Sent:        Thursday, December 29, 2005 10:54 AM
To:          jferron@columbus.rr.com
Subject:     [Norton AntiSpam] Target - Offer Confirmation #239R-VMEC5736 34en3

---------------------------------------------------------
Target GiftCard Offer Confirmation #239R-VMEC5736 34en3
To: Member #4021 Email: jferron@columbus.rr.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://04.moosq.com/m/l?3c9-etz6-1-ak6e-34en3

We have been trying to reach you in order to deliver your Free* Target Gift Card.

Please verify your shipping address and zipcode.
http://04.moosq.com/m/l?3c9-etz6-2-ak6e-34en3

Rewards Gateway has for you this $500 Target Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://04.moosq.com/m/l?3c9-etz6-3-ak6e-34en3

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.

EXHIBIT
34

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, go to:
http://04.moosq.com/remove?r.KillerDeal.0-66dfb8d-137f.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-66dfb8d-137f.columbus.rr.com.-jferron@04.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | PrizeDept [PrizeDept@066.mx02.net] |
| **Sent:** | Thursday, December 29, 2005 3:40 PM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] Coke vs Pepsi --?-- |

<u>National Survey Panel – Complimentary $100 Worth of Soda or a $100 Restaurant Gift Card, Click Here</u>



<u>National Survey Panel – Complimentary $100 Worth of Soda or a $100 Restaurant Gift Card, Click Here</u>

NationalSurveyPanel Gift Program is not endorsed, sponsored by or affiliated with Coke® or Pepsi®.
Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by NationalSurveyPanel and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to US residents, 18 and over. Void where prohibited. If you no longer wish to receive NationalSurveyPanel emails, visit the unsubscribe page on the NationalSurveyPanel site or visit the url: http://www.nationalsurveypanel.com/suppress.htm. Or, print a copy of this email and send it along with your request to: NationalSurveyPanel, 123 N. Congress Avenue, #351, Boynton Beach, FL 33426.

To unsubscribe from this mailing list: <u>click here</u>
or send a blank message to: <u>r.PrizeDept.0-66e33c3-1446.columbus.rr.com.-jferron@066.mx02.net</u>

RewardGateway
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



EXHIBIT
35

1

**From:** ClaimsDept [ClaimsDept@13.YOU2Q.COM]
**Sent:** Friday, December 30, 2005 11:37 PM
**To:** jferron@columbus.rr.com
**Subject:** [Norton AntiSpam] Circuit City Confromation Offer - 8524-N-99JJ

 **RTG** RESEARCH TEST GROUP

**Better Products, Through Consumer Testing**

# Become A Product Tester
## Receive This FREE* Gift!



### $500 Gift Card

- Same as Cash!
- No Restrictions!
- From the store you Love!

### List Price: ~~$500~~

### Yours: **FREE***

## Click Here!

Free Shipping FedEx.

*ResearchTestGroup has selected FreeGift World as theprovider of the promotional gift card. The listed merchants in no way endorse or sponser the activities of ResearchTestGroup or FreeGiftWorld. Receipt of the gift card requires completion of new member promotion offer terms, which include without limitation; age and residency requirements, registration with a valid email address, completion of the required sponser offers and redemption certificate, ongoing opt-in to email communications and shipping address verification. Upon completion of these steps, FreeGiftWorld will ship your free gift to the verified address. the above merchant names, designs, and related marks are registered trademarks of their respective owners.

"This advertisement was sent to you by an affiliate of FreeGiftWorld. If you have any questions, you may contact us at: Attn: FreeGiftWorld.com, 1894 Highway 50E, Suite #4, PMB 472, Carson City, NV 89701. If you wish to remove yourself from future FreeGiftWorld mailings please click here to here to go to the website and select the Unsubscribe link at the bottom of the page. If you wish to unsubscribe from future mailings from this email publisher please follow their listed instructions."

To unsubscribe from this mailing list: click here
or send a blank message to: r.ClaimsDept.0-5b6d853-5571.columbus.rr.com.-jferron@13.YOU2Q.COM

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

 EXHIBIT 36

1

| | |
|---|---|
| **From:** | Killer Deals [KillerDeal@20.moosq.com] |
| **Sent:** | Monday, January 02, 2006 11:39 AM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] WalMart- Offer Confirmation #238R-VDEC5736 for jferron@columbus.rr.com |

```
--------------------------------------------------------
WalMart GiftCard OfferConfirmation #238R-VDEC5736
To: Member #4031 Email: jferron@columbus.rr.com
--------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://20.moosq.com/m/l?3c9-eutj-1-avai-34en3

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://20.moosq.com/m/l?3c9-eutj-2-avai-34en3

Rewards Gateway has for you this $250 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://20.moosq.com/m/l?3c9-eutj-3-avai-34en3

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.
```

