From:        Killer Deals [KillerDeal@20.moosq.com]
Sent:        Monday, January 16, 2006 10:48 AM
To:          jferron@columbus.rr.com
Subject:     [Norton AntiSpam] WalMart- Offer Confirmation #238R-VDEC5736 for
             jferron@columbus.rr.com


---------------------------------------------------------
WalMart GiftCard OfferConfirmation #238R-VDEC5736
To: Member #4031 Email: jferron@columbus.rr.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://20.moosq.com/m/l?3c9-ezok-1-avai-34en3

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://20.moosq.com/m/l?3c9-ezok-2-avai-34en3

Rewards Gateway has for you this $250 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://20.moosq.com/m/l?3c9-ezok-3-avai-34en3

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.

EXHIBIT
45

Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, go to:
http://20.moosq.com/remove?r.KillerDeal.0-685b68d-4a2e.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-685b68d-4a2e.columbus.rr.com.-jferron@20.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | AccountReview [AccountReview@86.mailmx03.com] |
| **Sent:** | Monday, January 16, 2006 3:05 PM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] Chilis or OutBack Offer Confirmation #245M-VDEC5736 for jferron@columbus.rr.com |

```
---------------------------------------------------------
$250 Chilis or OutBack GiftCard - OfferConfirmation #245M-VDEC5736
To: Member #5412 Email: jferron@columbus.rr.com
---------------------------------------------------------
```

To receive your gift, please click on or cut and paste:
http://86.mailmx03.com/m/l?3zc-ezrp-1-awn2-1uhr

We have been trying to reach you in order to deliver your Free* $250 Chilis or OutBack Restaurant Gift Card.

Please verify your shipping address and zipcode.
http://86.mailmx03.com/m/l?3zc-ezrp-2-awn2-1uhr

Exclusive Gifts has for you this $250 Chilis or OutBack Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://86.mailmx03.com/m/l?3zc-ezrp-3-awn2-1uhr

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.

EXHIBIT
46

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the Exclusive Gifts com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - com is an Exclusive Gifts independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by

1

Exclusive Gifts com. This is a Exclusive Gifts e-mail message. If you prefer not to receive e-mails from Exclusive Gifts in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe from this Advertisement, go to:
http://86.mailmx03.com/remove?r.AccountReview.0-685e0ba-578d.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.AccountReview.0-685e0ba-578d.columbus.rr.com.-jferron@86.mailmx03.com

Account Review
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | ClaimsDept [ClaimsDept@210.mx02.net] |
| **Sent:** | Tuesday, January 17, 2006 8:47 PM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] Target- Delivery OfferConfirmation #06M-L774TAR |

---

```
------------------------------------------------------------
Target GiftCard OfferConfirmation #06M-L774TAR
To: Member #5412 Email: jferron@columbus.rr.com
------------------------------------------------------------
```

To receive your gift, please click on or cut and paste:
http://210.mx02.net/m/l?3ta-f0ae-1-baup-7ru3j

We have been trying to reach you in order to deliver your free Target Gift Card.

Please verify your shipping address and zipcode.
http://210.mx02.net/m/l?3ta-f0ae-2-baup-7ru3j

Consumer Incentive Promotions has given you this $500 Target Gift Card just for answering a survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://210.mx02.net/m/l?3ta-f0ae-3-baup-7ru3j

Thank you and ENJOY!

Sincerely,

Sandy Henderson
Customer Service Rep.
Research Test Group

EXHIBIT
47

*ResearchTestGroup has selected FreeGift World as theprovider of the promotional gift card. The listed merchants in no way endorse or sponser the activities of ResearchTestGroup or FreeGiftWorld. Receipt of the gift card requires completion of new member promotion offer terms, which include without limitation; age and residency requirements, registration with a valid email address, completion of the required sponser offers and redemption certificate, ongoing opt-in to email communications and shipping address verification. Upon completion of these steps, FreeGiftWorld will ship your free gift to the verified address. the above

1

merchant names, designs, and related marks are registered trademarks of their respective owners.

This advertisement was sent to you by an affiliate of FreeGiftWorld. If you have any questions, you may contact us at: Attn: FreeGiftWorld com, 1894 Highway 50E, Suite #4, PMB 472, Carson City, NV 89701. If you wish to remove yourself from future FreeGiftWorld mailings please click here to here to go to the website and select the Unsubscribe link at the bottom of the page. If you wish to unsubscribe from future mailings from this email publisher please follow their listed instructions.

