**From:** PrizeDept [PrizeDept@110.mx01.net]
**Sent:** Thursday, February 02, 2006 4:20 PM
**To:** jferron@columbus.rr.com
**Subject:** [Norton AntiSpam] Coke vs Pepsi --?--

<u>National Survey Panel – Complimentary $100 Worth of Soda or a $100 Restaurant Gift Card, Click Here</u>



<u>National Survey Panel – Complimentary $100 Worth of Soda or a $100 Restaurant Gift Card, Click Here</u>

NationalSurveyPanel Gift Program is not endorsed, sponsored by or affiliated with Coke® or Pepsi®.
Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by NationalSurveyPanel and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to US residents, 18 and over. Void where prohibited. If you no longer wish to receive NationalSurveyPanel emails, visit the unsubscribe page on the NationalSurveyPanel site or visit the url: http://www.nationalsurveypanel.com/suppress.htm. Or, print a copy of this email and send it along with your request to: NationalSurveyPanel, 123 N. Congress Avenue, #351, Boynton Beach, FL 33426.

To unsubscribe from this mailing list / ADVERTISEMENT: <u>click here</u>
or send a blank message to: <u>r.PrizeDept.0-69c4a31-2780.columbus.rr.com.-jferron@110.mx01.net</u>

PrizeDept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



EXHIBIT
60

1

| | |
|---|---|
| **From:** | ClaimsDept [ClaimsDept@126.mailmx03.com] |
| **Sent:** | Monday, February 06, 2006 12:01 PM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] WalMart Gift Card Offer Confirmation #WAL7464 - 7ru3j for jferron@columbus.rr.com |

```
------------------------------------------------------------
WalMart Gift Card Offer Confirmation #WAL7464 - 7ru3j
To: Member #8676WAL Email: jferron@columbus.rr.com
------------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://126.mailmx03.com/m/l?3ta-f7ju-1-bmu6-7ru3j

We are trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://126.mailmx03.com/m/l?3ta-f7ju-2-bmu6-7ru3j

Unlimited Free Gifts will give you this $500 WalMart Gift Card just for answering a short
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://126.mailmx03.com/m/l?3ta-f7ju-3-bmu6-7ru3j

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
```



EXHIBIT
61

```
*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway.com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-
mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe from this ADVERTISEMENT, go to:
```

http://126.mailmx03.com/remove?r.ClaimsDept.0-6a16285-3a73.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-6a16285-3a73.columbus.rr.com.-jferron@126.mailmx03.com

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | Killer Deals [KillerDeal@04.moosq.com] |
| **Sent:** | Monday, February 06, 2006 11:58 AM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] WalMart- Offer Confirmation #238R-VDEC5736 for jferron@columbus.rr.com |

```
--------------------------------------------------------
WalMart GiftCard OfferConfirmation #238R-VDEC5736
To: Member #4031 Email: jferron@columbus.rr.com
--------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://04.moosq.com/m/1?3c9-f7k6-1-avai-34en3

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://04.moosq.com/m/1?3c9-f7k6-2-avai-34en3

Rewards Gateway has for you this $250 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://04.moosq.com/m/1?3c9-f7k6-3-avai-34en3

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.
```



EXHIBIT
62

Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, go to:
http://04.moosq.com/remove?r.KillerDeal.0-6a1660b-28c0.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-6a1660b-28c0.columbus.rr.com.-jferron@04.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| From: | PrizeDept [PrizeDept@056.mx01.net] |
|---|---|
| Sent: | Wednesday, February 08, 2006 5:35 AM |
| To: | jferron@columbus.rr.com |
| Subject: | [Norton AntiSpam] jferron@columbus.rr.com, Gateway- Delivery OfferConfirmation #048Q - 2zjmn |

```
---------------------------------------------------------
Gateway Laptop Computer OfferConfirmation #048Q - 2zjmn
To: Member #4031 Email: jferron@columbus.rr.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://056.mx01.net/m/l?3rw-f8bc-1-bft1-2zjmn

We have been trying to reach you in order to deliver your Free* Laptop Computer.

Please verify your shipping address and zipcode.
http://056.mx01.net/m/l?3rw-f8bc-2-bft1-2zjmn

Consumer Incentive Promotions has given you this Gateway or Toshiba Laptop Computer just for
answering a survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://056.mx01.net/m/l?3rw-f8bc-3-bft1-2zjmn

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
Research Test Group
```



```
*ResearchTestGroup has selected FreeGift World as theprovider of the promotional gift card.
The listed merchants in no way endorse or sponser the activities of ResearchTestGroup or
FreeGiftWorld. Receipt of the gift card requires completion of new member promotion offer
terms, which include without limitation; age and residency requirements, registration with a
valid email address, completion of the required sponsor offers and redemption certificate,
ongoing opt-in to email communications and shipping address verification. Upon completion of
these steps, FreeGiftWorld will ship your free gift to the verified address. the above
```

