| | |
|---|---|
| **From:** | ClaimsDept [ClaimsDept@110.mx01.net] |
| **Sent:** | Friday, January 27, 2006 3:44 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(9.0) Chilis or OutBack Offer Confirmation #233R-VDEC5736 for jferron@ferronlaw.com |

```
----------------------------------------------------------
$250 Chilis or OutBack GiftCard - OfferConfirmation
#233R-VDEC5736
To: Member #4031 Email: jferron@ferronlaw.com
----------------------------------------------------------
```

To receive your gift, please click on or cut and paste:
http://110.mx01.net/m/l?3ta-f417-1-avhh-80aur

We have been trying to reach you in order to deliver your
Free* $250 Chilis or OutBack Restaurant Gift Card.

Please verify your shipping address and zipcode.
http://110.mx01.net/m/l?3ta-f417-2-avhh-80aur

Exclusive Gifts has for you this $250 Chilis or OutBack Gift Card just for answering a short
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://110.mx01.net/m/l?3ta-f417-3-avhh-80aur

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.


<a href="http://110.mx01.net/m/l?3ta-f417-4-avhh-80aur">Click Here</a>

```
EXHIBIT
82
```
Tabbies

*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the Exclusive Gifts com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - com is an Exclusive Gifts independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who

1

have no association with or make any endorsement of the products or services provided by
Exclusive Gifts com.
This is a Exclusive Gifts e-mail message. If you prefer not to receive e-mails from Exclusive
Gifts in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA
91364


To unsubscribe, go to:
http://110.mx01.net/remove?r.ClaimsDept.0-693ca05-1466.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-693ca05-1466.ferronlaw.com.-jferron@110.mx01.net

Claims Dept - ADVERTISEMENT
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | SpecialRewards [SpecialRewards@126.mailzips.com] |
| **Sent:** | Friday, January 27, 2006 9:05 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(10.2) Who's hotter?  California girls or Florida girls? |

Which girls are prettier: California girls or Florida girls?

http://126.mailzips.com/m/l?3nn-f42b-1-b2nd-lmnn

Take our Nationwide Beauty Survey today!

Choose who you think is prettier and participate in our offers to receive a FREE* $500 Gift
Card or Laptop!

<a
href="http://126.mailzips.com/m/l?3nn-f42b-2-b2nd-lmnn">Click
Here</a>

 *This promotion is conducted exclusively by National Survey Panel and is subject to
participation terms and conditions.  Receipt of your item requires compliance with offer
terms, including:  age and residency requirements; registration with valid email address,
shipping address and contact phone number; completion of user survey and sponsor promotions.
Upon valid completion of all requirements, we will ship your item to your provided shipping
address.  Unless otherwise indicated, participation eligibility is restricted to US
residents, 18 and over. Void where prohibited. If you no longer wish to receive National
Survey Panel emails, visit the unsubscribe page on the National Survey Panel site or visit
the url:
http://126.mailzips.com/m/l?3nn-f42b-3-a2c0-lmnn.  Or, print a copy of this email and send it
along with your request to: National Survey Panel, 13900 Jog Road Suite 203-251, Delray
Beach, FL  33446.

To unsubscribe, from this ADVERTISMENT:
http://126.mailzips.com/remove?r.SpecialRewards.0-6941ae1-20e9.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.SpecialRewards.0-6941ae1-20e9.ferronlaw.com.-jferron@126.mailzips.com

Special Rewards
1333 W. 120th Ave suite 101
Westminster Colorado 80234



1

| From: | ClaimsDept [ClaimsDept@189.mx02.net] |
|---|---|
| Sent: | Friday, January 27, 2006 1:47 PM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(9.0) jferron@ferronlaw.com, WalMart GiftCard OfferConfirmation #239R-VDEC5736 |

```
---------------------------------------------------------
WalMart GiftCard OfferConfirmation #239R-VDEC5736
To: Member #4031 Email: jferron@ferronlaw.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://189.mx02.net/m/l?3ta-f46l-1-bau1-80aur

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://189.mx02.net/m/l?3ta-f46l-2-bau1-80aur

Rewards Gateway has for you this $500 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://189.mx02.net/m/l?3ta-f46l-3-bau1-80aur

Thank you and ENJOY!

Sincerely,


Jaz Pester
Customer Service Rep.
```



