| From: | RewardDept [RewardDept@mx4146.aa04.com] |
|---|---|
| Sent: | Monday, February 13, 2006 6:26 AM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(7.8) Ipod Photo 60GB- Offer Confirmation #238R-VDGC5639 for jferron@ferronlaw.com |

------------------------------------------------------------

Ipod Photo 60GB Offer Confirmation #238R-VDGC5639
To: Member #4031 Email: jferron@ferronlaw.com
------------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://mx4146.aa04.com/m/l?3tb-f9wm-1-axeg-azskz

We are trying to reach you in order to deliver your Free* Ipod Photo 60GB.

Please verify your shipping address and zipcode.
http://mx4146.aa04.com/m/l?3tb-f9wm-2-axeg-azskz

Premium Products Online has given you this Ipod Photo 60GB just for answering a survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://mx4146.aa04.com/m/l?3tb-f9wm-3-axeg-azskz


Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep



*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com.
This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364 To unsubscribe, from this ADVERTISEMENT:
http://mx4146.aa04.com/remove?r.RewardDept.0-6aa5a3c-3f8a.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6aa5a3c-3f8a.ferronlaw.com.-jferron@mx4146.aa04.com

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

| From: | Deal Champ [Dealchamp@l3.opnletters.com] |
|---|---|
| Sent: | Monday, February 13, 2006 12:39 PM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(13.3) WalMart- Offer Confirmation #547L-NBDY5742 for jferron@ferronlaw.com |

```
------------------------------------------------------------
WalMart GiftCard OfferConfirmation #547L-NBDY5742
To: Member #5478 Email: jferron@ferronlaw.com
------------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://l3.opnletters.com/m/l?3rv-f9wb-1-b7cz-8590z

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://l3.opnletters.com/m/l?3rv-f9wb-2-b7cz-8590z

Rewards Gateway has for you this $500 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://l3.opnletters.com/m/l?3rv-f9wb-3-b7cz-8590z

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
```

EXHIBIT
102

*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://l3.opnletters.com/remove?r.Dealchamp.0-6aa2577-153d.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-6aa2577-153d.ferronlaw.com.-jferron@l3.opnletters.com

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508

**From:** SpecialRewards [SpecialRewards@071.mx03.net]
**Sent:** Monday, February 13, 2006 1:04 PM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(9.2) Designer Purse Giveaway

Would you like a Burberry or Coach purse by participating in a special promotion?

http://071.mx03.net/m/l?3nn-fa7z-1-b6wp-lmnn

Choose a Burberry or Coach Purse to show off your sophisticated style.

http://071.mx03.net/m/l?3nn-fa7z-2-b6wp-lmnn

This promotion is sponsored exclusively by Your Smart Rewards and is subject to participation terms and conditions. Receipt of the membership incentive gift requires completion of offer terms, including: age and residency requirements, registration with a valid email address, completion of user survey, sponsor promotions and shipping address verification. Upon completion of all requirements, we will promptly ship your membership incentive gift to your verified shipping address. You may review the status of your account via the member account area at anytime. Participation eligibility is restricted to US residents 18 and over. The trademark owners above have not endorsed this promotion, nor are they affiliated or connected with this promotion in any way. This is a limited time promotion and may expire in the near future. Restrictions may apply. If you no longer wish to receive Your Smart Rewards emails, visit the unsubscribe page on the Your Smart Rewards site, or you can write us at: Your Smart Rewards, 4846 N. University Drive #323, Lauderhill, FL 33351, USA.

