| | |
|---|---|
| **From:** | RewardDept [RewardDept@079.mx02.net] |
| **Sent:** | Thursday, February 23, 2006 2:43 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(10.5) WalMart- Offer Confirmation #239R-VDEC5736 for jferron@ferronlaw.com |

```
-----------------------------------------------------------
WalMart GiftCard OfferConfirmation #239R-VDEC5736
To: Member #4031 Email: jferron@ferronlaw.com
-----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://079.mx02.net/m/l?3tb-fdms-1-b6z3-azskz

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://079.mx02.net/m/l?3tb-fdms-2-b6z3-azskz

e-ResearchGroup has for you this $500 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://079.mx02.net/m/l?3tb-fdms-3-b6z3-azskz

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
e-ResearchGroup
```



EXHIBIT
121

* This promotion is conducted exclusively by E-ResearchGroup.com and is subject to
participation terms and conditions. Receipt of your item requires compliance with offer
terms, including: age and residency requirements; registration with valid e-mail address,
shipping address and contact phone number; completion of user survey and sponsor offers. Upon
valid completion of all Program Requirements, we will ship your item to your provided
shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S
. residents, 18 and over. Void where prohibited.

Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and companies) are the property of their respective owners, who

have no association with and do not make any endorsement of the products or services provided by E-ResearchGroup.com.

To unsubscribe from receiving future e-mails for this offer from e-ResearchGroup, click the link below.

http://079.mx02.net/m/l?3tb-fdms-4-beth-azskz

DirectToConsumerInteractive.com | 950 Walnut Bottom Road | Suite 15-212 | Carlisle, PA 17013

e-ResearchGroup is an independent rewards program for consumers and is not affiliate with, connected to, or sponsored by Wal-Mart Stores, Inc.

Wal-Mart is a registered service mark of Wal-Mart Stores, Inc.

To unsubscribe, from this ADVERTISEMENT:
http://079.mx02.net/remove?r.RewardDept.0-6b7f9bd-7482.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6b7f9bd-7482.ferronlaw.com.-jferron@079.mx02.net

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

| | |
|---|---|
| **From:** | RewardDept [RewardDept@k5.opnletters.com] |
| **Sent:** | Saturday, February 25, 2006 7:32 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(17.9) Coach - Offer Confirmation #048Q-VDCC6795 for jferron@ferronlaw.com |

**Participation Confirmation #32-1**

**Congrats, You've been selected to participate in YourSmartRewards' Free* Designer Handbag promotion.**

To claim your Burberry® or Coach® handbag, <u>Please Click Here</u>

This is Limited Time promotion, please claim your Designer Handbag before it's too late!

Best Wishes,

Barbara Smith
Reward Representative
Your Smart Rewards

---

*This promotion is sponsored exclusively by YourSmartRewards and is subject to participation terms and conditions. Receipt of the member incentive gift requires completion of offer terms, including; age and residency requirements, registration with a valid email address, completio user survey, sponsor promotions and shipping address verification. Upon completion of all requirements, we will promptly ship your member incentive gift to your verified shipping address. You may review the status of your account via the member account area at anytime. Participa eligibility is restricted to US residents 18 and over. The trademark owners above have not endorsed this promotion, nor are they affiliate connected with this promotion in any way. This is a limited time promotion and may expire in the near future. Restrictions may apply. If yo longer wish to receive YourSmartRewards emails, visit the unsubscribe page on the YourSmartRewards site or visit the http://www.yoursmartrewards.com/suppress.htm. Or, print a copy of this email and send it along with your letter to: YourSmartRewards, 484 University Drive #323 Lauderhill, FL 33351, USA.

