**From:** RewardDept [RewardDept@mx20122.uu02.com]
**Sent:** Monday, March 06, 2006 6:24 AM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(8.9) Ipod Photo 60GB- Offer Confirmation #238R-VDGC5639 for jferron@ferronlaw.com

```
------------------------------------------------------------
Ipod Photo 60GB Offer Confirmation #238R-VDGC5639
To: Member #4031 Email: jferron@ferronlaw.com
------------------------------------------------------------
```

To receive your gift, please click on or cut and paste:
http://mx20122.uu02.com/m/l?3tb-fh1l-1-axeg-azskz

We are trying to reach you in order to deliver your Free* Ipod Photo 60GB.

Please verify your shipping address and zipcode.
http://mx20122.uu02.com/m/l?3tb-fh1l-2-axeg-azskz

Premium Products Online has given you this Ipod Photo 60GB just for answering a survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://mx20122.uu02.com/m/l?3tb-fh1l-3-axeg-azskz

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep



*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com.
This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364 To unsubscribe, from this ADVERTISEMENT:
http://mx20122.uu02.com/remove?r.RewardDept.0-6c609bc-5b9.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6c609bc-5b9.ferronlaw.com.-jferron@mx20122.uu02.com

1

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

**From:** Deal Champ [Dealchamp@54.asp050.com]
**Sent:** Monday, March 06, 2006 8:11 AM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(9.4) WalMart- Offer Confirmation #547L-NBDY5742 for jferron@ferronlaw.com

--------------------------------------------------------
WalMart GiftCard OfferConfirmation #547L-NBDY5742
To: Member #5478 Email: jferron@ferronlaw.com
--------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://54.asp050.com/m/l?3rv-fh19-1-b7cz-8590z

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://54.asp050.com/m/l?3rv-fh19-2-b7cz-8590z

Rewards Gateway has for you this $500 WalMart Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://54.asp050.com/m/l?3rv-fh19-3-b7cz-8590z

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.



EXHIBIT
139

*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://54.asp050.com/remove?r.Dealchamp.0-6c5d4fa-5190.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-6c5d4fa-5190.ferronlaw.com.-jferron@54.asp050.com

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508

| From: | ClaimsDept [ClaimsDept@147.mx01.net] |
| --- | --- |
| Sent: | Monday, March 06, 2006 11:03 AM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(12.2) WalMart Gift Card Offer Confirmation #WAL7464 - 80aur for jferron@ferronlaw.com |

```
------------------------------------------------------------
WalMart Gift Card Offer Confirmation #WAL7464 - 80aur
To: Member #8676WAL Email: jferron@ferronlaw.com
------------------------------------------------------------
```

To receive your gift, please click on or cut and paste:
http://147.mx01.net/m/1?3ta-fh3o-1-bmu5-80aur

We are trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://147.mx01.net/m/1?3ta-fh3o-2-bmu5-80aur

Unlimited Free Gifts will give you this $500 WalMart Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://147.mx01.net/m/1?3ta-fh3o-3-bmu5-80aur

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.



*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway.com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe from this ADVERTISEMENT, go to:

http://147.mx01.net/remove?r.ClaimsDept.0-6c64c88-35ed.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-6c64c88-35ed.ferronlaw.com.-jferron@147.mx01.net

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

**From:** Hot Deal [Dealchamp@mx17175.aa04.com]
**Sent:** Monday, March 06, 2006 11:18 PM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(9.0) Chilis or OutBack Offer Confirmation #847 - VDEC5736 for jferron@ferronlaw.com

```
---------------------------------------------------------
$250 Chilis or OutBack GiftCard - OfferConfirmation #847 - VDEC5736
To: Member #4031 Email: jferron@ferronlaw.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://mx17175.aa04.com/m/l?3rv-fh5z-1-b7cw-8590z

We have been trying to reach you in order to deliver your Free* $250 Chilis or OutBack
Restaurant Gift Card.

Please verify your shipping address and zipcode.
http://mx17175.aa04.com/m/l?3rv-fh5z-2-b7cw-8590z

Exclusive Gifts has for you this $250 Chilis or OutBack Gift Card just for answering a short
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://mx17175.aa04.com/m/l?3rv-fh5z-3-b7cw-8590z

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
```