**EXHIBIT**

tabbies

**31**

```
Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-
```

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, go to:
http://20.moosq.com/remove?r.KillerDeal.0-6734189-6cd7.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-6734189-6cd7.columbus.rr.com.-jferron@20.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

**From:** Killer Deals [KillerDeal@15.moosq.com]
**Sent:** Thursday, January 05, 2006 10:53 AM
**To:** jferron@columbus.rr.com
**Subject:** [Norton AntiSpam] Target - Offer Confirmation #239R-VMEC5736 34en3

---------------------------------------------------------

Target GiftCard Offer Confirmation #239R-VMEC5736 34en3
To: Member #4021 Email: jferron@columbus.rr.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://15.moosq.com/m/l?3c9-evxl-1-ak6e-34en3

We have been trying to reach you in order to deliver your Free* Target Gift Card.

Please verify your shipping address and zipcode.
http://15.moosq.com/m/l?3c9-evxl-2-ak6e-34en3

Rewards Gateway has for you this $500 Target Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://15.moosq.com/m/l?3c9-evxl-3-ak6e-34en3

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.

EXHIBIT
38

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, go to:
http://15.moosq.com/remove?r.KillerDeal.0-6773600-19b7.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-6773600-19b7.columbus.rr.com.-jferron@15.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

**From:** ClaimsDept [ClaimsDept@055.mx02.net]
**Sent:** Friday, January 06, 2006 7:50 AM
**To:** jferron@columbus.rr.com
**Subject:** [Norton AntiSpam] Vote Coke® or Pepsi® for a $100 visa gift car

Get a free* $100 visa gift card!

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Vote: Coke® or Pepsi®? Tell us what your favorite thirst-quencher is… and we'll give you a free* $100 visa gift card. Your free* $100 visa gift card is good at all major stores nationwide… and good on all merchandise.

To claim yours, click on the link below or copy it into your web browser.
http://055.mx02.net/m/l?3ta-ewdh-1-ab5e-7ru3j


--------------Our Most Asked for Offers---------------

Record straight to DVD with your FREE* Sony® DVD Handycam® Camcorder or Panasonic® DVD Camcorder! Lightweight and easy to use!
http://055.mx02.net/m/l?3ta-ewdh-2-ab5f-7ru3j


Free*  Free Cell Phone Service for One Year!

http://055.mx02.net/m/l?3ta-ewdh-3-ab5g-7ru3j

FREE* Dell™ Notebook PC!

http://055.mx02.net/m/l?3ta-ewdh-4-ab5h-7ru3j

Ready For Digital TV? Got Dish? You Can't beat this deal!

http://055.mx02.net/m/l?3ta-ewdh-5-ab5i-7ru3j


To unsubscribe, go to:
http://055.mx02.net/remove?r.ClaimsDept.0-67852cc-1cc7.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-67852cc-1cc7.columbus.rr.com.-jferron@055.mx02.net

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234


EXHIBIT
39

1

| From: | Killer Deals [KillerDeal@21.moosq.com] |
|---|---|
| Sent: | Monday, January 09, 2006 10:55 AM |
| To: | jferron@columbus.rr.com |
| Subject: | [Norton AntiSpam] WalMart- Offer Confirmation #238R-VDEC5736 for jferron@columbus.rr.com |

```
--------------------------------------------------------
WalMart GiftCard OfferConfirmation #238R-VDEC5736
To: Member #4031 Email: jferron@columbus.rr.com
--------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://21.moosq.com/m/l?3c9-exas-1-avai-34en3

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://21.moosq.com/m/l?3c9-exas-2-avai-34en3

Rewards Gateway has for you this $250 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://21.moosq.com/m/l?3c9-exas-3-avai-34en3

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.
```

EXHIBIT
40

```
Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-
```

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, go to:
http://21.moosq.com/remove?r.KillerDeal.0-67c7c0c-5b3a.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-67c7c0c-5b3a.columbus.rr.com.-jferron@21.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

**From:** ClaimsDept [ClaimsDept@121.mailmx03.com]
**Sent:** Tuesday, January 10, 2006 8:46 PM
**To:** jferron@columbus.rr.com
**Subject:** [Norton AntiSpam] Target- Delivery OfferConfirmation #06M-L774TAR

---------------------------------------------------------

Target GiftCard OfferConfirmation #06M-L774TAR
To: Member #5412 Email: jferron@columbus.rr.com

---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://121.mailmx03.com/m/l?3ta-exut-1-baup-7ru3j

We have been trying to reach you in order to deliver your free Target Gift Card.

Please verify your shipping address and zipcode.
http://121.mailmx03.com/m/l?3ta-exut-2-baup-7ru3j

Consumer Incentive Promotions has given you this $500 Target Gift Card just for answering a survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://121.mailmx03.com/m/l?3ta-exut-3-baup-7ru3j

Thank you and ENJOY!