To unsubscribe, go to:
http://210.mx02.net/remove?r.ClaimsDept.0-6878317-492d.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-6878317-492d.columbus.rr.com.-jferron@210.mx02.net

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | Gifts Center [GiftsCenter@138.mx02.net] |
| **Sent:** | Wednesday, January 18, 2006 6:58 AM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] jferron@columbus.rr.com, Abercrombie Card Confirmation # 78192-3152886-ABER |

```
-----------------------------------------------------------
Abercrombie Card Confirmation #78192-3152886-ABER
To: Member #4031 Email: jferron@columbus.rr.com
-----------------------------------------------------------
```

To receive your gift, please click on or cut and paste:
http://138.mx02.net/m/l?3yz-f0dk-1-atk1-1v8rj

We are trying to reach you in order to deliver your Free* Back To School Clothes.

Please verify your shipping address and zipcode.
http://138.mx02.net/m/l?3yz-f0dk-2-atk1-1v8rj

Premium Products Online has for you this Back To School Clothes just for answering a survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://138.mx02.net/m/l?3yz-f0dk-3-atk1-1v8rj

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.



1

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the Premium Products Online com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 Premium Products Online com - Premium Products Online com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Premium Products Online e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe from this Advertisement, go to:
http://138.mx02.net/remove?r.GiftsCenter.0-688133e-81d.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.GiftsCenter.0-688133e-81d.columbus.rr.com.-jferron@138.mx02.net

Gifts Center
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

**From:** AccountReview [AccountReview@161.mx02.net]
**Sent:** Wednesday, January 18, 2006 7:17 PM
**To:** jferron@columbus.rr.com
**Subject:** [Norton AntiSpam] WalMart- Offer Confirmation %email##

------------------------------------------------------------
WalMart GiftCard OfferConfirmation #4QQG-QDS4751
To: Member #4874 Email: jferron@columbus.rr.com
------------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://161.mx02.net/m/l?3zc-f0ob-1-b70f-1uhr

We have been trying to reach you in order to deliver your Free WalMart Gift Card.

Please verify your shipping address and zipcode.
http://161.mx02.net/m/l?3zc-f0ob-2-b70f-1uhr

Rewards Gateway has for you this $500 WalMart Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://161.mx02.net/m/l?3zc-f0ob-3-b70f-1uhr

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.


EXHIBIT
49

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe from this Advertisement, go to:
http://161.mx02.net/remove?r.AccountReview.0-688c680-58a7.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.AccountReview.0-688c680-58a7.columbus.rr.com.-jferron@161.mx02.net

Account Review
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| From: | Killer Deals [KillerDeal@11.moosq.com] |
|---|---|
| Sent: | Thursday, January 19, 2006 11:10 AM |
| To: | jferron@columbus.rr.com |
| Subject: | [Norton AntiSpam] Target - Offer Confirmation #239R-VMEC5736 34en3 |

---

```
----------------------------------------------------------
Target GiftCard Offer Confirmation #239R-VMEC5736 34en3
To: Member #4021 Email: jferron@columbus.rr.com
----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://11.moosq.com/m/l?3c9-f0tm-1-ak6e-34en3

We have been trying to reach you in order to deliver your Free* Target Gift Card.

Please verify your shipping address and zipcode.
http://11.moosq.com/m/l?3c9-f0tm-2-ak6e-34en3

Rewards Gateway has for you this $500 Target Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://11.moosq.com/m/l?3c9-f0tm-3-ak6e-34en3

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.
```

EXHIBIT
50

```
Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-
```

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, go to:
http://11.moosq.com/remove?r.KillerDeal.0-689ab03-49ed.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-689ab03-49ed.columbus.rr.com.-jferron@11.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| From: | ClaimsDept [ClaimsDept@167.mx02.net] |
|---|---|
| Sent: | Friday, January 20, 2006 8:00 AM |
| To: | jferron@columbus.rr.com |
| Subject: | [Norton AntiSpam] Vote Coke® or Pepsi® for a $100 visa gift car |

Get a free* $100 visa gift card!

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Vote: Coke® or Pepsi®? Tell us what your favorite thirst-quencher is… and we'll give you a
free* $100 visa gift card. Your free* $100 visa gift card is good at all major stores
nationwide… and good on all merchandise.