merchant names, designs, and related marks are registered trademarks of their respective owners.

This advertisement was sent to you by an affiliate of FreeGiftWorld. If you have any questions, you may contact us at: Attn: FreeGiftWorld com, 1894 Highway 50E, Suite #4, PMB 472, Carson City, NV 89701. If you wish to remove yourself from future FreeGiftWorld mailings please click here to here to go to the website and select the Unsubscribe link at the bottom of the page. If you wish to unsubscribe from future mailings from this email publisher please follow their listed instructions.

To unsubscribe, from this ADVERTISEMENT:
http://056.mx01.net/remove?r.PrizeDept.0-6a3ada5-aaf.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.PrizeDept.0-6a3ada5-aaf.columbus.rr.com.-jferron@056.mx01.net

PrizeDept
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

2

| | |
|---|---|
| From: | Killer Deals [KillerDeal@25.moosq.com] |
| Sent: | Monday, February 13, 2006 10:50 AM |
| To: | jferron@columbus.rr.com |
| Subject: | [Norton AntiSpam] WalMart- Offer Confirmation #238R-VDEC5736 for jferron@columbus.rr.com |

```
-----------------------------------------------------------
WalMart GiftCard OfferConfirmation #238R-VDEC5736
To: Member #4031 Email: jferron@colunbus.rr.com
-----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://25.moosq.com/m/l?3c9-f9z6-1-avai-34en3

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://25.moosq.com/m/l?3c9-f9z6-2-avai-34en3

Rewards Gateway has for you this $250 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://25.moosq.com/m/l?3c9-f9z6-3-avai-34en3

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.
```



EXHIBIT
64

Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, go to:
http://25.moosq.com/remove?r.KillerDeal.0-6aaa08d-3711.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-6aaa08d-3711.columbus.rr.com.-jferron@25.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| From: | ClaimsDept [ClaimsDept@050.mx01.net] |
|---|---|
| Sent: | Monday, February 13, 2006 11:27 AM |
| To: | jferron@columbus.rr.com |
| Subject: | [Norton AntiSpam] WalMart Gift Card Offer Confirmation #WAL7464 - 7ru3j for jferron@columbus.rr.com |

```
----------------------------------------------------------
WalMart Gift Card Offer Confirmation #WAL7464 - 7ru3j
To: Member #8676WAL Email: jferron@columbus.rr.com
----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://050.mx01.net/m/l?3ta-f9yx-1-bmu6-7ru3j

We are trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://050.mx01.net/m/l?3ta-f9yx-2-bmu6-7ru3j

Unlimited Free Gifts will give you this $500 WalMart Gift Card just for answering a short
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://050.mx01.net/m/l?3ta-f9yx-3-bmu6-7ru3j

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
```

EXHIBIT
tabbies
65

*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway.com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-
mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe from this ADVERTISEMENT, go to:

1

http://050.mx01.net/remove?r.ClaimsDept.0-6aa9d07-452.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-6aa9d07-452.columbus.rr.com.-jferron@050.mx01.net