*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by

RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, go to:
http://189.mx02.net/remove?r.ClaimsDept.0-69456b1-6dff.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-69456b1-6dff.ferronlaw.com.-jferron@189.mx02.net

Claims Dept - ADVERTISEMENT
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | SpecialRewards [SpecialRewards@100.mx02.net] |
| **Sent:** | Friday, January 27, 2006 5:46 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(10.2) Who's hotter?  California girls or Florida girls? |

Which girls are prettier: California girls or Florida girls?

http://100.mx02.net/m/l?3nn-f4h1-1-b2nd-1mnn

Take our Nationwide Beauty Survey today!

Choose who you think is prettier and participate in our offers to receive a FREE* $500 Gift
Card or Laptop!

<a
href="http://100.mx02.net/m/l?3nn-f4h1-2-b2nd-1mnn">Click
Here</a>

 *This promotion is conducted exclusively by National Survey Panel and is subject to
participation terms and conditions.  Receipt of your item requires compliance with offer
terms, including:  age and residency requirements; registration with valid email address,
shipping address and contact phone number; completion of user survey and sponsor promotions.
Upon valid completion of all requirements, we will ship your item to your provided shipping
address.  Unless otherwise indicated, participation eligibility is restricted to US
residents, 18 and over. Void where prohibited. If you no longer wish to receive National
Survey Panel emails, visit the unsubscribe page on the National Survey Panel site or visit
the url:
http://100.mx02.net/m/l?3nn-f4h1-3-a2c0-1mnn.  Or, print a copy of this email and send it
along with your request to: National Survey Panel, 13900 Jog Road Suite 203-251, Delray
Beach, FL  33446.
To unsubscribe, from this ADVERTISEMENT:
http://100.mx02.net/remove?r.SpecialRewards.0-694921b-1373.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.SpecialRewards.0-694921b-1373.ferronlaw.com.-jferron@100.mx02.net

Special Rewards
1333 W. 120th Ave suite 101
Westminster Colorado 80234



EXHIBIT
85

| From: | ClaimsDept [ClaimsDept@021.mailzips.com] |
|---|---|
| Sent: | Monday, January 30, 2006 1:37 PM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(9.4) jferron@ferronlaw.com, WalMart GiftCard OfferConfirmation #4788X-HDGDG5648 |

```
------------------------------------------------------------
WalMart GiftCard OfferConfirmation #4788X-HDGDG5648
To: Member #56489WM Email: jferron@ferronlaw.com
------------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://021.mailzips.com/m/l?3ta-f53b-1-bau1-80aur

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://021.mailzips.com/m/l?3ta-f53b-2-bau1-80aur

Rewards Gateway has for you this $500 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://021.mailzips.com/m/l?3ta-f53b-3-bau1-80aur

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
```

EXHIBIT
86

```
*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
```

1

RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, go to:
http://021.mailzips.com/remove?r.ClaimsDept.0-698447b-364f.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-698447b-364f.ferronlaw.com.-jferron@021.mailzips.com

Claims Dept - ADVERTISEMENT
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | SpecialRewards [SpecialRewards@189.opnletters.com] |
| **Sent:** | Monday, January 30, 2006 6:21 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(13.5) Designer Purse Giveaway |

Would you like a Burberry or Coach purse by participating in a special promotion?

http://189.opnletters.com/m/l?3nn-f59k-1-b6wp-lmnn

Choose a Burberry or Coach Purse to show off your sophisticated style.

http://189.opnletters.com/m/l?3nn-f59k-2-b6wp-lmnn

This promotion is sponsored exclusively by Your Smart Rewards and is subject to participation terms and conditions. Receipt of the membership incentive gift requires completion of offer terms, including: age and residency requirements, registration with a valid email address, completion of user survey, sponsor promotions and shipping address verification. Upon completion of all requirements, we will promptly ship your membership incentive gift to your verified shipping address. You may review the status of your account via the member account area at anytime. Participation eligibility is restricted to US residents 18 and over. The trademark owners above have not endorsed this promotion, nor are they affiliated or connected with this promotion in any way. This is a limited time promotion and may expire in the near future. Restrictions may apply. If you no longer wish to receive Your Smart Rewards emails, visit the unsubscribe page on the Your Smart Rewards site, or you can write us at: Your Smart Rewards, 4846 N. University Drive #323, Lauderhill, FL 33351, USA.