<a href="http://071.mx03.net/m/l?3nn-fa7z-3-b6wp-lmnn">Click Here</a> To unsubscribe, from this ADVERTISEMENT:
http://071.mx03.net/remove?r.SpecialRewards.0-6ab0682-44cb.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.SpecialRewards.0-6ab0682-44cb.ferronlaw.com.-jferron@071.mx03.net

Special Rewards
1333 W. 120th Ave suite 101
Westminster Colorado 80234



EXHIBIT
103

1

**From:** ClaimsDept [ClaimsDept@04.opnletters.com]
**Sent:** Monday, February 13, 2006 10:35 PM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(15.4) WalMart Gift Card Offer Confirmation #WAL7464 - 80aur for jferron@ferronlaw.com

---------------------------------------------------------------
WalMart Gift Card Offer Confirmation #WAL7464 - 80aur
To: Member #8676WAL Email: jferron@ferronlaw.com
---------------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://04.opnletters.com/m/l?3ta-f9yx-1-bmu6-80aur

We are trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://04.opnletters.com/m/l?3ta-f9yx-2-bmu6-80aur

Unlimited Free Gifts will give you this $500 WalMart Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://04.opnletters.com/m/l?3ta-f9yx-3-bmu6-80aur

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.



EXHIBIT
104

*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway.com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe from this ADVERTISEMENT, go to:

1

http://04.opnletters.com/remove?r.ClaimsDept.0-6aa9d07-452.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-6aa9d07-452.ferronlaw.com.-jferron@04.opnletters.com

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | RewardDept [RewardDept@242.mailzips.com] |
| **Sent:** | Tuesday, February 14, 2006 1:56 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(10.9) Gucci - Offer Confirmation #258L-VGEC5185for jferron@ferronlaw.com |

Would you like a Designer Handbag by participating in a special promotion?

http://242.mailzips.com/m/l?3tb-fa9y-1-axei-azskz

Choose a Gucci®, Prada® or Fendi® designer handbag. Show off your sense of style with a beautiful, luxurious handbag!

http://242.mailzips.com/m/l?3tb-fa9y-2-axei-azskz

My Premium Rewards Gift Program is not endorsed, sponsored by or affiliated with Gucci®, Prada® or Fendi®.
Such terms are registered trademarks of their respective owners.

This promotion is conducted exclusively by My Premium Rewards and is subject to participation terms and conditions.  Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions.  Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to US residents, 18 and over.  Void where prohibited.  If you no longer wish to receive My Premium Rewards emails, visit the unsubscribe page on the My Premium Rewards site or visit the url:
http://242.mailzips.com/m/l?3tb-fa9y-3-9n4o-azskz. Or, print a copy of this email and send it along with your request to: My Premium Rewards.com, 123 N. Congress Avenue, #351, Boynton Beach, FL  33426

<a href="http://242.mailzips.com/m/l?3tb-fa9y-4-axei-azskz">Click Here</a> To unsubscribe, from this ADVERTISEMENT:
http://242.mailzips.com/remove?r.RewardDept.0-6ab4940-6e3c.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6ab4940-6e3c.ferronlaw.com.-jferron@242.mailzips.com

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234



EXHIBIT
105

1

**From:** RewardDept [RewardDept@236.mx02.net]
**Sent:** Wednesday, February 15, 2006 12:11 PM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(9.4) GNC - Delivery OfferConfirmation #785S azskz for jferron@ferronlaw.com

------------------------------------------------------------

GNC GiftCard OfferConfirmation %uid##
To: Member #7458GNC Email: jferron@ferronlaw.com
------------------------------------------------------------

http://236.mx02.net/m/l?3tb-fasr-1-b249-azskz
To receive your gift, please click on or cut and paste

We have been trying to reach you in order to deliver your free* GNC $250 Gift Card.

http://236.mx02.net/m/l?3tb-fasr-2-b249-azskz
Please verify your shipping address and zipcode.

Consumer Incentive Promotions has given you this $250 GNC Gift Card just for answering a survey and following instructions on our website.