To unsubscribe from this mailing list: / ADVERTISEMENT <u>click here</u>
or send a blank message to: <u>r.RewardDept.0-6bad87a-150b.ferronlaw.com.-jferron@k5.opnletters.com</u>

Reward Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234





1

| | |
|---|---|
| **From:** | Hot Deal [Dealchamp@083.mx01.net] |
| **Sent:** | Sunday, February 26, 2006 2:50 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(10.5) Chilis or OutBack Offer Confirmation #233R-VDEC5736 for jferron@ferronlaw.com |

---------------------------------------------------------

$250 Chilis or OutBack GiftCard - OfferConfirmation #233R-VDEC5736
To: Member #4031 Email: jferron@ferronlaw.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://083.mx01.net/m/l?3rv-fef4-1-b7cw-8590z

We have been trying to reach you in order to deliver your Free* $250 Chilis or OutBack
Restaurant Gift Card.

Please verify your shipping address and zipcode.
http://083.mx01.net/m/l?3rv-fef4-2-b7cw-8590z

Exclusive Gifts has for you this $250 Chilis or OutBack Gift Card just for answering a short
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://083.mx01.net/m/l?3rv-fef4-3-b7cw-8590z

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.

EXHIBIT
*123*

*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the Exclusive Gifts com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - com is an Exclusive Gifts independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by

1

Exclusive Gifts com. This is a Exclusive Gifts e-mail message. If you prefer not to receive
e-mails from Exclusive Gifts in the future, please write to us at:22647 Ventura Blvd Suite
258 Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://083.mx01.net/remove?r.Dealchamp.0-6bb48fc-1e36.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-6bb48fc-1e36.ferronlaw.com.-jferron@083.mx01.net

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508

From:          Deal Champ [Dealchamp@047.mx01.net]
Sent:          Monday, February 27, 2006 2:51 AM
To:            jferron@ferronlaw.com
Subject:       ***SPAM***(10.5) WalMart- Offer Confirmation #547L-NBDY5742 for jferron@ferronlaw.com


---------------------------------------------------------
WalMart GiftCard OfferConfirmation #547L-NBDY5742
To: Member #5478 Email: jferron@ferronlaw.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://047.mx01.net/m/l?3rv-fekg-1-b7cz-8590z

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://047.mx01.net/m/l?3rv-fekg-2-b7cz-8590z

Rewards Gateway has for you this $500 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://047.mx01.net/m/l?3rv-fekg-3-b7cz-8590z

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.



*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://047.mx01.net/remove?r.Dealchamp.0-6bc9a7c-5052.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-6bc9a7c-5052.ferronlaw.com.-jferron@047.mx01.net

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508

| | |
|---|---|
| From: | RewardDept [RewardDept@d3.opnletters.com] |
| Sent: | Monday, February 27, 2006 7:41 AM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(15.1) Ipcd Photo 60GB- Offer Confirmation #238R-VDGC5639 for jferron@ferronlaw.com |

```
--------------------------------------------------------
Ipod Photo 60GB Offer Confirmation #238R-VDGC5639
To: Member #4031 Email: jferron@ferronlaw.com
--------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://d3.opnletters.com/m/l?3tb-fekp-1-axeg-azskz

We are trying to reach you in order to deliver your Free* Ipod Photo 60GB.

Please verify your shipping address and zipcode.
http://d3.opnletters.com/m/l?3tb-fekp-2-axeg-azskz

Premium Products Online has given you this Ipod Photo 60GB just for answering a survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://d3.opnletters.com/m/l?3tb-fekp-3-axeg-azskz




Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep
```

EXHIBIT
/25

```
*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com.
This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards
Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA
91364 To unsubscribe, from this ADVERTISEMENT:
http://d3.opnletters.com/remove?r.RewardDept.0-6bccf38-6208.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6bccf38-6208.ferronlaw.com.-jferron@d3.opnletters.com
```