EXHIBIT
141

```
*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the Exclusive Gifts com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - com is an Exclusive Gifts independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
```

Exclusive Gifts com. This is a Exclusive Gifts e-mail message. If you prefer not to receive e-mails from Exclusive Gifts in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://mx17175.aa04.com/remove?r.Dealchamp.0-6c66eb4-28b9.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-6c66eb4-28b9.ferronlaw.com.-jferron@mx17175.aa04.com

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508

**From:** PrizeDept [PrizeDept@mx1991.tt03.com]
**Sent:** Tuesday, March 07, 2006 8:04 AM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(16.9) Amex - Offer Confirmation #854X 9v7xv for jferron@ferronlaw.com

-----------------------------------------------------------
Amex - Offer Confirmation #854X-9v7xv
To: Member #4031 Email: jferron@ferronlaw.com
-----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://mx1991.tt03.com/m/l?3rw-fhf0-1-bp1g-9v7xv

<a href="http://mx1991.tt03.com/m/l?3rw-fhf0-2-bp1g-9v7xv">Aol Users Click Here</a>

We have been trying to reach you in order to deliver your Free* $500 Amex Gift Card

Please verify your shipping address and zipcode.
http://mx1991.tt03.com/m/l?3rw-fhf0-3-bp1g-9v7xv

Consumer Incentive Promotions has given you this $500 Amex Gift Card just for answering a survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://mx1991.tt03.com/m/l?3rw-fhf0-4-bp1g-9v7xv

Thank you and ENJOY!

Sincerely,

Jazette Pester
Customer Service Rep.
Research Test Group



*Premium Products Online Gift Program is not endorsed, sponsored by or affiliated with Compaq®, Toshiba® or Gateway®.
Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by Premium Products Online and is subject to participation terms and conditions.  Receipt of your item requires compliance with offer terms, including:  age and residency requirements; registration with valid email address,

1

shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address.  Unless otherwise indicated, participation eligibility is restricted to US residents, 18 and over. Void where prohibited. If you no longer wish to receive Premium Products Online emails, visit the unsubscribe page on the Premium Products Online site or visit  Or, print a copy of this email and send it along with your request to: Premium Products Online, 13900 Jog Road Suite 203-251, Delray Beach, FL  33446.

To unsubscribe, from this ADVERTISEMENT:
http://mx1991.tt03.com/remove?r.PrizeDept.0-6c6f1bd-6f8.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.PrizeDept.0-6c6f1bd-6f8.ferronlaw.com.-jferron@mx1991.tt03.com

PrizeDept
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

| | |
|---|---|
| **From:** | Deal Champ [Dealchamp@mx4163.ss03.com] |
| **Sent:** | Tuesday, March 07, 2006 7:50 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(9.0) Apple Ipod - Offer Confirmation #57IP 8590z for jferron@ferronlaw.com |

```
----------------------------------------------------------
Apple Ipod GiftCard Offer Confirmation #57IP 8590z
To: Member #4031 Email: jferron@ferronlaw.com
----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://mx4163.ss03.com/m/l?3rv-fhjd-1-buj5-8590z

We are trying to reach you in order to deliver your Free* Apple Ipod Nano.

Please verify your shipping address and zipcode.
http://mx4163.ss03.com/m/l?3rv-fhjd-2-buj5-8590z

Unlimited Free Gifts will give you this Apple Ipod Nano just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://mx4163.ss03.com/m/l?3rv-fhjd-3-buj5-8590z

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
```



EXHIBIT
143

```
*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
```

individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway.com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://mx4163.ss03.com/remove?r.Dealchamp.0-6c79dfd-6908.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-6c79dfd-6908.ferronlaw.com.-jferron@mx4163.ss03.com