Sincerely,

Sandy Henderson
Customer Service Rep.
Research Test Group



*ResearchTestGroup has selected FreeGift World as theprovider of the promotional gift card. The listed merchants in no way endorse or sponser the activities of ResearchTestGroup or FreeGiftWorld. Receipt of the gift card requires completion of new member promotion offer terms, which include without limitation; age and residency requirements, registration with a valid email address, completion of the required sponsor offers and redemption certificate, ongoing opt-in to email communications and shipping address verification. Upon completion of these steps, FreeGiftWorld will ship your free gift to the verified address. the above

merchant names, designs, and related marks are registered trademarks of their respective owners.

This advertisement was sent to you by an affiliate of FreeGiftWorld. If you have any questions, you may contact us at: Attn: FreeGiftWorld com, 1894 Highway 50E, Suite #4, PMB 472, Carson City, NV 89701. If you wish to remove yourself from future FreeGiftWorld mailings please click here to here to go to the website and select the Unsubscribe link at the bottom of the page. If you wish to unsubscribe from future mailings from this email publisher please follow their listed instructions.

To unsubscribe, go to:
http://121.mailmx03.com/remove?r.ClaimsDept.0-67e4899-208.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-67e4899-208.columbus.rr.com.-jferron@121.mailmx03.com

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | AccountReview [AccountReview@245.mx01.net] |
| **Sent:** | Wednesday, January 11, 2006 7:33 PM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] WalMart- Offer Confirmation %email## |

```
-----------------------------------------------------------
WalMart GiftCard OfferConfirmation #4QQG-QDS4751
To: Member #4874 Email: jferron@columbus.rr.com
-----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://245.mx01.net/m/l?3zc-ey8g-1-b70f-1uhr

We have been trying to reach you in order to deliver your Free WalMart Gift Card.

Please verify your shipping address and zipcode.
http://245.mx01.net/m/l?3zc-ey8g-2-b70f-1uhr

Rewards Gateway has for you this $500 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://245.mx01.net/m/l?3zc-ey8g-3-b70f-1uhr

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
```



EXHIBIT
42

Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe from this Advertisement, go to:
http://245.mx01.net/remove?r.AccountReview.0-67f8c06-6334.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.AccountReview.0-67f8c06-6334.columbus.rr.com.-jferron@245.mx01.net

Account Review
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | AccountReview [AccountReview@159.mx02.net] |
| **Sent:** | Thursday, January 12, 2006 1:33 PM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] WalMart- Offer Confirmation %email## |

```
-----------------------------------------------------------
WalMart GiftCard OfferConfirmation #4QQG-QDS4751
To: Member #4874 Email: jferron@columbus.rr.com
-----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://159.mx02.net/m/l?3zc-eyh3-1-b70f-1uhr

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://159.mx02.net/m/l?3zc-eyh3-2-b70f-1uhr

Rewards Gateway has for you this $500 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://159.mx02.net/m/l?3zc-eyh3-3-b70f-1uhr

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
```

EXHIBIT
**43**

```
*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-
```

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe from this Advertisement, go to:
http://159.mx02.net/remove?r.AccountReview.0-680871b-a19.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.AccountReview.0-680871b-a19.columbus.rr.com.-jferron@159.mx02.net

Account Review
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | Killer Deals [KillerDeal@26.moosq.com] |
| **Sent:** | Thursday, January 12, 2006 3:03 PM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] Target - Offer Confirmation #239R-VMEC5736 34en3 |

```
---------------------------------------------------------
Target GiftCard Offer Confirmation #239R-VMEC5736 34en3
To: Member #4021 Email: jferron@columbus.rr.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://26.moosq.com/m/l?3c9-eyf5-1-ak6e-34en3

We have been trying to reach you in order to deliver your Free* Target Gift Card.

Please verify your shipping address and zipcode.
http://26.moosq.com/m/l?3c9-eyf5-2-ak6e-34en3

Rewards Gateway has for you this $500 Target Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://26.moosq.com/m/l?3c9-eyf5-3-ak6e-34en3

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.
```


EXHIBIT
44

```
·Notice: To claim your reward you must participate in our program and meet all of the offer
 eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
 Conditions on the RewardsGateway com site) before you can receive your FREE reward.
 Eligibility requirements include signing up for at least two Silver, Gold and Platinum
 offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
 rewards program and is not affiliated with any of the listed products or retailers.
 Trademarks, service marks, logos, and/or domain names (including, without limitation, the
 individual names of products and retailers) are the property of their respective owners, who
 have no association with or make any endorsement of the products or services provided by
 RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-
```

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, go to:
http://26.moosq.com/remove?r.KillerDeal.0-6807082-1ee4.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-6807082-1ee4.columbus.rr.com.-jferron@26.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234