To claim yours, click on the link below or copy it into your web browser.
http://167.mx02.net/m/l?3ta-f17u-1-ab5e-7ru3j


--------------Our Most Asked for Offers---------------

Record straight to DVD with your FREE* Sony® DVD Handycam® Camcorder or Panasonic® DVD
Camcorder! Lightweight and easy to use!
http://167.mx02.net/m/l?3ta-f17u-2-ab5f-7ru3j


Free*  Free Cell Phone Service for One Year!

http://167.mx02.net/m/l?3ta-f17u-3-ab5g-7ru3j

FREE* Dell™ Notebook PC!

http://167.mx02.net/m/l?3ta-f17u-4-ab5h-7ru3j

Ready For Digital TV? Got Dish? You Can't beat this deal!

http://167.mx02.net/m/l?3ta-f17u-5-ab5i-7ru3j



To unsubscribe, go to:
http://167.mx02.net/remove?r.ClaimsDept.0-68ac7c5-617d.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-68ac7c5-617d.columbus.rr.com.-jferron@167.mx02.net

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

EXHIBIT
tabber
51

1

| | |
|---|---|
| **From:** | ClaimsDept [ClaimsDept@138.mx02.net] |
| **Sent:** | Friday, January 20, 2006 1:58 PM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] jferron@columbus.rr.com, WalMart GiftCard OfferConfirmation #239R-VDEC5736 |

```
---------------------------------------------------------
WalMart GiftCard OfferConfirmation #239R-VDEC5736
To: Member #4031 Email: jferron@columbus.rr.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://138.mx02.net/m/l?3ta-f1cx-1-bau1-7ru3j

We have been trying to reach you in order to deliver your Free WalMart Gift Card.

Please verify your shipping address and zipcode.
http://138.mx02.net/m/l?3ta-f1cx-2-bau1-7ru3j

Rewards Gateway has for you this $500 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://138.mx02.net/m/l?3ta-f1cx-3-bau1-7ru3j

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
```

**EXHIBIT**

**52**

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by

1

RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, go to:
http://138.mx02.net/remove?r.ClaimsDept.0-68b1c26-3bf1.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-68b1c26-3bf1.columbus.rr.com.-jferron@138.mx02.net

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

**From:**            Killer Deals [KillerDeal@05.moosq.com]
**Sent:**             Monday, January 23, 2006 10:55 AM
**To:**                jferron@columbus.rr.com
**Subject:**         [Norton AntiSpam] WalMart- Offer Confirmation #238R-VDEC5736 for
                     jferron@columbus.rr.com

```
---------------------------------------------------------
WalMart GiftCard OfferConfirmation #238R-VDEC5736
To: Member #4031 Email: jferron@columbus.rr.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://05.moosq.com/m/l?3c9-f22d-1-avai-34en3

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://05.moosq.com/m/l?3c9-f22d-2-avai-34en3

Rewards Gateway has for you this $250 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://05.moosq.com/m/l?3c9-f22d-3-avai-34en3

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.
```

EXHIBIT
**53**

```
Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-
```

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, go to:
http://05.moosq.com/remove?r.KillerDeal.0-68ef100-45b6.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-68ef100-45b6.columbus.rr.com.-jferron@05.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

**From:** ClaimsDept [ClaimsDept@12.mailmx01.com]
**Sent:** Tuesday, January 24, 2006 8:38 PM
**To:** jferron@columbus.rr.com
**Subject:** [Norton AntiSpam] Target- Delivery OfferConfirmation #06M-L774TAR

```
-----------------------------------------------------------
Target GiftCard OfferConfirmation #06M-L774TAR
To: Member #5412 Email: jferron@columbus.rr.com
-----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://12.mailmx01.com/m/l?3ta-f2tv-1-baup-7ru3j

We have been trying to reach you in order to deliver your free Target Gift Card.

Please verify your shipping address and zipcode.
http://12.mailmx01.com/m/l?3ta-f2tv-2-baup-7ru3j

Consumer Incentive Promotions has given you this $500 Target Gift Card just for answering a
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://12.mailmx01.com/m/l?3ta-f2tv-3-baup-7ru3j

Thank you and ENJOY!

Sincerely,

Sandy Henderson
Customer Service Rep.
Research Test Group
```



```
*ResearchTestGroup has selected FreeGift World as theprovider of the promotional gift card.
The listed merchants in no way endorse or sponser the activities of ResearchTestGroup or
FreeGiftWorld. Receipt of the gift card requires completion of new member promotion offer
terms, which include without limitation; age and residency requirements, registration with a
valid email address, completion of the required sponsor offers and redemption certificate,
ongoing opt-in to email communications and shipping address verification. Upon completion of
these steps, FreeGiftWorld will ship your free gift to the verified address. the above
```

1

merchant names, designs, and related marks are registered trademarks of their respective owners.