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | Killer Deals [KillerDeal@18.moosq.com] |
| **Sent:** | Thursday, February 16, 2006 2:04 PM |
| **To:** | jferron@columbus.rr.com |
| **Subject:** | [Norton AntiSpam] Target - Offer Confirmation #239R-VMEC5736 34en3 |

```
----------------------------------------------------------
Target GiftCard Offer Confirmation #239R-VMEC5736 34en3
To: Member #4021 Email: jferron@columbus.rr.com
----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://18.moosq.com/m/l?3c9-fb7q-1-ak6e-34en3

We have been trying to reach you in order to deliver your Free* Target Gift Card.

Please verify your shipping address and zipcode.
http://18.moosq.com/m/l?3c9-fb7q-2-ak6e-34en3

Rewards Gateway has for you this $500 Target Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://18.moosq.com/m/l?3c9-fb7q-3-ak6e-34en3

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.
```



EXHIBIT
66

```
Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-
```

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, go to:
http://18.moosq.com/remove?r.KillerDeal.0-6ae9503-21a8.columbus.rr.com.-jferron?r

or, send a blank message to:
mailto:r.KillerDeal.0-6ae9503-21a8.columbus.rr.com.-jferron@18.moosq.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

**From:** Exclusive Gift Cards [Rachel@Empire.sellfones.info]
**Sent:** Tuesday, April 11, 2006 12:42 PM
**To:** jferron@columbus.rr.com
**Subject:** Get $250 Office Deport Giftcerificate

Click here to claim* your $250 Office Depot? Gift Card

Click here to claim* your $250 Office Depot? Gift Card

You have been registered as a subscriber upon the Empire newsletter. You may unsubscribe here.

sellfones.info
ATTN: DEPT. curnk - Empire Mailing List
1254 Davis Street #225



1

San Landro, CA 94577

☒

USA

| | |
|---|---|
| **From:** | SpecialRewards [SpecialRewards@191.opnletters.com] |
| **Sent:** | Monday, January 09, 2006 6:25 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(13.5) Designer Purse Giveaway |

Would you like a Burberry or Coach purse by participating in a special promotion?

http://191.opnletters.com/m/l?3nn-exh5-1-b6wp-lmnn

Choose a Burberry or Coach Purse to show off your sophisticated style.

http://191.opnletters.com/m/l?3nn-exh5-2-b6wp-lmnn

This promotion is sponsored exclusively by Your Smart Rewards and is subject to participation terms and conditions. Receipt of the membership incentive gift requires completion of offer terms, including: age and residency requirements, registration with a valid email address, completion of user survey, sponsor promotions and shipping address verification. Upon completion of all requirements, we will promptly ship your membership incentive gift to your verified shipping address. You may review the status of your account via the member account area at anytime. Participation eligibility is restricted to US residents 18 and over. The trademark owners above have not endorsed this promotion, nor are they affiliated or connected with this promotion in any way. This is a limited time promotion and may expire in the near future. Restrictions may apply. If you no longer wish to receive Your Smart Rewards emails, visit the unsubscribe page on the Your Smart Rewards site, or you can write us at: Your Smart Rewards, 4846 N. University Drive #323, Lauderhill, FL 33351, USA.

<a href="http://191.opnletters.com/m/l?3nn-exh5-3-b6wp-lmnn">Click Here</a>

To unsubscribe, from this Advertisement:
http://191.opnletters.com/remove?r.SpecialRewards.0-67ce1f6-3e08.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.SpecialRewards.0-67ce1f6-3e08.ferronlaw.com.-jferron@191.opnletters.com

Special Rewards
1333 W. 120th Ave suite 101
Westminster Colorado 80234



EXHIBIT
68

1

From:           ClaimsDept [ClaimsDept@51.asp010.com]
Sent:           Tuesday, January 10, 2006 8:28 PM
To:             jferron@ferronlaw.com
Subject:        ***SPAM***(9.3) Target- Delivery OfferConfirmation #06M-L774TAR

----------------------------------------------------------
Target GiftCard OfferConfirmation #06M-L774TAR
To: Member #5412 Email: jferron@ferronlaw.com
----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://51.asp010.com/m/l?3ta-exut-1-baup-80aur

We have been trying to reach you in order to deliver your free Target Gift Card.

Please verify your shipping address and zipcode.
http://51.asp010.com/m/l?3ta-exut-2-baup-80aur

Consumer Incentive Promotions has given you this $500 Target Gift Card just for answering a
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://51.asp010.com/m/l?3ta-exut-3-baup-80aur

Thank you and ENJOY!