<a href="http://189.opnletters.com/m/l?3nn-f59k-3-b6wp-lmnn">Click Here</a> To unsubscribe, from this ADVERTISEMENT:
http://189.opnletters.com/remove?r.SpecialRewards.0-6989174-6c6f.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.SpecialRewards.0-6989174-6c6f.ferronlaw.com.-jferron@189.opnletters.com

Special Rewards
1333 W. 120th Ave suite 101
Westminster Colorado 80234



From:        ClaimsDept [ClaimsDept@050.mx03.net]
Sent:        Thursday, February 02, 2006 9:46 PM
To:          jferron@ferronlaw.com
Subject:     ***SPAM***(9.3) Chilis or OutBack Offer Confirmation #233R-VDEC5736 for
             jferron@ferronlaw.com

```
-----------------------------------------------------------
$250 Chilis or OutBack GiftCard - OfferConfirmation
#233R-VDEC5736
To: Member #4031 Email: jferron@ferronlaw.com
-----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://050.mx03.net/m/l?3ta-f6pz-1-avhh-80aur

We have been trying to reach you in order to deliver your
Free* $250 Chilis or OutBack Restaurant Gift Card.

Please verify your shipping address and zipcode.
http://050.mx03.net/m/l?3ta-f6pz-2-avhh-80aur

Exclusive Gifts has for you this $250 Chilis or OutBack Gift Card just for answering a short
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://050.mx03.net/m/l?3ta-f6pz-3-avhh-80aur

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.




<a href="http://050.mx03.net/m/l?3ta-f6pz-4-avhh-80aur">Click Here</a>
```



EXHIBIT
88

```
*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the Exclusive Gifts com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - com is an Exclusive Gifts independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
```

1

have no association with or make any endorsement of the products or services provided by Exclusive Gifts com.
This is a Exclusive Gifts e-mail message. If you prefer not to receive e-mails from Exclusive Gifts in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe from this ADVERTISEMENT, go to:
http://050.mx03.net/remove?r.ClaimsDept.0-69d048a-6e67.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-69d048a-6e67.ferronlaw.com.-jferron@050.mx03.net

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | SpecialRewards [SpecialRewards@69.mailmx02.com] |
| **Sent:** | Friday, February 03, 2006 8:54 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(7.0) Who's hotter?  California girls or Florida girls? |

Which girls are prettier: California girls or Florida girls?

http://69.mailmx02.com/m/l?3nn-f6r4-1-b2nd-lmnn

Take our Nationwide Beauty Survey today!

Choose who you think is prettier and participate in our offers to receive a FREE* $500 Gift Card or Laptop!

<a
href="http://69.mailmx02.com/m/l?3nn-f6r4-2-b2nd-lmnn">Click
Here</a>

 *This promotion is conducted exclusively by National Survey Panel and is subject to participation terms and conditions.  Receipt of your item requires compliance with offer terms, including:  age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address.  Unless otherwise indicated, participation eligibility is restricted to US residents, 18 and over. Void where prohibited. If you no longer wish to receive National Survey Panel emails, visit the unsubscribe page on the National Survey Panel site or visit the url:
http://69.mailmx02.com/m/l?3nn-f6r4-3-a2c0-lmnn.  Or, print a copy of this email and send it along with your request to: National Survey Panel, 13900 Jog Road Suite 203-251, Delray Beach, FL  33446.
To unsubscribe, from this ADVERTISEMENT:
http://69.mailmx02.com/remove?r.SpecialRewards.0-69d5567-6f47.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.SpecialRewards.0-69d5567-6f47.ferronlaw.com.-jferron@69.mailmx02.com