<a href="http://236.mx02.net/m/l?3tb-fasr-3-b249-azskz">Please visit our website and verify your zipcode:</a>

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
Research Test Group



EXHIBIT
106

*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway.com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364 To unsubscribe, from this ADVERTISEMENT:
http://236.mx02.net/remove?r.RewardDept.0-6ad4709-13e.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6ad4709-13e.ferronlaw.com.-jferron@236.mx02.net

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

**From:**        Deal Champ [Dealchamp@17.asp030.com]
**Sent:**        Wednesday, February 15, 2006 4:52 PM
**To:**        jferron@ferronlaw.com
**Subject:**        ***SPAM***(6.2) WalMart- Offer Confirmation #547L-NBDY5742 for jferron@ferronlaw.com

```
----------------------------------------------------
WalMart GiftCard OfferConfirmation #547L-NBDY5742
To: Member #5478 Email: jferron@ferronlaw.com
----------------------------------------------------
```

To receive your gift, please click on or cut and paste:
http://17.asp030.com/m/l?3rv-faut-1-b7cz-8590z

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://17.asp030.com/m/l?3rv-faut-2-b7cz-8590z

Rewards Gateway has for you this $500 WalMart Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://17.asp030.com/m/l?3rv-faut-3-b7cz-8590z

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.

```
┌─────────────────────┐
│      EXHIBIT         │
│       107            │
└─────────────────────┘
```

*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://17.asp030.com/remove?r.Dealchamp.0-6ad6718-39eb.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-6ad6718-39eb.ferronlaw.com.-jferron@17.asp030.com

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508

**From:**       RewardDept [RewardDept@223.mx02.net]
**Sent:**       Wednesday, February 15, 2006 10:54 PM
**To:**         jferron@ferronlaw.com
**Subject:**    ***SPAM***(9.3) Kmart - Offer Confirmation #874S azskz for jferron@ferronlaw.com

-------------------------------------------------------
Kmart GiftCard OfferConfirmation #874S azskz
To: Member #4031 Email: jferron@ferronlaw.com
-------------------------------------------------------

http://223.mx02.net/m/l?3tb-favg-1-axeb-azskz
To receive your gift, please click on or cut and paste

We have been trying to reach you in order to deliver your Free* Kmart Gift Card.

http://223.mx02.net/m/l?3tb-favg-2-axeb-azskz
Please verify your shipping address and zipcode.

Exclusive Rewards has given you this $100 Kmart Gift Card just for answering a survey and
following instructions on our website.

http://223.mx02.net/m/l?3tb-favg-3-axeb-azskz
Please visit our website and verify your zipcode:

Thank you and ENJOY!

Sincerely,


Joey Kemp
Customer Service Rep.
Exclusive Rewards



*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com.

1

This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364


To unsubscribe, from this ADVERTISEMENT:
http://223.mx02.net/remove?r.RewardDept.0-6ad6db6-b64.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6ad6db6-b64.ferronlaw.com.-jferron@223.mx02.net

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

| | |
|---|---|
| **From:** | RewardDept [RewardDept@204.mx02.net] |
| **Sent:** | Thursday, February 16, 2006 9:15 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(9.4) WalMart- Offer Confirmation #239R-VDEC5736 for jferron@ferronlaw.com |

```
-------------------------------------------------------
WalMart GiftCard OfferConfirmation #239R-VDEC5736
To: Member #4031 Email: jferron@ferronlaw.com
-------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://204.mx02.net/m/l?3tb-fbc8-1-b6z3-azskz

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://204.mx02.net/m/l?3tb-fbc8-2-b6z3-azskz

Rewards Gateway has for you this $500 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://204.mx02.net/m/l?3tb-fbc8-3-b6z3-azskz

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
```

**EXHIBIT**
**_109_**

```
*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-
```

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://204.mx02.net/remove?r.RewardDept.0-6aebf38-7184.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6aebf38-7184.ferronlaw.com.-jferron@204.mx02.net

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

| | |
|---|---|
| From: | SpecialRewards [SpecialRewards@mx51.esi101.com] |
| Sent: | Friday, February 17, 2006 9:15 AM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(10.0) Who's hotter?  California girls or Florida girls? |

Which girls are prettier: California girls or Florida girls?

http://mx51.esi101.com/m/l?3nn-fbny-1-b2nd-lmnn

Take our Nationwide Beauty Survey today!