1

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

| | |
|---|---|
| **From:** | ClaimsDept [ClaimsDept@113.mailmx03.com] |
| **Sent:** | Monday, February 27, 2006 11:37 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(11.1) WalMart Gift Card Offer Confirmation #WAL7464 - 80aur for jferron@ferronlaw.com |

```
---------------------------------------------------------
WalMart Gift Card Offer Confirmation #WAL7464 - 80aur
To: Member #8676WAL Email: jferron@ferronlaw.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://113.mailmx03.com/m/l?3ta-feml-1-bmu6-80aur

We are trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://113.mailmx03.com/m/l?3ta-feml-2-bmu6-80aur

Unlimited Free Gifts will give you this $500 WalMart Gift Card just for answering a short
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://113.mailmx03.com/m/l?3ta-feml-3-bmu6-80aur

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
```

```
EXHIBIT
126
```

```
*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway.com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-
mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe from this ADVERTISEMENT, go to:
```

http://113.mailmx03.com/remove?r.ClaimsDept.0-6bd1204-1818.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-6bd1204-1818.ferronlaw.com.-jferron@113.mailmx03.com

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

**From:**        RewardDept [RewardDept@086.mx01.net]
**Sent:**        Tuesday, February 28, 2006 7:35 AM
**To:**         jferron@ferronlaw.com
**Subject:**    ***SPAM***(12.2) Circuit City - Offer Confirmation #7842M-454784 for jferron@ferronlaw.com

```
------------------------------------------------------------
Circuit City Offer Confirmation #7842M-454784
To: Member #4031 Email: jferron@ferronlaw.com
------------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://086.mx01.net/m/l?3tb-feyx-1-axeg-azskz

We are trying to reach you in order to deliver your Free* $500 Circuit City Gift Card.

Please verify your shipping address and zipcode.
http://086.mx01.net/m/l?3tb-feyx-2-axeg-azskz

Premium Products Online has given you this $500 Circuit City Gift Card just for answering a
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://086.mx01.net/m/l?3tb-feyx-3-axeg-azskz




Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep
```

```
EXHIBIT
127
```

```
*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
```

have no association with or make any endorsement of the products or services provided by
RewardsGateway com.
This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards
Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA
91364 To unsubscribe, from this ADVERTISEMENT:
http://086.mx01.net/remove?r.RewardDept.0-6be324e-5880.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6be324e-5880.ferronlaw.com.-jferron@086.mx01.net

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

**From:** RewardDept [RewardDept@54.asp050.com]
**Sent:** Wednesday, March 01, 2006 7:57 PM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(9.3) Kmart - Offer Confirmation #874S azskz for jferron@ferronlaw.com

----------------------------------------------------------
Kmart GiftCard OfferConfirmation #874S azskz
To: Member #4031 Email: jferron@ferronlaw.com
----------------------------------------------------------

http://54.asp050.com/l?3tb-ffjb-1-axeb-azskz
To receive your gift, please click on or cut and paste

We have been trying to reach you in order to deliver your Free* Kmart Gift Card.

http://54.asp050.com/l?3tb-ffjb-2-axeb-azskz
Please verify your shipping address and zipcode.

Exclusive Rewards has given you this $100 Kmart Gift Card just for answering a survey and following instructions on our website.

http://54.asp050.com/l?3tb-ffjb-3-axeb-azskz
Please visit our website and verify your zipcode:

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
Exclusive Rewards

EXHIBIT
tabbies
128

*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com.

1

This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://54.asp050.com/remove?r.RewardDept.0-6bfe2be-32da.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6bfe2be-32da.ferronlaw.com.-jferron@54.asp050.com

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

| | |
|---|---|
| **From:** | RewardDept [RewardDept@186.mx02.net] |
| **Sent:** | Thursday, March 02, 2006 2:39 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(12.2) WalMart- Offer Confirmation #239R-VDEC5736 for jferron@ferronlaw.com |

---------------------------------------------------------
WalMart GiftCard OfferConfirmation #239R-VDEC5736
To: Member #4031 Email: jferron@ferronlaw.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://186.mx02.net/m/l?3tb-ffz9-1-b6z3-azskz

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://186.mx02.net/m/l?3tb-ffz9-2-b6z3-azskz

e-ResearchGroup has for you this $500 WalMart Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://186.mx02.net/m/l?3tb-ffz9-3-b6z3-azskz

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
e-ResearchGroup

**EXHIBIT**
**129**

* This promotion is conducted exclusively by E-ResearchGroup.com and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid e-mail address, shipping address and contact phone number; completion of user survey and sponsor offers. Upon valid completion of all Program Requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S . residents, 18 and over. Void where prohibited.

Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and companies) are the property of their respective owners, who

1

have no association with and do not make any endorsement of the products or services provided by E-ResearchGroup.com.

To unsubscribe from receiving future e-mails for this offer from e-ResearchGroup, click the link below.

http://186.mx02.net/m/l?3tb-ffz9-4-beth-azskz

DirectToConsumerInteractive.com | 950 Walnut Bottom Road | Suite 15-212 | Carlisle, PA 17013

e-ResearchGroup is an independent rewards program for consumers and is not affiliate with, connected to, or sponsored by Wal-Mart Stores, Inc.

Wal-Mart is a registered service mark of Wal-Mart Stores, Inc.

To unsubscribe, from this ADVERTISEMENT:
http://186.mx02.net/remove?r.RewardDept.0-6c13435-5392.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6c13435-5392.ferronlaw.com.-jferron@186.mx02.net

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

| | |
|---|---|
| **From:** | Deal Champ [Dealchamp@112.opnletters.com] |
| **Sent:** | Thursday, March 02, 2006 6:05 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(15.4) jferron@ferronlaw.com, Ipod - Offer Confirmation #4214 8590z |

```
---------------------------------------------------------
Apple Ipod OfferConfirmation #4214 8590z
To: Member #4031 Email: jferron@ferronlaw.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://112.opnletters.com/m/l?3rv-fg0f-1-bto2-8590z

We have been trying to reach you in order to deliver your Free* Apple Ipod.

Please verify your shipping address and zipcode.
http://112.opnletters.com/m/l?3rv-fg0f-2-bto2-8590z

Program Reward Center has given you this Apple Ipod just for answering a survey and following
instructions on our website.

Please visit our website and verify your zipcode:
http://112.opnletters.com/m/l?3rv-fg0f-3-bto2-8590z

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
Program Reward Center
```



EXHIBIT
130

```
*Program Reward Center's Gift Program is not endorsed, sponsored by, or affiliated with
Apple(R) iPod(R) nano(TM) or Apple Computer, Inc.
Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by Program Reward Center and is subject to
participation terms and conditions. Receipt of your item requires compliance with offer
terms, including: age and residency requirements; registration with valid email address,
shipping address and contact phone number; completion of user survey and sponsor promotions.
```

Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive Program Reward Center emails, visit the unsubscribe page on the Program Reward Center site or visit the url:http://112.opnletters.com/m/l?3rv-fg0f-4-97bg-8590z. Or, print a copy of this email and send it along with your request to: Program Reward Center, 13900 Jog Road Suite 203-251, Delray Beach, FL 33446.

To unsubscribe, from this ADVERTISEMENT:
http://112.opnletters.com/remove?r.Dealchamp.0-6c1438d-34eb.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-6c1438d-34eb.ferronlaw.com.-jferron@112.opnletters.com

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508

| | |
|---|---|
| **From:** | Deal Champ [Dealchamp@191.mx02.net] |
| **Sent:** | Friday, March 03, 2006 12:54 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(10.5) WalMart- Offer Confirmation #547L-NBDY5742 for jferron@ferronlaw.com |

```
----------------------------------------------------------
WalMart GiftCard OfferConfirmation #547L-NBDY5742
To: Member #5478 Email: jferron@ferronlaw.com
----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://191.mx02.net/m/l?3rv-fgeg-1-b7cz-8590z

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://191.mx02.net/m/l?3rv-fgeg-2-b7cz-8590z

Rewards Gateway has for you this $500 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://191.mx02.net/m/l?3rv-fgeg-3-b7cz-8590z

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
```

EXHIBIT
131

```
*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-
```
                                        1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://191.mx02.net/remove?r.Dealchamp.0-6c26917-3ca6.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-6c26917-3ca6.ferronlaw.com.-jferron@191.mx02.net