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508

**From:** RewardDept [RewardDept@111.mx03.net]
**Sent:** Tuesday, March 07, 2006 4:25 PM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(12.2) Circuit City - Offer Confirmation #7842M-454784 for jferron@ferronlaw.com

---------------------------------------------------------
Circuit City Offer Confirmation #7842M-454784
To: Member #4031 Email: jferron@ferronlaw.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://111.mx03.net/m/l?3tb-fhgu-1-axeg-azskz

We are trying to reach you in order to deliver your Free* $500 Circuit City Gift Card.

Please verify your shipping address and zipcode.
http://111.mx03.net/m/l?3tb-fhgu-2-axeg-azskz

Premium Products Online has given you this $500 Circuit City Gift Card just for answering a survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://111.mx03.net/m/l?3tb-fhgu-3-axeg-azskz


Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep



EXHIBIT
144

*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who

have no association with or make any endorsement of the products or services provided by
RewardsGateway com.
This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards
Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA
91364 To unsubscribe, from this ADVERTISEMENT:
http://111.mx03.net/remove?r.RewardDept.0-6c76cd2-42f2.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6c76cd2-42f2.ferronlaw.com.-jferron@111.mx03.net

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

| | |
|---|---|
| **From:** | RewardDept [RewardDept@mx20254.aa04.com] |
| **Sent:** | Wednesday, March 08, 2006 2:36 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(8.9) Kmart - Offer Confirmation #874S azskz for jferron@ferronlaw.com |

```
---------------------------------------------------------
Kmart GiftCard OfferConfirmation #874S azskz
To: Member #4031 Email: jferron@ferronlaw.com
---------------------------------------------------------


http://mx20254.aa04.com/m/l?3tb-fi4h-1-axeb-azskz
To receive your gift, please click on or cut and paste

We have been trying to reach you in order to deliver your Free* Kmart Gift Card.

http://mx20254.aa04.com/m/l?3tb-fi4h-2-axeb-azskz
Please verify your shipping address and zipcode.

Exclusive Rewards has given you this $100 Kmart Gift Card just for answering a survey and
following instructions on our website.

http://mx20254.aa04.com/m/l?3tb-fi4h-3-axeb-azskz
Please visit our website and verify your zipcode:

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
Exclusive Rewards
```



```
*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com.
```

1

This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://mx20254.aa04.com/remove?r.RewardDept.0-6c91d35-715a.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6c91d35-715a.ferronlaw.com.-jferron@mx20254.aa04.com

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

| | |
|---|---|
| **From:** | RewardDept [RewardDept@039.mx02.net] |
| **Sent:** | Wednesday, March 08, 2006 4:49 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(12.2) Circuit City - Offer Confirmation #7842M-454784 for jferron@ferronlaw.com |

```
----------------------------------------------------------
Circuit City Offer Confirmation #7842M-454784
To: Member #4031 Email: jferron@ferronlaw.com
----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://039.mx02.net/m/l?3tb-fi8x-1-axeg-azskz

We are trying to reach you in order to deliver your Free* $500 Circuit City Gift Card.

Please verify your shipping address and zipcode.
http://039.mx02.net/m/l?3tb-fi8x-2-axeg-azskz

Premium Products Online has given you this $500 Circuit City Gift Card just for answering a
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://039.mx02.net/m/l?3tb-fi8x-3-axeg-azskz




Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep
```



EXHIBIT
146

*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who

1

have no association with or make any endorsement of the products or services provided by
RewardsGateway com.
This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards
Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA
91364 To unsubscribe, from this ADVERTISEMENT:
http://039.mx02.net/remove?r.RewardDept.0-6c94214-5692.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6c94214-5692.ferronlaw.com.-jferron@039.mx02.net