This advertisement was sent to you by an affiliate of FreeGiftWorld. If you have any questions, you may contact us at: Attn: FreeGiftWorld com, 1894 Highway 50E, Suite #4, PMB 472, Carson City, NV 89701. If you wish to remove yourself from future FreeGiftWorld mailings please click here to here to go to the website and select the Unsubscribe link at the bottom of the page. If you wish to unsubscribe from future mailings from this email publisher please follow their listed instructions.

To unsubscribe, go to:
http://12.mailmx01.com/remove?r.ClaimsDept.0-690bd8e-3b06.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-690bd8e-3b06.columbus.rr.com.-jferron@12.mailmx01.com

Claims Dept - ADVERTISMENT
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | Killer Deals [KillerDeal@05.moosq.com] |
| **Sent:** | Thursday, January 26, 2006 11:32 AM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] Target - Offer Confirmation #239R-VMEC5736 34en3 |

```
------------------------------------------------------------
Target GiftCard Offer Confirmation #239R-VMEC5736 34en3
To: Member #4021 Email: jferron@columbus.rr.com
------------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://05.moosq.com/m/l?3c9-f3i3-1-ak6e-34en3

We have been trying to reach you in order to deliver your Free* Target Gift Card.

Please verify your shipping address and zipcode.
http://05.moosq.com/m/l?3c9-f3i3-2-ak6e-34en3

Rewards Gateway has for you this $500 Target Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://05.moosq.com/m/l?3c9-f3i3-3-ak6e-34en3

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.
```

**EXHIBIT 55**

```
Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-
```

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, go to:
http://05.moosq.com/remove?r.KillerDeal.0-692e585-42cd.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-692e585-42cd.columbus.rr.com.-jferron@05.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

From:           ClaimsDept [ClaimsDept@062.mx03.net]
Sent:           Thursday, January 26, 2006 9:58 PM
To:             jferron@columbus.rr.com
Subject:        [Norton AntiSpam] Chilis or OutBack Offer Confirmation #233R-VDEC5736 for
                jferron@columbus.rr.com


---------------------------------------------------------
$250 Chilis or OutBack GiftCard - OfferConfirmation
#233R-VDEC5736
To: Member #4031 Email: jferron@columbus.rr.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://062.mx03.net/m/l?3ta-f417-1-avhh-7ru3j

We have been trying to reach you in order to deliver your
Free* $250 Chilis or OutBack Restaurant Gift Card.

Please verify your shipping address and zipcode.
http://062.mx03.net/m/l?3ta-f417-2-avhh-7ru3j

Exclusive Gifts has for you this $250 Chilis or OutBack Gift Card just for answering a short
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://062.mx03.net/m/l?3ta-f417-3-avhh-7ru3j

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.



<a href="http://062.mx03.net/m/l?3ta-f417-4-avhh-7ru3j">Click Here</a>



*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the Exclusive Gifts com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - com is an Exclusive Gifts independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who

have no association with or make any endorsement of the products or services provided by
Exclusive Gifts com.
This is a Exclusive Gifts e-mail message. If you prefer not to receive e-mails from Exclusive
Gifts in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA
91364


To unsubscribe, go to:
http://062.mx03.net/remove?r.ClaimsDept.0-693ca05-1466.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-693ca05-1466.columbus.rr.com.-jferron@062.mx03.net

Claims Dept - ADVERTISEMENT
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | AccountReview [AccountReview@024.mx02.net] |
| **Sent:** | Friday, January 27, 2006 4:54 AM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] Target - Offer Confirmation #655J 1uhr for jferron@columbus.rr.com |

---------------------------------------------------------------

Target GiftCard OfferConfirmation #655J 1uhr
To: Member #745874JHFG Email: jferron@columbus.rr.com

---------------------------------------------------------------

http://024.mx02.net/m/l?3zc-f41f-1-az72-1uhr
To receive your gift, please click on or cut and paste:

We have been trying to reach you in order to deliver your free* Target Gift Card.

http://024.mx02.net/m/l?3zc-f41f-2-az72-1uhr
Please verify your shipping address and zipcode.