Sincerely,

Sandy Henderson
Customer Service Rep.
Research Test Group



EXHIBIT
69

*ResearchTestGroup has selected FreeGift World as theprovider of the promotional gift card.
The listed merchants in no way endorse or sponser the activities of ResearchTestGroup or
FreeGiftWorld. Receipt of the gift card requires completion of new member promotion offer
terms, which include without limitation; age and residency requirements, registration with a
valid email address, completion of the required sponser offers and redemption certificate,
ongoing opt-in to email communications and shipping address verification. Upon completion of
these steps, FreeGiftWorld will ship your free gift to the verified address. the above

1

merchant names, designs, and related marks are registered trademarks of their respective owners.

This advertisement was sent to you by an affiliate of FreeGiftWorld. If you have any questions, you may contact us at: Attn: FreeGiftWorld com, 1894 Highway 50E, Suite #4, PMB 472, Carson City, NV 89701. If you wish to remove yourself from future FreeGiftWorld mailings please click here to here to go to the website and select the Unsubscribe link at the bottom of the page. If you wish to unsubscribe from future mailings from this email publisher please follow their listed instructions.

To unsubscribe, go to:
http://51.asp010.com/remove?r.ClaimsDept.0-67e4899-208.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-67e4899-208.ferronlaw.com.-jferron@51.asp010.com

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| From: | ClaimsDept [ClaimsDept@41.asp030.com] |
| Sent: | Friday, January 13, 2006 3:45 AM |
| To: | jferron@ferronlaw.com |
| Subject: | Chilis or OutBack Offer Confirmation #233R-VDEC5736 for jferron@ferronlaw.com |

---

```
----------------------------------------------------------
$250 Chilis or OutBack GiftCard - OfferConfirmation #233R-VDEC5736
To: Member #4031 Email: jferron@ferronlaw.com
----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://41.asp030.com/m/l?3ta-eyqy-1-avhh-80aur

We have been trying to reach you in order to deliver your Free* $250 Chilis or OutBack
Restaurant Gift Card.

Please verify your shipping address and zipcode.
http://41.asp030.com/m/l?3ta-eyqy-2-avhh-80aur

Exclusive Gifts has for you this $250 Chilis or OutBack Gift Card just for answering a short
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://41.asp030.com/m/l?3ta-eyqy-3-avhh-80aur

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
```

EXHIBIT 10

Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the Exclusive Gifts com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - com is an Exclusive Gifts independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
Exclusive Gifts com. This is a Exclusive Gifts e-mail message. If you prefer not to receive

1

e-mails from Exclusive Gifts in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364


To unsubscribe, go to:
http://41.asp030.com/remove?r.ClaimsDept.0-681550a-724b.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-681550a-724b.ferronlaw.com.-jferron@41.asp030.com

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | ClaimsDept [ClaimsDept@52.asp030.com] |
| **Sent:** | Friday, January 13, 2006 7:55 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(13.8) Vote Coke® or Pepsi® for a $100 visa gift card |

Get a free* $100 visa gift card!

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Vote: Coke® or Pepsi®? Tell us what your favorite thirst-quencher is… and we'll give you a free* $100 visa gift card. Your free* $100 visa gift card is good at all major stores nationwide… and good on all merchandise.

To claim yours, click on the link below or copy it into your web browser.
http://52.asp030.com/m/l?3ta-eyrv-1-ab5e-80aur


--------------Our Most Asked for Offers---------------

Record straight to DVD with your FREE* Sony® DVD Handycam® Camcorder or Panasonic® DVD Camcorder! Lightweight and easy to use!
http://52.asp030.com/m/l?3ta-eyrv-2-ab5f-80aur


Free*  Free Cell Phone Service for One Year!

http://52.asp030.com/m/l?3ta-eyrv-3-ab5g-80aur

FREE* Dell™ Notebook PC!

http://52.asp030.com/m/l?3ta-eyrv-4-ab5h-80aur

Ready For Digital TV? Got Dish? You Can't beat this deal!

http://52.asp030.com/m/l?3ta-eyrv-5-ab5i-80aur



To unsubscribe, go to:
http://52.asp030.com/remove?r.ClaimsDept.0-6818d4b-6651.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-6818d4b-6651.ferronlaw.com.-jferron@52.asp030.com

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

EXHIBIT
71

1

| | |
|---|---|
| **From:** | SpecialRewards [SpecialRewards@12.mailmx01.com] |
| **Sent:** | Friday, January 13, 2006 8:46 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(8.5) Who's hotter?  California girls or Florida girls? |

Which girls are prettier: California girls or Florida girls?

http://12.mailmx01.com/m/l?3nn-eysl-1-b2nd-lmnn

Take our Nationwide Beauty Survey today!