Special Rewards
1333 W. 120th Ave suite 101
Westminster Colorado 80234



EXHIBIT
89

1

| | |
|---|---|
| **From:** | ClaimsDept [ClaimsDept@147.mx02.net] |
| **Sent:** | Monday, February 06, 2006 11:12 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(9.4) WalMart Gift Card Offer Confirmation #WAL7464 - 80aur for jferron@ferronlaw.com |

```
------------------------------------------------------------
WalMart Gift Card Offer Confirmation #WAL7464 - 80aur
To: Member #8676WAL Email: jferron@ferronlaw.com
------------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://147.mx02.net/m/l?3ta-f7ju-1-bmu6-80aur

We are trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://147.mx02.net/m/l?3ta-f7ju-2-bmu6-80aur

Unlimited Free Gifts will give you this $500 WalMart Gift Card just for answering a short
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://147.mx02.net/m/l?3ta-f7ju-3-bmu6-80aur

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
```



```
*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway.com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-
mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe from this ADVERTISEMENT, go to:
```

http://147.mx02.net/remove?r.ClaimsDept.0-6a16285-3a73.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-6a16285-3a73.ferronlaw.com.-jferron@147.mx02.net

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | SpecialRewards [SpecialRewards@098.mailzips.com] |
| **Sent:** | Monday, February 06, 2006 6:22 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(9.3) Designer Purse Giveaway |

Would you like a Burberry or Coach purse by participating in a special promotion?

http://098.mailzips.com/m/l?3nn-f7sa-1-b6wp-1mnn

Choose a Burberry or Coach Purse to show off your sophisticated style.

http://098.mailzips.com/m/l?3nn-f7sa-2-b6wp-1mnn

This promotion is sponsored exclusively by Your Smart Rewards and is subject to participation terms and conditions. Receipt of the membership incentive gift requires completion of offer terms, including: age and residency requirements, registration with a valid email address, completion of user survey, sponsor promotions and shipping address verification. Upon completion of all requirements, we will promptly ship your membership incentive gift to your verified shipping address. You may review the status of your account via the member account area at anytime. Participation eligibility is restricted to US residents 18 and over. The trademark owners above have not endorsed this promotion, nor are they affiliated or connected with this promotion in any way. This is a limited time promotion and may expire in the near future. Restrictions may apply. If you no longer wish to receive Your Smart Rewards emails, visit the unsubscribe page on the Your Smart Rewards site, or you can write us at: Your Smart Rewards, 4846 N. University Drive #323, Lauderhill, FL 33351, USA.

<a href="http://098.mailzips.com/m/l?3nn-f7sa-3-b6wp-1mnn">Click Here</a> To unsubscribe, from this ADVERTISEMENT:
http://098.mailzips.com/remove?r.SpecialRewards.0-6a1cbf7-13d2.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.SpecialRewards.0-6a1cbf7-13d2.ferronlaw.com.-jferron@098.mailzips.com

Special Rewards
1333 W. 120th Ave suite 101
Westminster Colorado 80234



EXHIBIT
91

1

| | |
|---|---|
| From: | ClaimsDept [ClaimsDept@176.opnletters.com] |
| Sent: | Tuesday, February 07, 2006 10:32 PM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(15.4) WalMart Gift Card Offer Confirmation #WAL7464 - 80aur for jferron@ferronlaw.com |

```
----------------------------------------------------------
WalMart Gift Card Offer Confirmation #WAL7464 - 80aur
To: Member #8676WAL Email: jferron@ferronlaw.com
----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://176.opnletters.com/m/l?3ta-f87t-1-bmu6-80aur

We are trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://176.opnletters.com/m/l?3ta-f87t-2-bmu6-80aur

Unlimited Free Gifts will give you this $500 WalMart Gift Card just for answering a short
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://176.opnletters.com/m/l?3ta-f87t-3-bmu6-80aur

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
```

EXHIBIT
92

*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway.com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-
mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe from this ADVERTISEMENT, go to:

1

http://176.opnletters.com/remove?r.ClaimsDept.0-6a3239a-3dd7.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-6a3239a-3dd7.ferronlaw.com.-jferron@176.opnletters.com

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| From: | RewardDept [RewardDept@216.mx03.net] |
| Sent: | Wednesday, February 08, 2006 5:58 AM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(9.0) GNC - Delivery OfferConfirmation #785S azskz for jferron@ferronlaw.com |

```
-------------------------------------------------------
GNC GiftCard OfferConfirmation %uid##
To: Member #7458GNC Email: jferron@ferronlaw.com
-------------------------------------------------------

http://216.mx03.net/m/l?3tb-f8fo-1-b249-azskz
To receive your gift, please click on or cut and paste

We have been trying to reach you in order to deliver your free* GNC $250 Gift Card.

http://216.mx03.net/m/l?3tb-f8fo-2-b249-azskz
Please verify your shipping address and zipcode.

Consumer Incentive Promotions has given you this $250 GNC Gift Card just for answering a
survey and following instructions on our website.

<a href="http://216.mx03.net/m/l?3tb-f8fo-3-b249-azskz">Please visit our website and verify
your zipcode:</a>

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
Research Test Group
```



EXHIBIT
93

```
*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway.com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-
mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364 To unsubscribe, from this ADVERTISEMENT:
http://216.mx03.net/remove?r.RewardDept.0-6a40c92-5806.ferronlaw.com.-jferron?r
```

or, send a blank message to:
mailto:r.RewardDept.0-6a40c92-5806.ferronlaw.com.-jferron@216.mx03.net

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

**From:** RewardDept [RewardDept@160.opnletters.com]
**Sent:** Wednesday, February 08, 2006 10:38 PM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(13.2) Dell- Delivery OfferConfirmation #785S azskz for jferron@ferronlaw.com

----------------------------------------------------------------

Dell GiftCard OfferConfirmation #3658-VACC6735
To: Member #4031 Email: jferron@ferronlaw.com
----------------------------------------------------------------

http://160.opnletters.com/m/l?3tb-f8j5-1-b249-azskz
To receive your gift, please click on or cut and paste

We have been trying to reach you in order to deliver your free* Dell Computer Gift Card.

<a href="http://160.opnletters.com/m/l?3tb-f8j5-2-b249-azskz">Please verify your shipping
address and zipcode.</a>

Consumer Incentive Promotions has given you this $500 Dell Computer Gift Card just for
answering a  survey and following instructions on our website.

<a href="http://160.opnletters.com/m/l?3tb-f8j5-3-b249-azskz">Please visit our website and
verify your zipcode:</a>

Thank you and ENJOY!

Sincerely,

Joey kemp
Customer Service Rep.
Research Test Group

*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com.
This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards
Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA
91364 To unsubscribe, from this ADVERTISEMENT:
http://160.opnletters.com/remove?r.RewardDept.0-6a4333e-5212.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6a4333e-5212.ferronlaw.com.-jferron@160.opnletters.com

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234



1

**From:** RewardDept [RewardDept@mx1790.aa02.com]
**Sent:** Thursday, February 09, 2006 3:19 PM
**To:** jferron@ferronlaw.com
**Subject:** WalMart- Offer Confirmation #239R-VDEC5736 for jferron@ferronlaw.com

```
-----------------------------------------------------------
WalMart GiftCard OfferConfirmation #239R-VDEC5736
To: Member #4031 Email: jferron@ferronlaw.com
-----------------------------------------------------------
```

To receive your gift, please click on or cut and paste:
http://mx1790.aa02.com/m/l?3tb-f8wa-1-b6z3-azskz

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://mx1790.aa02.com/m/l?3tb-f8wa-2-b6z3-azskz

Rewards Gateway has for you this $500 WalMart Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://mx1790.aa02.com/m/l?3tb-f8wa-3-b6z3-azskz

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.