Choose who you think is prettier and participate in our offers to receive a FREE* $500 Gift
Card or Laptop!

<a
href="http://mx51.esi101.com/m/l?3nn-fbny-2-b2nd-lmnn">Click
Here</a>


 *This promotion is conducted exclusively by National Survey Panel and is subject to
participation terms and conditions.  Receipt of your item requires compliance with offer
terms, including:  age and residency requirements; registration with valid email address,
shipping address and contact phone number; completion of user survey and sponsor promotions.
Upon valid completion of all requirements, we will ship your item to your provided shipping
address.  Unless otherwise indicated, participation eligibility is restricted to US
residents, 18 and over. Void where prohibited. If you no longer wish to receive National
Survey Panel emails, visit the unsubscribe page on the National Survey Panel site or visit
the url:
http://mx51.esi101.com/m/l?3nn-fbny-3-a2c0-lmnn.  Or, print a copy of this email and send it
along with your request to: National Survey Panel, 13900 Jog Road Suite 203-251, Delray
Beach, FL  33446.
To unsubscribe, from this ADVERTISEMENT:
http://mx51.esi101.com/remove?r.SpecialRewards.0-6afca6d-3c7f.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.SpecialRewards.0-6afca6d-3c7f.ferronlaw.com.-jferron@mx51.esi101.com

Special Rewards
1333 W. 120th Ave suite 101
Westminster Colorado 80234



EXHIBIT
110

1

| | |
|---|---|
| **From:** | RewardDept [RewardDept@b1.opnletters.com] |
| **Sent:** | Saturday, February 18, 2006 9:55 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(17.9) Coach - Offer Confirmation #048Q-VDCC6795 for jferron@ferronlaw.com |

**Participation Confirmation #32-1**

**Congrats, You've been selected to participate in YourSmartRewards' Free* Designer Handbag promotion.**

To claim your Burberry® or Coach® handbag, Please Click Here

This is Limited Time promotion, please claim your Designer Handbag before it's too late!

Best Wishes,

Barbara Smith
Reward Representative
Your Smart Rewards

*This promotion is sponsored exclusively by YourSmartRewards and is subject to participation terms and conditions. Receipt of the member incentive gift requires completion of offer terms, including: age and residency requirements, registration with a valid email address, completing user survey, sponsor promotions and shipping address verification. Upon completion of all requirements, we will promptly ship your member incentive gift to your verified shipping address. You may review the status of your account via the member account area at anytime. Participation eligibility is restricted to US residents 18 and over. The trademark owners above have not endorsed this promotion, nor are they affiliate connected with this promotion in any way. This is a limited time promotion and may expire in the near future. Restrictions may apply. If you longer wish to receive YourSmartRewards emails, visit the unsubscribe page on the YourSmartRewards site or visit the http://www.yoursmartrewards.com/suppress.htm. Or, print a copy of this email and send it along with your letter to: YourSmartRewards, 484 University Drive #323 Lauderhill, FL 33351, USA.

To unsubscribe from this mailing list: / ADVERTISEMENT click here
or send a blank message to: r.RewardDept.0-6b19dfa-351b.ferronlaw.com.-jferron@b1.opnletters.com



Reward Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



EXHIBIT

/// 

1

From:          Hot Deal [Dealchamp@34.YOU2Q.COM]
Sent:          Sunday, February 19, 2006 4:18 AM
To:            jferron@ferronlaw.com
Subject:     ***SPAM***(6.2) Chilis or OutBack Offer Confirmation #233R-VDEC5736 for
             jferron@ferronlaw.com

------------------------------------------------------------
$250 Chilis or OutBack GiftCard - OfferConfirmation #233R-VDEC5736
To: Member #4031 Email: jferron@ferronlaw.com
------------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://34.YOU2Q.COM/m/l?3rv-fc7w-1-b7cw-8590z

We have been trying to reach you in order to deliver your Free* $250 Chilis or OutBack
Restaurant Gift Card.