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508

**From:** RewardDept [RewardDept@mx41110.aa04.com]
**Sent:** Friday, March 03, 2006 6:49 PM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(14.4) Congratulations, jferron@ferronlaw.com on your $250.00 Visa Gift Card Offer

Click here to claim* your $250 Visa® Gift Card



Click here to claim* your $250 Visa® Gift Card

**Hot Gift Zone's Gift Program is not endorsed, sponsored by or affiliated with Visa® or Visa International Service Association. Such terms are registered trademarks of their respective owners.**

*This promotion is conducted exclusively by Hot Gift Zone and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive Hot Gift Zone emails, visit the unsubscribe page on the Hot Gift Zone site or visit the url: http://www.hotgiftzone.com/suppress.htm. Or, print a copy of this email and send it along with your request to: Hot Gift Zone, 13900 Jog Rd, Suite 203-251, Delray Beach, FL 33446.

To unsubscribe from this mailing list: / ADVERTISEMENT click here
or send a blank message to: r.RewardDept.0-6c2c2d3-2c66.ferronlaw.com.-jferron@mx41110.aa04.com

Reward Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

1



EXHIBIT
132

| | |
|---|---|
| **From:** | Deal Champ [Dealchamp@mx1988.dd02.com] |
| **Sent:** | Friday, March 03, 2006 9:33 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(14.4) Congratulations, jferron@ferronlaw.com on your $250.00 Visa Gift Card Offer |

<u>Click here to claim* your $250 Visa® Gift Card</u>



<u>Click here to claim* your $250 Visa® Gift Card</u>

**Hot Gift Zone's Gift Program is not endorsed, sponsored by or affiliated with Visa® or Visa International Service Association.**

**Such terms are registered trademarks of their respective owners.**

*This promotion is conducted exclusively by Hot Gift Zone and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive Hot Gift Zone emails, visit the unsubscribe page on the Hot Gift Zone site or visit the url: http://www.hotgiftzone.com/suppress.htm. Or, print a copy of this email and send it along with your request to: Hot Gift Zone, 13900 Jog Rd. Suite 203-251, Delray Beach, FL 33446.

To unsubscribe from this ADVERTISEMENT: <u>click here</u>
or send a blank message to: <u>r.Dealchamp.0-6c2c489-6a86.ferronlaw.com.-jferron@mx1988.dd02.com</u>

Dealchamp – Advertisements
707 W. 38th St. #103
Erie, PA 16508



1

| | |
|---|---|
| **From:** | SpecialRewards [SpecialRewards@111.mx01.net] |
| **Sent:** | Saturday, March 04, 2006 11:10 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(12.3) Advil or Tylenol -?- |

<u>Click here to claim* your $100 gift card</u>



<u>Click here to claim* your $100 gift card</u>

Brand Survey Panel's Gift Program is not endosed, sponsored by or affiliated with Advil®, Wyeth Corporation, Tylenol®, or McNeil Consumer Brands, Inc. Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by Brand Survey Panel and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive Brand Survey Panel emails, visit the unsubscribe page on the Brand Survey Panel site or visit the url: http://www.brandsurveypanel.com/suppress.htm. Or, print a copy of this email and send it along with your request to: Brand Survey Panel, 13900 Jog Rd. Suite 203-251, Delray Beach, FL 33446.

To unsubscribe from this mailing list / ADVERTISEMENT: <u>click here</u>
or send a blank message to: <u>r.SpecialRewards.0-6c45950-1336.ferronlaw.com.-jferron@111.mx01.net</u>

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



1

| | |
|---|---|
| **From:** | RewardDept [RewardDept@184.opnletters.com] |
| **Sent:** | Sunday, March 05, 2006 7:41 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(17.9) Coach - Offer Confirmation #048Q-VDCC6795 for jferron@ferronlaw.com |

**Participation Confirmation #32-1**

**Congrats, You've been selected to participate in YourSmartRewards' Free\* Designer Handbag promotion.**

To claim your Burberry® or Coach® handbag, Please Click Here

This is Limited Time promotion, please claim your Designer Handbag before it's too late!