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

| | |
|---|---|
| **From:** | Deal Champ [Dealchamp@mx18162.dd03.com] |
| **Sent:** | Thursday, March 09, 2006 9:26 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(9.0) jferron@ferronlaw.com, Ipod - Offer Confirmation #4214 8590z |

```
------------------------------------------------------------
Apple Ipod OfferConfirmation #4214 8590z
To: Member #4031 Email: jferron@ferronlaw.com
------------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://mx18162.dd03.com/m/l?3rv-fii7-1-bto2-8590z

We have been trying to reach you in order to deliver your Free* Apple Ipod.

Please verify your shipping address and zipcode.
http://mx18162.dd03.com/m/l?3rv-fii7-2-bto2-8590z

Program Reward Center has given you this Apple Ipod just for answering a survey and following
instructions on our website.

Please visit our website and verify your zipcode:
http://mx18162.dd03.com/m/l?3rv-fii7-3-bto2-8590z

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
Program Reward Center
```



EXHIBIT
147

```
*Program Reward Center's Gift Program is not endorsed, sponsored by, or affiliated with
Apple(R) iPod(R) nano(TM) or Apple Computer, Inc.
Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by Program Reward Center and is subject to
participation terms and conditions. Receipt of your item requires compliance with offer
terms, including: age and residency requirements; registration with valid email address,
shipping address and contact phone number; completion of user survey and sponsor promotions.
```

Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive Program Reward Center emails, visit the unsubscribe page on the Program Reward Center site or visit the url:http://mx18162.dd03.com/m/l?3rv-fii7-4-97bg-8590z. Or, print a copy of this email and send it along with your request to: Program Reward Center, 13900 Jog Road Suite 203-251, Delray Beach, FL 33446.

To unsubscribe, from this ADVERTISEMENT:
http://mx18162.dd03.com/remove?r.Dealchamp.0-6ca3a01-145e.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-6ca3a01-145e.ferronlaw.com.-jferron@mx18162.dd03.com

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508

2

| | |
|---|---|
| **From:** | PrizeDept [PrizeDept@mx1744.tt03.com] |
| **Sent:** | Thursday, March 09, 2006 10:59 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(9.0) $250 Visa Card - Offer Confirmation #48MM 9v7xv for jferron@ferronlaw.com |

```
---------------------------------------------------------
$250 Visa Card  OfferConfirmation #48MM 9v7xv
To: Member #4587 Email: jferron@ferronlaw.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://mx1744.tt03.com/m/l?3rw-fil5-1-bto4-9v7xv

We have been trying to reach you in order to deliver your free* $250 Visa Card .

Please verify your shipping address and zipcode.
http://mx1744.tt03.com/m/l?3rw-fil5-2-bto4-9v7xv

Hot Gift Zone has for you a $250 Visa Card just for answering a survey and following
instructions on our website.

Please visit our website and verify your zipcode:
http://mx1744.tt03.com/m/l?3rw-fil5-3-bto4-9v7xv

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.
Hot Gift Zone
```



EXHIBIT
148

```
*Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by Hot Gift Zone and is subject to participation
terms and conditions. Receipt of your item requires compliance with offer terms, including:
age and residency requirements; registration with valid email address, shipping address and
contact phone number; completion of user survey and sponsor promotions. Upon valid completion
of all requirements, we will ship your item to your provided shipping address. Unless
```

otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive Hot Gift Zone emails, visit the unsubscribe page on the Hot Gift Zone site or visit the url: http://mx1744.tt03.com/m/l?3rw-fil5-4-bto5-9v7xv. Or, print a copy of this email and send it along with your request to: Hot Gift Zone, 13900 Jog Rd. Suite 203-251, Delray Beach, FL 33446.