Exclusive Rewards has given you this $250 Target Gift Card just for answering a survey and
following instructions on our website.

http://024.mx02.net/m/l?3zc-f41f-3-az72-1uhr
Please visit our website and verify your zipcode:

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.
Exclusive Rewards

EXHIBIT
57

*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway.com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-
mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364 To unsubscribe from this ADVERTISEMENT, go to:
http://024.mx02.net/remove?r.AccountReview.0-693d816-4dcc.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.AccountReview.0-693d816-4dcc.columbus.rr.com.-jferron@024.mx02.net

1

Account Review - ADVERTISEMENT
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | PrizeDept [PrizeDept@120.mx03.net] |
| **Sent:** | Tuesday, January 31, 2006 11:37 PM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] jferron@columbus.rr.com, Gateway- Delivery OfferConfirmation #048Q - 2zjmn |

```
-------------------------------------------------------
Gateway Laptop Computer OfferConfirmation #048Q - 2zjmn
To: Member #4031 Email: jferron@columbus.rr.com
-------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://120.mx03.net/m/l?3rw-f5sc-1-bft1-2zjmn

We have been trying to reach you in order to deliver your free* Laptop Computer.

Please verify your shipping address and zipcode.
http://120.mx03.net/m/l?3rw-f5sc-2-bft1-2zjmn

Consumer Incentive Promotions has given you this Gateway or Toshiba Laptop Computer just for
answering a survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://120.mx03.net/m/l?3rw-f5sc-3-bft1-2zjmn

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
Research Test Group
```

EXHIBIT
58

```
*ResearchTestGroup has selected FreeGift World as theprovider of the promotional gift card.
The listed merchants in no way endorse or sponser the activities of ResearchTestGroup or
FreeGiftWorld. Receipt of the gift card requires completion of new member promotion offer
terms, which include without limitation; age and residency requirements, registration with a
valid email address, completion of the required sponsor offers and redemption certificate,
ongoing opt-in to email communications and shipping address verification. Upon completion of
these steps, FreeGiftWorld will ship your free gift to the verified address. the above
```

1

merchant names, designs, and related marks are registered trademarks of their respective owners.

This advertisement was sent to you by an affiliate of FreeGiftWorld. If you have any questions, you may contact us at: Attn: FreeGiftWorld com, 1894 Highway 50E, Suite #4, PMB 472, Carson City, NV 89701. If you wish to remove yourself from future FreeGiftWorld mailings please click here to here to go to the website and select the Unsubscribe link at the bottom of the page. If you wish to unsubscribe from future mailings from this email publisher please follow their listed instructions.

To unsubscribe, from this ADVERTISEMENT:
http://120.mx03.net/remove?r.PrizeDept.0-69a7a21-4252.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.PrizeDept.0-69a7a21-4252.columbus.rr.com.-jferron@120.mx03.net

PrizeDept
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

2

| | |
|---|---|
| **From:** | Killer Deals [KillerDeal@21.moosq.com] |
| **Sent:** | Thursday, February 02, 2006 10:56 AM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] Target - Offer Confirmation #239R-VMEC5736 34en3 |

```
--------------------------------------------------------
Target GiftCard Offer Confirmation #239R-VMEC5736 34en3
To: Member #4021 Email: jferron@columbus.rr.com
--------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://21.moosq.com/m/l?3c9-f69k-1-ak6e-34en3

We have been trying to reach you in order to deliver your Free* Target Gift Card.

Please verify your shipping address and zipcode.
http://21.moosq.com/m/l?3c9-f69k-2-ak6e-34en3

Rewards Gateway has for you this $500 Target Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://21.moosq.com/m/l?3c9-f69k-3-ak6e-34en3

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.
```

EXHIBIT
**59**

Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, go to:
http://21.moosq.com/remove?r.KillerDeal.0-69c2002-3181.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-69c2002-3181.columbus.rr.com.-jferron@21.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234