Choose who you think is prettier and participate in our offers to receive a FREE* $500 Gift Card or Laptop!

<a
href="http://12.mailmx01.com/m/l?3nn-eysl-2-b2nd-lmnn">Click
Here</a>


 *This promotion is conducted exclusively by National Survey Panel and is subject to participation terms and conditions.  Receipt of your item requires compliance with offer terms, including:  age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address.  Unless otherwise indicated, participation eligibility is restricted to US residents, 18 and over. Void where prohibited. If you no longer wish to receive National Survey Panel emails, visit the unsubscribe page on the National Survey Panel site or visit the url:
http://12.mailmx01.com/m/l?3nn-eysl-3-a2c0-lmnn.  Or, print a copy of this email and send it along with your request to: National Survey Panel, 13900 Jog Road Suite 203-251, Delray Beach, FL  33446.


To unsubscribe, from this Advertisement:
http://12.mailmx01.com/remove?r.SpecialRewards.0-681a5ec-5755.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.SpecialRewards.0-681a5ec-5755.ferronlaw.com.-jferron@12.mailmx01.com

Special Rewards
1333 W. 120th Ave suite 101
Westminster Colorado 80234



EXHIBIT
72

1

| | |
|---|---|
| **From:** | ClaimsDept [ClaimsDept@124.opnletters.com] |
| **Sent:** | Friday, January 13, 2006 2:21 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(13.3) jferron@ferronlaw.com, WalMart GiftCard OfferConfirmation #239R-VDEC5736 |

-----------------------------------------------------------

WalMart GiftCard OfferConfirmation #239R-VDEC5736
To: Member #4031 Email: jferron@ferronlaw.com
-----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://124.opnletters.com/m/l?3ta-eywt-1-bau1-80aur

We have been trying to reach you in order to deliver your Free WalMart Gift Card.

Please verify your shipping address and zipcode.
http://124.opnletters.com/m/l?3ta-eywt-2-bau1-80aur

Rewards Gateway has for you this $500 WalMart Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://124.opnletters.com/m/l?3ta-eywt-3-bau1-80aur

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.

EXHIBIT

73

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by

1

RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, go to:
http://124.opnletters.com/remove?r.ClaimsDept.0-681e1ab-3a10.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-681e1ab-3a10.ferronlaw.com.-jferron@124.opnletters.com

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | SpecialRewards [SpecialRewards@h3.opnletters.com] |
| **Sent:** | Monday, January 16, 2006 6:32 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(13.5) Designer Purse Giveaway |

Would you like a Burberry or Coach purse by participating in a special promotion?

http://h3.opnletters.com/m/l?3nn-ezuv-1-b6wp-lmnn

Choose a Burberry or Coach Purse to show off your sophisticated style.

http://h3.opnletters.com/m/l?3nn-ezuv-2-b6wp-lmnn

This promotion is sponsored exclusively by Your Smart Rewards and is subject to participation terms and conditions. Receipt of the membership incentive gift requires completion of offer terms, including: age and residency requirements, registration with a valid email address, completion of user survey, sponsor promotions and shipping address verification. Upon completion of all requirements, we will promptly ship your membership incentive gift to your verified shipping address. You may review the status of your account via the member account area at anytime. Participation eligibility is restricted to US residents 18 and over. The trademark owners above have not endorsed this promotion, nor are they affiliated or connected with this promotion in any way. This is a limited time promotion and may expire in the near future. Restrictions may apply. If you no longer wish to receive Your Smart Rewards emails, visit the unsubscribe page on the Your Smart Rewards site, or you can write us at: Your Smart Rewards, 4846 N. University Drive #323, Lauderhill, FL 33351, USA.