EXHIBIT
95

*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://mx1790.aa02.com/remove?r.RewardDept.0-6a584b6-ba.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6a584b6-ba.ferronlaw.com.-jferron@mx1790.aa02.com

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

**From:** ClaimsDept [ClaimsDept@171.mx01.net]
**Sent:** Friday, February 10, 2006 3:52 AM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(9.3) Chilis or OutBack Offer Confirmation #233R-VDEC5736 for
jferron@ferronlaw.com

```
---------------------------------------------------------
$250 Chilis or OutBack GiftCard - OfferConfirmation
#233R-VDEC5736
To: Member #4031 Email: jferron@ferronlaw.com
---------------------------------------------------------
```

To receive your gift, please click on or cut and paste:
http://171.mx01.net/m/l?3ta-f952-1-avhh-80aur

We have been trying to reach you in order to deliver your
Free* $250 Chilis or OutBack Restaurant Gift Card.

Please verify your shipping address and zipcode.
http://171.mx01.net/m/l?3ta-f952-2-avhh-80aur

Exclusive Gifts has for you this $250 Chilis or OutBack Gift Card just for answering a short
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://171.mx01.net/m/l?3ta-f952-3-avhh-80aur

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.

<a href="http://171.mx01.net/m/l?3ta-f952-4-avhh-80aur">Click Here</a>



EXHIBIT
96

*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the Exclusive Gifts com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - com is an Exclusive Gifts independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who

have no association with or make any endorsement of the products or services provided by
Exclusive Gifts com.
This is a Exclusive Gifts e-mail message. If you prefer not to receive e-mails from Exclusive
Gifts in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA
91364

To unsubscribe from this ADVERTISEMENT, go to:
http://171.mx01.net/remove?r.ClaimsDept.0-6a63f0b-3096.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-6a63f0b-3096.ferronlaw.com.-jferron@171.mx01.net

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| From: | SpecialRewards [SpecialRewards@196.mx01.net] |
| Sent: | Friday, February 10, 2006 8:58 AM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(10.2) Who's hotter?  California girls or Florida girls? |

Which girls are prettier: California girls or Florida girls?

http://196.mx01.net/m/l?3nn-f968-1-b2nd-lmnn

Take our Nationwide Beauty Survey today!

Choose who you think is prettier and participate in our offers to receive a FREE* $500 Gift
Card or Laptop!

<a
href="http://196.mx01.net/m/l?3nn-f968-2-b2nd-lmnn">Click
Here</a>

 *This promotion is conducted exclusively by National Survey Panel and is subject to
participation terms and conditions.  Receipt of your item requires compliance with offer
terms, including:  age and residency requirements; registration with valid email address,
shipping address and contact phone number; completion of user survey and sponsor promotions.
Upon valid completion of all requirements, we will ship your item to your provided shipping
address.  Unless otherwise indicated, participation eligibility is restricted to US
residents, 18 and over. Void where prohibited. If you no longer wish to receive National
Survey Panel emails, visit the unsubscribe page on the National Survey Panel site or visit
the url:
http://196.mx01.net/m/l?3nn-f968-3-a2c0-lmnn.  Or, print a copy of this email and send it
along with your request to: National Survey Panel, 13900 Jog Road Suite 203-251, Delray
Beach, FL  33446.
To unsubscribe, from this ADVERTISEMENT:
http://196.mx01.net/remove?r.SpecialRewards.0-6a68fe0-e44.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.SpecialRewards.0-6a68fe0-e44.ferronlaw.com.-jferron@196.mx01.net

Special Rewards
1333 W. 120th Ave suite 101
Westminster Colorado 80234

EXHIBIT
97

1

| | |
|---|---|
| **From:** | RewardDept [RewardDept@mx1755.ff02.com] |
| **Sent:** | Saturday, February 11, 2006 2:46 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(6.1) Kmart - Offer Confirmation #874S azskz for jferron@ferronlaw.com |

```
------------------------------------------------------
Kmart GiftCard OfferConfirmation #874S azskz
To: Member #4031 Email: jferron@ferronlaw.com
------------------------------------------------------


http://mx1755.ff02.com/m/l?3tb-f9ow-1-axeb-azskz
To receive your gift, please click on or cut and paste

We have been trying to reach you in order to deliver your free* Kmart Gift Card.

<a href="http://mx1755.ff02.com/m/l?3tb-f9ow-2-axeb-azskz">Please verify your shipping
address and zipcode.</a>

Exclusive Rewards has given you this $100 Kmart Gift Card just for answering a survey and
following instructions on our website.

<a href="http://mx1755.ff02.com/m/l?3tb-f9ow-3-axeb-azskz">Please visit our website and
verify your zipcode:</a>

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
Exclusive Rewards

*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com.
This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards
Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA
91364


To unsubscribe, from this ADVERTISEMENT:
http://mx1755.ff02.com/remove?r.RewardDept.0-6a81d2d-3277.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6a81d2d-3277.ferronlaw.com.-jferron@mx1755.ff02.com
```