Please verify your shipping address and zipcode.
http://34.YOU2Q.COM/m/l?3rv-fc7w-2-b7cw-8590z

Exclusive Gifts has for you this $250 Chilis or OutBack Gift Card just for answering a short
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://34.YOU2Q.COM/m/l?3rv-fc7w-3-b7cw-8590z

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.

EXHIBIT
112

*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the Exclusive Gifts com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - com is an Exclusive Gifts independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by

1

Exclusive Gifts com. This is a Exclusive Gifts e-mail message. If you prefer not to receive
e-mails from Exclusive Gifts in the future, please write to us at:22647 Ventura Blvd Suite
258 Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://34.YOU2O.COM/remove?r.Dealchamp.0-6b20e80-2483.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-6b20e80-2483.ferronlaw.com.-jferron@34.YOU2O.COM

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508

**From:** Deal Champ [Dealchamp@071.mx02.net]
**Sent:** Monday, February 20, 2006 2:50 AM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(10.5) WalMart- Offer Confirmation #547L-NBDY5742 for jferron@ferronlaw.com

--------------------------------------------------------------
WalMart GiftCard OfferConfirmation #547L-NBDY5742
To: Member #5478 Email: jferron@ferronlaw.com
--------------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://071.mx02.net/m/l?3rv-fcc6-1-b7cz-8590z

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://071.mx02.net/m/l?3rv-fcc6-2-b7cz-8590z

Rewards Gateway has for you this $500 WalMart Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://071.mx02.net/m/l?3rv-fcc6-3-b7cz-8590z

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.

EXHIBIT
113

*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://071.mx02.net/remove?r.Dealchamp.0-6b35ff3-6366.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-6b35ff3-6366.ferronlaw.com.-jferron@071.mx02.net

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508

| | |
|---|---|
| From: | RewardDept [RewardDept@230.mx02.net] |
| Sent: | Monday, February 20, 2006 6:34 AM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(12.2) Ipod Photo 60GB- Offer Confirmation #238R-VDGC5639 for jferron@ferronlaw.com |

```
------------------------------------------------------------
Ipod Photo 60GB Offer Confirmation #238R-VDGC5639
To: Member #4031 Email: jferron@ferronlaw.com
------------------------------------------------------------
```

To receive your gift, please click on or cut and paste:
http://230.mx02.net/m/l?3tb-fccn-1-axeg-azskz

We are trying to reach you in order to deliver your Free* Ipod Photo 60GB.

Please verify your shipping address and zipcode.
http://230.mx02.net/m/l?3tb-fccn-2-axeg-azskz

Premium Products Online has given you this Ipod Photo 60GB just for answering a survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://230.mx02.net/m/l?3tb-fccn-3-axeg-azskz



Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep



*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com.
This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364 To unsubscribe, from this ADVERTISEMENT:
http://230.mx02.net/remove?r.RewardDept.0-6b394b8-a09.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6b394b8-a09.ferronlaw.com.-jferron@230.mx02.net

1

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

| | |
|---|---|
| **From:** | ClaimsDept [ClaimsDept@03.asp020.com] |
| **Sent:** | Monday, February 20, 2006 11:16 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(11.1) WalMart Gift Card Offer Confirmation #WAL7464 - 80aur for jferron@ferronlaw.com |

```
------------------------------------------------------------
WalMart Gift Card Offer Confirmation #WAL7464 - 80aur
To: Member #8676WAL Email: jferron@ferronlaw.com
------------------------------------------------------------
```

To receive your gift, please click on or cut and paste:
http://03.asp020.com/m/l?3ta-fcej-1-bmu6-80aur

We are trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://03.asp020.com/m/l?3ta-fcej-2-bnu6-80aur

Unlimited Free Gifts will give you this $500 WalMart Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://03.asp020.com/m/l?3ta-fcej-3-bnu6-80aur

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.