Best Wishes,

Barbara Smith
Reward Representative
Your Smart Rewards

---

\*This promotion is sponsored exclusively by YourSmartRewards and is subject to participation terms and conditions. Receipt of the member incentive gift requires completion of offer terms, including: age and residency requirements, registration with a valid email address, completion user survey, sponsor promotions and shipping address verification. Upon completion of all requirements, we will promptly ship your member incentive gift to your verified shipping address. You may review the status of your account via the member account area at anytime. Participa eligibility is restricted to US residents 18 and over. The trademark owners above have not endorsed this promotion, nor are they affiliate connected with this promotion in any way. This is a limited time promotion and may expire in the near future. Restrictions may apply. If yo longer wish to receive YourSmartRewards emails, visit the unsubscribe page on the YourSmartRewards site or visit the http://www.yoursmartrewards.com/suppress.htm. Or, print a copy of this email and send it along with your letter to: YourSmartRewards, 484 University Drive #323 Lauderhill, FL 33351, USA.

To unsubscribe from this mailing list: / ADVERTISEMENT click here
or send a blank message to: r.RewardDept.0-6c412fe-1e02.ferronlaw.com.-jferron@184.opnletters.com

Reward Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234





**EXHIBIT**
**135**

1

| | |
|---|---|
| From: | Hot Deal [Dealchamp@141.mx01.net] |
| Sent: | Sunday, March 05, 2006 8:30 AM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(12.2) Chilis or OutBack Offer Confirmation #233R-VDEC5736 for jferron@ferronlaw.com |

```
-------------------------------------------------------
$250 Chilis or OutBack GiftCard - OfferConfirmation #233R-VDEC5736
To: Member #4031 Email: jferron@ferronlaw.com
-------------------------------------------------------
```

To receive your gift, please click on or cut and paste:
http://141.mx01.net/m/l?3rv-fgvh-1-b7cw-8590z

We have been trying to reach you in order to deliver your Free* $250 Chilis or OutBack Restaurant Gift Card.

Please verify your shipping address and zipcode.
http://141.mx01.net/m/l?3rv-fgvh-2-b7cw-8590z

Exclusive Gifts has for you this $250 Chilis or OutBack Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://141.mx01.net/m/l?3rv-fgvh-3-b7cw-8590z

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.

**EXHIBIT 136**

*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the Exclusive Gifts com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - com is an Exclusive Gifts independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by

1

Exclusive Gifts com. This is a Exclusive Gifts e-mail message. If you prefer not to receive e-mails from Exclusive Gifts in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://141.mx01.net/remove?r.Dealchamp.0-6c48379-b98.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-6c48379-b98.ferronlaw.com.-jferron@141.mx01.net

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508

2

| | |
|---|---|
| **From:** | RewardDept [RewardDept@104.mx01.net] |
| **Sent:** | Monday, March 06, 2006 4:04 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(12.2) Target - Offer Confirmation #7436B azskz for jferron@ferronlaw.com |

```
-----------------------------------------------------------
Target Offer Confirmation #7436B azskz
To: Member #8754 Email: jferron@ferronlaw.com
-----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://104.mx01.net/m/l?3tb-fgxv-1-bhj7-azskz

We are trying to reach you in order to deliver your Free* $500 Target Gift Card.

Please verify your shipping address and zipcode.
http://104.mx01.net/m/l?3tb-fgxv-2-bhj7-azskz

Rewards Gateway will give you a $500 Gift Card Target just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://104.mx01.net/m/l?3tb-fgxv-3-axed-azskz




Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
```

EXHIBIT
tabler
**131**

```
*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway.com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-
mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364 To unsubscribe, from this ADVERTISEMENT:
http://104.mx01.net/remove?r.RewardDept.0-6c5020e-68aa.ferronlaw.com.-jferron?r
```

1

or, send a blank message to:
mailto:r.RewardDept.0-6c5020e-68aa.ferronlaw.com.-jferron@104.mx01.net

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234