To unsubscribe, from this ADVERTISEMENT:
http://mx1744.tt03.com/remove?r.PrizeDept.0-6ca5617-1530.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.PrizeDept.0-6ca5617-1530.ferronlaw.com.-jferron@mx1744.tt03.com

PrizeDept
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

| | |
|---|---|
| **From:** | RewardDept [RewardDept@144.mx02.net] |
| **Sent:** | Thursday, March 09, 2006 11:35 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(11.9) CircuitCity OfferConfirmation #987H azskz for jferron@ferronlaw.com |

Customer Service
Sample Promotions Group


------------------------------------------------------------
CircuitCity* GiftCard OrderConfirmation #987H azskz
To: Member #4061 Email: jferron@ferronlaw.com
------------------------------------------------------------


http://144.mx02.net/m/l?3tb-fiw5-1-a8s9-azskz
To receive your gift, please click on or cut and paste:

We have been trying to reach you in order to deliver your free* Circuit
City* Gift Card.

Please verify your shipping address and zipcode.

Consumer Incentive Promotions has given you this $250 Circuit City Gift Card just for
answering a 3-minute survey and following instructions on our website.


<a href="http://144.mx02.net/m/l?3tb-fiw5-2-a8s9-azskz">Please visit our website and verify
your zipcode:</a>

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
Sample Promotions Group

EXHIBIT
149

*The listed merchants in no way endorse or sponsor the activities of
Sample Promotions Group. Receipt of the free gift requires completion of
offer terms, which include without limitation; age and residency
requirements, registration with a valid email address, completion of
required sponsor offers and redemption certificates, ongoing opt-in to
email communications and shipping address verification. Upon completion
of these steps, Sample Promotions Group will ship your free gift to the
verified address. To unsub via postal send to 111 East 14th St. #104 New
York, NY 10003. The above merchant, names, designs, and related marks
are registered trademarks of their respective owners

1

To unsubscribe, from this ADVERTISEMENT:
http://144.mx02.net/remove?r.RewardDept.0-6caed47-5364.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6caed47-5364.ferronlaw.com.-jferron@144.mx02.net

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

| From: | SpecialRewards [SpecialRewards@mx1924.dd02.com] |
|---|---|
| Sent: | Saturday, March 11, 2006 8:51 PM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(8.0) ##%email##, High-Tech Devotees: Participate for a 24" Flat Panel LCD Monitor |

See what you've been missing. Get a FREE* 24" Flat Panel LCD Monitor by participating in our offers.

http://mx1924.dd02.com/m/l?3nn-fjhk-1-bw29-lmnn

Experience brilliant colors and high-resolution with a FREE* 24" Flat Panel LCD Monitor – just by participating in our offers.

http://mx1924.dd02.com/m/l?3nn-fjhk-2-bw29-lmnn

*This promotion is conducted exclusively by Online Gift Rewards and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive Online Gift Rewards emails, visit the unsubscribe page on the Online Gift Rewards site or visit the url: http://mx1924.dd02.com/m/l?3nn-fjhk-3-bw2a-lmnn com/suppress htm. Alternatively, print a copy of this email and send it along with your request to Online Gift Rewards, 13900 Jog Road, Suite 203-251, and Delray Beach, FL 33446.

<a href="http://mx1924.dd02.com/m/l?3nn-fjhk-4-bw29-lmnn">Click Here</a> To unsubscribe, from this ADVERTISEMENT:
http://mx1924.dd02.com/remove?r.SpecialRewards.0-6cd7423-666.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.SpecialRewards.0-6cd7423-666.ferronlaw.com.-jferron@mx1924.dd02.com

Special Rewards
1333 W. 120th Ave suite 101
Westminster Colorado 80234



EXHIBIT
150

1

| | |
|---|---|
| From: | RewardDept [RewardDept@060.mx02.net] |
| Sent: | Sunday, March 12, 2006 7:10 AM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(15.7) Coach - Offer Confirmation #048Q-VDCC6795 for jferron@ferronlaw.com |

**Participation Confirmation #32-1**

Congrats, You've been selected to participate in YourSmartRewards' Free* Designer Handbag promotion.

To claim your Burberry® or Coach® handbag, Please Click Here

This is Limited Time promotion, please claim your Designer Handbag before it's too late!