<a href="http://h3.opnletters.com/m/l?3nn-ezuv-3-b6wp-lmnn">Click Here</a>

To unsubscribe, from this Advertisement:
http://h3.opnletters.com/remove?r.SpecialRewards.0-6861c7b-1dbe.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.SpecialRewards.0-6861c7b-1dbe.ferronlaw.com.-jferron@h3.opnletters.com

Special Rewards
1333 W. 120th Ave suite 101
Westminster Colorado 80234



EXHIBIT
14

| | |
|---|---|
| **From:** | ClaimsDept [ClaimsDept@33.asp060.com] |
| **Sent:** | Tuesday, January 17, 2006 8:26 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(9.3) Target- Delivery OfferConfirmation #06M-L774TAR |

```
-----------------------------------------------------------
Target GiftCard OfferConfirmation #06M-L774TAR
To: Member #5412 Email: jferron@ferronlaw.com
-----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://33.asp060.com/m/l?3ta-f0ae-1-baup-80aur

We have been trying to reach you in order to deliver your free Target Gift Card.

Please verify your shipping address and zipcode.
http://33.asp060.com/m/l?3ta-f0ae-2-baup-80aur

Consumer Incentive Promotions has given you this $500 Target Gift Card just for answering a
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://33.asp060.com/m/l?3ta-f0ae-3-baup-80aur

Thank you and ENJOY!

Sincerely,

Sandy Henderson
Customer Service Rep.
Research Test Group
```

EXHIBIT

15

```
*ResearchTestGroup has selected FreeGift World as theprovider of the promotional gift card.
The listed merchants in no way endorse or sponser the activities of ResearchTestGroup or
FreeGiftWorld. Receipt of the gift card requires completion of new member promotion offer
terms, which include without limitation; age and residency requirements, registration with a
valid email address, completion of the required sponser offers and redemption certificate,
ongoing opt-in to email communications and shipping address verification. Upon completion of
these steps, FreeGiftWorld will ship your free gift to the verified address. the above
```

1

merchant names, designs, and related marks are registered trademarks of their respective owners.

This advertisement was sent to you by an affiliate of FreeGiftWorld. If you have any questions, you may contact us at: Attn: FreeGiftWorld com, 1894 Highway 50E, Suite #4, PMB 472, Carson City, NV 89701. If you wish to remove yourself from future FreeGiftWorld mailings please click here to here to go to the website and select the Unsubscribe link at the bottom of the page. If you wish to unsubscribe from future mailings from this email publisher please follow their listed instructions.

To unsubscribe, go to:
http://33.asp060.com/remove?r.ClaimsDept.0-6878317-492d.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-6878317-492d.ferronlaw.com.-jferron@33.asp060.com

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | ClaimsDept [ClaimsDept@78.asp070.com] |
| **Sent:** | Friday, January 20, 2006 3:36 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | Chilis or OutBack Offer Confirmation #233R-VDEC5736 for jferron@ferronlaw.com |

```
---------------------------------------------------------
$250 Chilis or OutBack GiftCard - OfferConfirmation #233R-VDEC5736
To: Member #4031 Email: jferron@ferronlaw.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://78.asp070.com/m/l?3ta-f172-1-avhh-80aur

We have been trying to reach you in order to deliver your Free* $250 Chilis or OutBack
Restaurant Gift Card.

Please verify your shipping address and zipcode.
http://78.asp070.com/m/l?3ta-f172-2-avhh-80aur

Exclusive Gifts has for you this $250 Chilis or OutBack Gift Card just for answering a short
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://78.asp070.com/m/l?3ta-f172-3-avhh-80aur

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
```



EXHIBIT
76

Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the Exclusive Gifts com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - com is an Exclusive Gifts independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
Exclusive Gifts com. This is a Exclusive Gifts e-mail message. If you prefer not to receive

e-mails from Exclusive Gifts in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364


To unsubscribe, go to:
http://78.asp070.com/remove?r.ClaimsDept.0-68a8f85-6817.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-68a8f85-6817.ferronlaw.com.-jferron@78.asp070.com

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | ClaimsDept [ClaimsDept@205.mx01.net] |
| **Sent:** | Friday, January 20, 2006 7:41 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(17.0) Vote Coke® or Pepsi® for a $100 visa gift card |

Get a free* $100 visa gift card!