EXHIBIT
**98**

RewardDept - Advertisements

1333 W. 120th Ave Suite 101
Westminster Colorado 80234

From:        RewardDept [RewardDept@mx19144.rr03.com]
Sent:        Saturday, February 11, 2006 9:18 PM
To:          jferron@ferronlaw.com
Subject:     ***SPAM***(10.4) Coach - Offer Confirmation #048Q-VDCC6795 for jferron@ferronlaw.com

**Participation Confirmation #32-1**

**Congrats, You've been selected to participate in YourSmartRewards' Free\* Designer Handbag promotion.**

To claim your Burberry® or Coach® handbag, Please Click Here

This is Limited Time promotion, please claim your Designer Handbag before it's too late!

Best Wishes,

Barbara Smith
Reward Representative
Your Smart Rewards

---

\*This promotion is sponsored exclusively by YourSmartRewards and is subject to participation terms and conditions. Receipt of the member incentive gift requires completion of offer terms, including: age and residency requirements, registration with a valid email address, completion user survey, sponsor promotions and shipping address verification. Upon completion of all requirements, we will promptly ship your member incentive gift to your verified shipping address. You may review the status of your account via the member account area at anytime. Participation eligibility is restricted to US residents 18 and over. The trademark owners above have not endorsed this promotion, nor are they affiliate connected with this promotion in any way. This is a limited time promotion and may expire in the near future. Restrictions may apply. If yo longer wish to receive YourSmartRewards emails, visit the unsubscribe page on the YourSmartRewards site or visit the http://www.yoursmartrewards.com/suppress.htm. Or, print a copy of this email and send it along with your letter to: YourSmartRewards, 484 University Drive #323 Lauderhill, FL 33351, USA.


To unsubscribe from this mailing list: / ADVERTISEMENT click here
or send a blank message to: r.RewardDept.0-6a8637d-6d0f.ferronlaw.com.-jferron@mx19144.rr03.com

Reward Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



EXHIBIT
99

1

| | |
|---|---|
| **From:** | Hot Deal [Dealchamp@106.mx03.net] |
| **Sent:** | Saturday, February 11, 2006 10:29 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(9.4) Chilis or OutBack Offer Confirmation #233R-VDEC5736 for jferron@ferronlaw.com |

---

```
-----------------------------------------------------------
$250 Chilis or OutBack GiftCard - OfferConfirmation #233R-VDEC5736
To: Member #4031 Email: jferron@ferronlaw.com
-----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://106.mx03.net/m/l?3rv-f9rt-1-b7cw-8590z

We have been trying to reach you in order to deliver your Free* $250 Chilis or OutBack
Restaurant Gift Card.

Please verify your shipping address and zipcode.
http://106.mx03.net/m/l?3rv-f9rt-2-b7cw-8590z

Exclusive Gifts has for you this $250 Chilis or OutBack Gift Card just for answering a short
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://106.mx03.net/m/l?3rv-f9rt-3-b7cw-8590z

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
```



EXHIBIT
100

```
*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the Exclusive Gifts com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - com is an Exclusive Gifts independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
```

1

Exclusive Gifts com. This is a Exclusive Gifts e-mail message. If you prefer not to receive e-mails from Exclusive Gifts in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://106.mx03.net/remove?r.Dealchamp.0-6a8d3f5-444b.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-6a8d3f5-444b.ferronlaw.com.-jferron@106.mx03.net

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508

2