**EXHIBIT**
tabbies
_115_

*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway.com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe from this ADVERTISEMENT, go to:

1

http://03.asp020.com/remove?r.ClaimsDept.0-6b3d784-35b7.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-6b3d784-35b7.ferronlaw.com.-jferron@03.asp020.com

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| From: | SpecialRewards [SpecialRewards@203.mx02.net] |
| Sent: | Monday, February 20, 2006 7:03 PM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(10.3) Designer Purse Giveaway |

Would you like a Burberry or Coach purse by participating in a special promotion?

http://203.mx02.net/m/l?3nn-fcmm-1-b6wp-lmnn

Choose a Burberry or Coach Purse to show off your sophisticated style.

http://203.mx02.net/m/l?3nn-fcmm-2-b6wp-lmnn

This promotion is sponsored exclusively by Your Smart Rewards and is subject to participation terms and conditions. Receipt of the membership incentive gift requires completion of offer terms, including: age and residency requirements, registration with a valid email address, completion of user survey, sponsor promotions and shipping address verification. Upon completion of all requirements, we will promptly ship your membership incentive gift to your verified shipping address. You may review the status of your account via the member account area at anytime. Participation eligibility is restricted to US residents 18 and over. The trademark owners above have not endorsed this promotion, nor are they affiliated or connected with this promotion in any way. This is a limited time promotion and may expire in the near future. Restrictions may apply. If you no longer wish to receive Your Smart Rewards emails, visit the unsubscribe page on the Your Smart Rewards site, or you can write us at: Your Smart Rewards, 4846 N. University Drive #323, Lauderhill, FL 33351, USA.

<a href="http://203.mx02.net/m/l?3nn-fcmm-3-b6wp-lmnn">Click Here</a> To unsubscribe, from this ADVERTISEMENT:
http://203.mx02.net/remove?r.SpecialRewards.0-6b440ff-14f7.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.SpecialRewards.0-6b440ff-14f7.ferronlaw.com.-jferron@203.mx02.net

Special Rewards
1333 W. 120th Ave suite 101
Westminster Colorado 80234



EXHIBIT
116

**From:** RewardDept [RewardDept@136.mx02.net]
**Sent:** Tuesday, February 21, 2006 7:55 AM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(10.4) Circuit City - Offer Confirmation #7842M-454784 for jferron@ferronlaw.com

```
----------------------------------------------------------
Circuit City Offer Confirmation #7842M-454784
To: Member #4031 Email: jferron@ferronlaw.com
----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://136.mx02.net/m/l?3tb-fcp8-1-axeg-azskz

We are trying to reach you in order to deliver your Free* $500 Circuit City Gift Card.

Please verify your shipping address and zipcode.
http://136.mx02.net/m/l?3tb-fcp8-2-axeg-azskz

Premium Products Online has given you this $500 Circuit City Gift Card just for answering a
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://136.mx02.net/m/l?3tb-fcp8-3-axeg-azskz




Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep
```

EXHIBIT
**117**

```
*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
```

have no association with or make any endorsement of the products or services provided by RewardsGateway com.

This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364 To unsubscribe, from this ADVERTISEMENT:
http://136.mx02.net/remove?r.RewardDept.0-6b4f7ce-8c4.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6b4f7ce-8c4.ferronlaw.com.-jferron@136.mx02.net