Best Wishes,

Barbara Smith
Reward Representative
Your Smart Rewards

---

*This promotion is sponsored exclusively by YourSmartRewards and is subject to participation terms and conditions. Receipt of the member incentive gift requires completion of offer terms, including: age and residency requirements, registration with a valid email address, completion user survey, sponsor promotions and shipping address verification. Upon completion of all requirements, we will promptly ship your member incentive gift to your verified shipping address. You may review the status of your account via the member account area at anytime. Participant eligibility is restricted to US residents 18 and over. The trademark owners above have not endorsed this promotion, nor are they affiliated connected with this promotion in any way. This is a limited time promotion and may expire in the near future. Restrictions may apply. If you longer wish to receive YourSmartRewards emails, visit the unsubscribe page on the YourSmartRewards site or visit the http://www.yoursmartrewards.com/suppress.htm. Or, print a copy of this email and send it along with your letter to: YourSmartRewards, 484 University Drive #323 Lauderhill, FL 33351, USA.

To unsubscribe from this mailing list: / ADVERTISEMENT click here
or send a blank message to: r.RewardDept.0-6cd4d7f-810.ferronlaw.com.-jferron@060.mx02.net

Reward Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

EXHIBIT
*151*

1

**From:** Hot Deal [Dealchamp@167.opnletters.com]
**Sent:** Sunday, March 12, 2006 1:09 PM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(15.2) Chilis or OutBack Offer Confirmation #233R-VDEC5736 for jferron@ferronlaw.com

---------------------------------------------------------
$250 Chilis or OutBack GiftCard - OfferConfirmation #233R-VDEC5736
To: Member #4031 Email: jferron@ferronlaw.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://167.opnletters.com/m/l?3rv-fji0-1-b7cw-8590z

We have been trying to reach you in order to deliver your Free* $250 Chilis or OutBack
Restaurant Gift Card.

Please verify your shipping address and zipcode.
http://167.opnletters.com/m/l?3rv-fji0-2-b7cw-8590z

Exclusive Gifts has for you this $250 Chilis or OutBack Gift Card just for answering a short
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://167.opnletters.com/m/l?3rv-fji0-3-b7cw-8590z

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.



EXHIBIT
152

*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the Exclusive Gifts com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - com is an Exclusive Gifts independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by

1

Exclusive Gifts com. This is a Exclusive Gifts e-mail message. If you prefer not to receive
e-mails from Exclusive Gifts in the future, please write to us at:22647 Ventura Blvd Suite
258 Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://167.opnletters.com/remove?r.Dealchamp.0-6cdbdf5-50fd.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-6cdbdf5-50fd.ferronlaw.com.-jferron@167.opnletters.com

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508

**From:** RewardDept [RewardDept@013.mx02.net]
**Sent:** Monday, March 13, 2006 7:42 AM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(12.1) Ipod Photo 60GB- Offer Confirmation #238R-VDGC5639 for
jferron@ferronlaw.com

```
--------------------------------------------------------
Ipod Photo 60GB Offer Confirmation #238R-VDGC5639
To: Member #4031 Email: jferron@ferronlaw.com
--------------------------------------------------------
```

To receive your gift, please click on or cut and paste:
http://013.mx02.net/m/l?3tb-fjny-1-axeg-azskz

We are trying to reach you in order to deliver your Free* Ipod Photo 60GB.

Please verify your shipping address and zipcode.
http://013.mx02.net/m/l?3tb-fjny-2-axeg-azskz

Premium Products Online has given you this Ipod Photo 60GB just for answering a survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://013.mx02.net/m/l?3tb-fjny-3-axeg-azskz


Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep



*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com.
This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards
Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA
91364 To unsubscribe, from this ADVERTISEMENT:
http://013.mx02.net/remove?r.RewardDept.0-6cf443d-54fe.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6cf443d-54fe.ferronlaw.com.-jferron@013.mx02.net

1

```
RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234
```

**From:** ClaimsDept [ClaimsDept@058.mx01.net]
**Sent:** Monday, March 13, 2006 10:24 AM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(12.2) 4 Tires $500 Value Offer Confirmation #9928 80aur for jferron@ferronlaw.com

--------------------------------------------------------
4 Tires - $500 Value - Offer Confirmation #9928 80aur
To: Member #4031 Email: jferron@ferronlaw.com
--------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://058.mx01.net/m/l?3ta-fjow-1-buvv-80aur

We are trying to reach you in order to deliver your Free* 4 Tires - $500 Value.