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Vote: Coke® or Pepsi®? Tell us what your favorite thirst-quencher is… and we'll give you a
free* $100 visa gift card. Your free* $100 visa gift card is good at all major stores
nationwide… and good on all merchandise.

To claim yours, click on the link below or copy it into your web browser.
http://205.mx01.net/m/l?3ta-f17u-1-ab5e-80aur


--------------Our Most Asked for Offers---------------

Record straight to DVD with your FREE* Sony® DVD Handycam® Camcorder or Panasonic® DVD
Camcorder! Lightweight and easy to use!
http://205.mx01.net/m/l?3ta-f17u-2-ab5f-80aur


Free*  Free Cell Phone Service for One Year!

http://205.mx01.net/m/l?3ta-f17u-3-ab5g-80aur

FREE* Dell™ Notebook PC!

http://205.mx01.net/m/l?3ta-f17u-4-ab5h-80aur

Ready For Digital TV? Got Dish? You Can't beat this deal!

http://205.mx01.net/m/l?3ta-f17u-5-ab5i-80aur



To unsubscribe, go to:
http://205.mx01.net/remove?r.ClaimsDept.0-68ac7c5-617d.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-68ac7c5-617d.ferronlaw.com.-jferron@205.mx01.net

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



EXHIBIT
11

**From:** SpecialRewards [SpecialRewards@168.mailzips.com]
**Sent:** Friday, January 20, 2006 8:57 AM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(8.5) Who's hotter?  California girls or Florida girls?

Which girls are prettier: California girls or Florida girls?

http://168.mailzips.com/m/l?3nn-f18u-1-b2nd-lmnn

Take our Nationwide Beauty Survey today!

Choose who you think is prettier and participate in our offers to receive a FREE* $500 Gift
Card or Laptop!

<a
href="http://168.mailzips.com/m/l?3nn-f18u-2-b2nd-lmnn">Click
Here</a>

 *This promotion is conducted exclusively by National Survey Panel and is subject to
participation terms and conditions.  Receipt of your item requires compliance with offer
terms, including:  age and residency requirements; registration with valid email address,
shipping address and contact phone number; completion of user survey and sponsor promotions.
Upon valid completion of all requirements, we will ship your item to your provided shipping
address.  Unless otherwise indicated, participation eligibility is restricted to US
residents, 18 and over. Void where prohibited. If you no longer wish to receive National
Survey Panel emails, visit the unsubscribe page on the National Survey Panel site or visit
the url:
http://168.mailzips.com/m/l?3nn-f18u-3-a2c0-lmnn.  Or, print a copy of this email and send it
along with your request to: National Survey Panel, 13900 Jog Road Suite 203-251, Delray
Beach, FL  33446.


To unsubscribe, from this Advertisement:
http://168.mailzips.com/remove?r.SpecialRewards.0-68ae065-2ceb.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.SpecialRewards.0-68ae065-2ceb.ferronlaw.com.-jferron@168.mailzips.com

Special Rewards
1333 W. 120th Ave suite 101
Westminster Colorado 80234



EXHIBIT
18

| | |
|---|---|
| **From:** | ClaimsDept [ClaimsDept@mx19169.aa02.com] |
| **Sent:** | Friday, January 20, 2006 1:51 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | jferron@ferronlaw.com, WalMart GiftCard OfferConfirmation #239R-VDEC5736 |

```
----------------------------------------------------------
WalMart GiftCard OfferConfirmation #239R-VDEC5736
To: Member #4031 Email: jferron@ferronlaw.com
----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://mx19169.aa02.com/m/l?3ta-f1cx-1-bau1-80aur

We have been trying to reach you in order to deliver your Free WalMart Gift Card.

Please verify your shipping address and zipcode.
http://mx19169.aa02.com/m/l?3ta-f1cx-2-bau1-80aur

Rewards Gateway has for you this $500 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://mx19169.aa02.com/m/l?3ta-f1cx-3-bau1-80aur

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
```

```
EXHIBIT
tabbies
19
```

Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, go to:
http://mx19169.aa02.com/remove?r.ClaimsDept.0-68b1c26-3bf1.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-68b1c26-3bf1.ferronlaw.com.-jferron@mx19169.aa02.com

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | SpecialRewards [SpecialRewards@mx4133.pp03.com] |
| **Sent:** | Monday, January 23, 2006 6:07 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | Designer Purse Giveaway |

Would you like a Burberry or Coach purse by participating in a special promotion?

http://mx4133.pp03.com/m/l?3nn-f2a5-1-b6wp-lmnn

Choose a Burberry or Coach Purse to show off your sophisticated style.

http://mx4133.pp03.com/m/l?3nn-f2a5-2-b6wp-lmnn

This promotion is sponsored exclusively by Your Smart Rewards and is subject to participation terms and conditions. Receipt of the membership incentive gift requires completion of offer terms, including: age and residency requirements, registration with a valid email address, completion of user survey, sponsor promotions and shipping address verification. Upon completion of all requirements, we will promptly ship your membership incentive gift to your verified shipping address. You may review the status of your account via the member account area at anytime. Participation eligibility is restricted to US residents 18 and over. The trademark owners above have not endorsed this promotion, nor are they affiliated or connected with this promotion in any way. This is a limited time promotion and may expire in the near future. Restrictions may apply. If you no longer wish to receive Your Smart Rewards emails, visit the unsubscribe page on the Your Smart Rewards site, or you can write us at: Your Smart Rewards, 4846 N. University Drive #323, Lauderhill, FL 33351, USA.

<a href="http://mx4133.pp03.com/m/l?3nn-f2a5-3-b6wp-lmnn">Click Here</a>

To unsubscribe, from this ADVERTISEMENT:
http://mx4133.pp03.com/remove?r.SpecialRewards.0-68f56f9-501c.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.SpecialRewards.0-68f56f9-501c.ferronlaw.com.-jferron@mx4133.pp03.com

Special Rewards
1333 W. 120th Ave suite 101
Westminster Colorado 80234



EXHIBIT
80

1

**From:** ClaimsDept [ClaimsDept@l4.opnletters.com]
**Sent:** Tuesday, January 24, 2006 9:08 PM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(15.2) Target- Delivery OfferConfirmation #06M-L774TAR

------------------------------------------------------------

Target GiftCard OfferConfirmation #06M-L774TAR
To: Member #5412 Email: jferron@ferronlaw.com
------------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://l4.opnletters.com/m/l?3ta-f2tv-1-baup-80aur

We have been trying to reach you in order to deliver your free Target Gift Card.

Please verify your shipping address and zipcode.
http://l4.opnletters.com/m/l?3ta-f2tv-2-baup-80aur

Consumer Incentive Promotions has given you this $500 Target Gift Card just for answering a survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://l4.opnletters.com/m/l?3ta-f2tv-3-baup-80aur

Thank you and ENJOY!

Sincerely,

Sandy Henderson
Customer Service Rep.
Research Test Group

EXHIBIT
81

*ResearchTestGroup has selected FreeGift World as theprovider of the promotional gift card. The listed merchants in no way endorse or sponser the activities of ResearchTestGroup or FreeGiftWorld. Receipt of the gift card requires completion of new member promotion offer terms, which include without limitation; age and residency requirements, registration with a valid email address, completion of the required sponser offers and redemption certificate, ongoing opt-in to email communications and shipping address verification. Upon completion of these steps, FreeGiftWorld will ship your free gift to the verified address. the above

1

merchant names, designs, and related marks are registered trademarks of their respective owners.

This advertisement was sent to you by an affiliate of FreeGiftWorld. If you have any questions, you may contact us at: Attn: FreeGiftWorld com, 1894 Highway 50E, Suite #4, PMB 472, Carson City, NV 89701. If you wish to remove yourself from future FreeGiftWorld mailings please click here to here to go to the website and select the Unsubscribe link at the bottom of the page. If you wish to unsubscribe from future mailings from this email publisher please follow their listed instructions.

To unsubscribe, go to:
http://l4.opnletters.com/remove?r.ClaimsDept.0-690bd8e-3b06.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-690bd8e-3b06.ferronlaw.com.-jferron@l4.opnletters.com

Claims Dept - ADVERTISEMENT
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234