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

```
From:        RewardDept [RewardDept@mx18226.dd03.com]
Sent:        Wednesday, February 22, 2006 2:41 PM
To:          jferron@ferronlaw.com
Subject:     ***SPAM***(6.9) Circuit City - Offer Confirmation #7842M-454784 for jferron@ferronlaw.com
```

```
.----------------------------------------------------------
Circuit City Offer Confirmation #7842M-454784
To: Member #4031 Email: jferron@ferronlaw.com
----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://mx18226.dd03.com/m/l?3tb-fd9a-1-axeg-azskz

We are trying to reach you in order to deliver your Free* $500 Circuit City Gift Card.

Please verify your shipping address and zipcode.
http://mx18226.dd03.com/m/l?3tb-fd9a-2-axeg-azskz

Premium Products Online has given you this $500 Circuit City Gift Card just for answering a
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://mx18226.dd03.com/m/l?3tb-fd9a-3-axeg-azskz




Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep
```

EXHIBIT
118

```
*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
```

1

have no association with or make any endorsement of the products or services provided by RewardsGateway com.
This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364 To unsubscribe, from this ADVERTISEMENT:
http://mx18226.dd03.com/remove?r.RewardDept.0-6b6ab19-60cc.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6b6ab19-60cc.ferronlaw.com.-jferron@mx18226.dd03.com

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

| | |
|---|---|
| From: | Offer Confirmation [Dealchamp@mx17174.aa05.com] |
| Sent: | Wednesday, February 22, 2006 3:54 PM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(8.8) Toshiba(R) Tecra(R) - Offer Confirmation #998F 8590z for jferron@ferronlaw.com |

---------------------------------------------------------
Toshiba(R) Tecra(R)Offer Confirmation #239R-VMEC5736
To: Member #4021 Email: jferron@ferronlaw.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://mx17174.aa05.com/m/l?3rv-fd7d-1-brpo-8590z

We have been trying to reach you in order to deliver your Free* Toshiba(R) Tecra(R.

Please verify your shipping address and zipcode.
http://mx17174.aa05.com/m/l?3rv-fd7d-2-brpo-8590z

Exclusive Rewards' has for you a Toshiba(R) Tecra(R) just for answering a survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://mx17174.aa05.com/m/l?3rv-fd7d-3-brpo-8590z

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
Exclusive Rewards'

**EXHIBIT**

**119**

*My Exclusive Rewards' Gift Program is not endorsed, sponsored by or affiliated with Toshiba®, Tecra® or Toshiba Corporation.
Such terms are registered trademarks of their respective owners.
*This promotion is conducted exclusively by My Exclusive Rewards and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S.

1

residents, 18 and over. Void where prohibited. If you no longer wish to receive My Exclusive Rewards emails, visit the unsubscribe page on the My Exclusive Rewards site or visit the url: http://mx17174.aa05.com/m/l?3rv-fd7d-4-1l3-8590z myexclusiverewards com/suppress htm. Or, print a copy of this email and send it along with your request to: My Exclusive Rewards, My Exclusive Rewards, 13900 Jog Road, Suite 203-251, Delray Beach, FL 33446

To unsubscribe, from this ADVERTISEMENT:
http://mx17174.aa05.com/remove?r.Dealchamp.0-6b68bbc-5ed0.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-6b68bbc-5ed0.ferronlaw.com.-jferron@mx17174.aa05.com

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508

| | |
|---|---|
| **From:** | Deal Champ [Dealchamp@mx14.curb101.com] |
| **Sent:** | Wednesday, February 22, 2006 10:29 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(9.0) WalMart- Offer Confirmation #547L-NBDY5742 for jferron@ferronlaw.com |

---------------------------------------------------------

WalMart GiftCard OfferConfirmation #547L-NBDY5742
To: Member #5478 Email: jferron@ferronlaw.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://mx14.curb101.com/m/l?3rv-fdb9-1-b7cz-8590z

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://mx14.curb101.com/m/l?3rv-fdb9-2-b7cz-8590z

Rewards Gateway has for you this $500 WalMart Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://mx14.curb101.com/m/l?3rv-fdb9-3-b7cz-8590z

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.

**EXHIBIT**
**120**

*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://mx14.curb101.com/remove?r.Dealchamp.0-6b6c092-377d.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-6b6c092-377d.ferronlaw.com.-jferron@mx14.curb101.com

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508