Please verify your shipping address and zipcode.
http://058.mx01.net/m/l?3ta-fjow-2-buvv-80aur

Your Smart Rewards will give you these 4 Tires - $500 Value just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://058.mx01.net/m/l?3ta-fjow-3-buvv-80aur

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
Your Smart Rewards

EXHIBIT
154

*This promotion is conducted exclusively by Your Smart Rewards and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to US residents, 18 and over. Void where prohibited. If you no longer wish to receive Your Smart Rewards emails, visit the unsubscribe page on the Your Smart Rewards site or visit the url: http://058.mx01.net/m/l?3ta-fjow-4-8zn7-80aur. Or, print a copy of this email and send it along with your request to: Your Smart Rewards.com, 123 N. Congress Ave #351, Boynton Beach, FL 33426.

<a href="http://058.mx01.net/m/l?3ta-fjow-5-buvv-80aur">Click Here</a>

To unsubscribe from this ADVERTISEMENT, go to:
http://058.mx01.net/remove?r.ClaimsDept.0-6cf6e6c-4ffe.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-6cf6e6c-4ffe.ferronlaw.com.-jferron@058.mx01.net

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | Deal Champ [Dealchamp@019.mx03.net] |
| **Sent:** | Monday, March 13, 2006 1:22 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(10.4) WalMart- Offer Confirmation #547L-NBDY5742 for jferron@ferronlaw.com |

------------------------------------------------------------

WalMart GiftCard OfferConfirmation #547L-NBDY5742
To: Member #5478 Email: jferron@ferronlaw.com

------------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://019.mx03.net/m/l?3rv-fjnc-1-b7cz-8590z

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://019.mx03.net/m/l?3rv-fjnc-2-b7cz-8590z

Rewards Gateway has for you this $500 WalMart Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://019.mx03.net/m/l?3rv-fjnc-3-b7cz-8590z

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.

EXHIBIT
155

*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://019.mx03.net/remove?r.Dealchamp.0-6cf0f76-28c.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-6cf0f76-28c.ferronlaw.com.-jferron@019.mx03.net

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508

**From:**      RewardDept [RewardDept@188.mx01.net]
**Sent:**      Tuesday, March 14, 2006 3:02 PM
**To:**        jferron@ferronlaw.com
**Subject:**   ***SPAM***(12.2) Costco - Offer Confirmation #7842M-454784 for jferron@ferronlaw.com

--------------------------------------------------------
Costco Offer Confirmation #7842M-454784
To: Member #4031 Email: jferron@ferronlaw.com
--------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://188.mx01.net/m/l?3tb-fk7a-1-bwq6-azskz

We are trying to reach you in order to deliver your Free* $500 Costco  Gift Card.

Please verify your shipping address and zipcode.
http://188.mx01.net/m/l?3tb-fk7a-2-bwq6-azskz

Premium Products Online has given you this $500 Costco Gift Card just for answering a survey
and following instructions on our website.

Please visit our website and verify your zipcode:
http://188.mx01.net/m/l?3tb-fk7a-3-bwq6-azskz



Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep

EXHIBIT
156

*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who

1

have no association with or make any endorsement of the products or services provided by RewardsGateway com.
This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364 To unsubscribe, from this ADVERTISEMENT:
http://188.mx01.net/remove?r.RewardDept.0-6d1040a-e43.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6d1040a-e43.ferronlaw.com.-jferron@188.mx01.net

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234