| From: | ClaimsDept [ClaimsDept@227.mx02.net] |
| Sent: | Thursday, March 23, 2006 10:08 PM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(13.2) Oakley THUMP MP3 sunglasses Offer Confirmation #9928 80aur for jferron@ferronlaw.com |

```
--------------------------------------------------------
Oakley THUMP MP3 sunglasses Offer Confirmation #9928 80aur
To: Member #4031 Email: jferron@ferronlaw.com
--------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://227.mx02.net/m/l?3ta-fo1z-1-buwu-80aur

We are trying to reach you in order to deliver your Free* Oakley THUMP MP3 sunglasses.

Please verify your shipping address and zipcode.
http://227.mx02.net/m/l?3ta-fo1z-2-buwu-80aur

Your Smart Rewards will give you these Oakley THUMP MP3 sunglasses just for answering a short
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://227.mx02.net/m/l?3ta-fo1z-3-buwu-80aur

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
Your Smart Rewards
```

EXHIBIT
179

```
*This promotion is conducted exclusively Your Smart Rewards and is subject to participation
terms and conditions.  Receipt of your item requires compliance with offer terms, including:
age and residency requirements; registration with valid email address, shipping address and
contact phone number; completion of user survey and sponsor promotions.  Upon valid
completion of all requirements, we will ship your item to your provided shipping address.
Unless otherwise indicated, participation eligibility is restricted to US residents, 18 and
over.  Void where prohibited.  If you no longer wish to receive Your Smart Rewards emails,
visit the unsubscribe page on the Your Smart Rewards site or visit the url:
http://227.mx02.net/m/l?3ta-fo1z-4-8zn7-80aur.  Or, print a copy of this email and send it
along with your request to: Your Smart Rewards, 123 N. Congress Ave. #351, Boynton Beach, FL,
33426.

<a href="http://227.mx02.net/m/l?3ta-fo1z-5-buwu-80aur">Click Here</a>
```

1

To unsubscribe from this ADVERTISEMENT, go to:
http://227.mx02.net/remove?r.ClaimsDept.0-6dd3f1f-33e5.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-6dd3f1f-33e5.ferronlaw.com.-jferron@227.mx02.net

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | PrizeDept [PrizeDept@005.mx01.net] |
| **Sent:** | Thursday, March 23, 2006 11:50 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(13.2) $250 Visa Card - Offer Confirmation #48MM 9v7xv for jferron@ferronlaw.com |

```
---------------------------------------------------------
$250 Visa Card  OfferConfirmation #48MM 9v7xv
To: Member #4587 Email: jferron@ferronlaw.com
---------------------------------------------------------
```

To receive your gift, please click on or cut and paste:
http://005.mx01.net/m/l?3rw-fns8-1-bto4-9v7xv

We have been trying to reach you in order to deliver your free* $250 Visa Card .

Please verify your shipping address and zipcode.
http://005.mx01.net/m/l?3rw-fns8-2-bto4-9v7xv

Hot Gift Zone has for you a $250 Visa Card just for answering a survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://005.mx01.net/m/l?3rw-fns8-3-bto4-9v7xv

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.
Hot Gift Zone

**EXHIBIT**

*180*

*Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by Hot Gift Zone and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless

otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive Hot Gift Zone emails, visit the unsubscribe page on the Hot Gift Zone site or visit the url: http://005.mx01.net/m/l?3rw~fns8-4-bto5-9v7xv. Or, print a copy of this email and send it along with your request to: Hot Gift Zone, 13900 Jog Rd. Suite 203-251, Delray Beach, FL 33446.

To unsubscribe, from this ADVERTISEMENT:
http://005.mx01.net/remove?r.PrizeDept.0-6dccb1a-3c9b.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.PrizeDept.0-6dccb1a-3c9b.ferronlaw.com.-jferron@005.mx01.net

PrizeDept
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

**From:** PrizeDept [PrizeDept@128.mx02.net]
**Sent:** Friday, March 24, 2006 4:02 AM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(13.1) Coke vs Pepsi --?--

National Survey Panel – Complimentary $100 Worth of Soda or a $100 Restaurant Gift Card, Click Here



National Survey Panel – Complimentary $100 Worth of Soda or a $100 Restaurant Gift Card, Click Here

NationalSurveyPanel Gift Program is not endorsed, sponsored by or affiliated with Coke® or Pepsi®.
Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by NationalSurveyPanel and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to US residents, 18 and over. Void where prohibited. If you no longer wish to receive NationalSurveyPanel emails, visit the unsubscribe page on the NationalSurveyPanel site or visit the url: http://www.nationalsurveypanel.com/suppress.htm. Or, print a copy of this email and send it along with your request to: NationalSurveyPanel, 123 N. Congress Avenue, #351, Boynton Beach, FL 33426.

To unsubscribe from this mailing list / ADVERTISEMENT: click here
or send a blank message to: r.PrizeDept.0-6dce3b6-c6b.ferronlaw.com.-jferron@128.mx02.net

PrizeDept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



EXHIBIT
181

1

**From:** RewardDept [RewardDept@202.mx03.net]
**Sent:** Friday, March 24, 2006 8:32 AM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(14.0) WalMart- Offer Confirmation #239R-VDEC5736 for jferron@ferronlaw.com

------------------------------------------------------------

WalMart GiftCard OfferConfirmation #239R-VDEC5736
To: Member #4031 Email: jferron@ferronlaw.com

------------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://202.mx03.net/m/l?3tb-fntm-1-b6z3-azskz

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://202.mx03.net/m/l?3tb-fntm-2-b6z3-azskz

e-ResearchGroup has for you this $500 WalMart Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://202.mx03.net/m/l?3tb-fntm-3-b6z3-azskz

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
e-ResearchGroup

EXHIBIT
**182**

* This promotion is conducted exclusively by E-ResearchGroup.com and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid e-mail address, shipping address and contact phone number; completion of user survey and sponsor offers. Upon valid completion of all Program Requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S . residents, 18 and over. Void where prohibited.

Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and companies) are the property of their respective owners, who

have no association with and do not make any endorsement of the products or services provided by E-ResearchGroup.com.

To unsubscribe from receiving future e-mails for this offer from e-ResearchGroup, click the link below.

http://202.mx03.net/m/l?3tb-fntm-4-beth-azskz

DirectToConsumerInteractive.com | 950 Walnut Bottom Road | Suite 15-212 | Carlisle, PA 17013

e-ResearchGroup is an independent rewards program for consumers and is not affiliate with, connected to, or sponsored by Wal-Mart Stores, Inc.

Wal-Mart is a registered service mark of Wal-Mart Stores, Inc.

To unsubscribe, from this ADVERTISEMENT:
http://202.mx03.net/remove?r.RewardDept.0-6dce3b7-3b75.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6dce3b7-3b75.ferronlaw.com.-jferron@202.mx03.net

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

| | |
|---|---|
| **From:** | SpecialRewards [SpecialRewards@192.mx02.net] |
| **Sent:** | Saturday, March 25, 2006 10:06 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(12.1) ##%email##, High-Tech Devotees: Participate for a 24" Flat Panel LCD Monitor |

See what you've been missing. Get a FREE* 24" Flat Panel LCD Monitor by participating in our offers.

http://192.mx02.net/m/l?3nn-form-1-bw29-1mnn

Experience brilliant colors and high-resolution with a FREE* 24" Flat Panel LCD Monitor – just by participating in our offers.

http://192.mx02.net/m/l?3nn-form-2-bw29-1mnn

*This promotion is conducted exclusively by Online Gift Rewards and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive Online Gift Rewards emails, visit the unsubscribe page on the Online Gift Rewards site or visit the url: http://192.mx02.net/m/l?3nn-form-3-bw2a-1mnn com/suppress htm. Alternatively, print a copy of this email and send it along with your request to Online Gift Rewards, 13900 Jog Road, Suite 203-251, and Delray Beach, FL 33446.

<a href="http://192.mx02.net/m/l?3nn-form-4-bw29-1mnn">Click Here</a> To unsubscribe, from this ADVERTISEMENT:
http://192.mx02.net/remove?r.SpecialRewards.0-6dfe920-dba.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.SpecialRewards.0-6dfe920-dba.ferronlaw.com.-jferron@192.mx02.net

Special Rewards
1333 W. 120th Ave suite 101
Westminster Colorado 80234


EXHIBIT
183

1

| | |
|---|---|
| **From:** | RewardDept [RewardDept@mx20194.dd03.com] |
| **Sent:** | Sunday, March 26, 2006 11:57 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(12.5) Coach - Offer Confirmation #048Q-VDCC6795 for jferron@ferronlaw.com |

**Participation Confirmation #32-1**

Congrats, You've been selected to participate in YourSmartRewards' Free* Designer Handbag promotion.

To claim your Burberry® or Coach® handbag, Please Click Here

This is Limited Time promotion, please claim your Designer Handbag before it's too late!

Best Wishes,

Barbara Smith
Reward Representative
Your Smart Rewards

*This promotion is sponsored exclusively by YourSmartRewards and is subject to participation terms and conditions. Receipt of the member incentive gift requires completion of offer terms, including: age and residency requirements, registration with a valid email address, completic user survey, sponsor promotions and shipping address verification. Upon completion of all requirements, we will promptly ship your member incentive gift to your verified shipping address. You may review the status of your account via the member account area at anytime. Participa eligibility is restricted to US residents 18 and over. The trademark owners above have not endorsed this promotion, nor are they affiliate connected with this promotion in any way. This is a limited time promotion and may expire in the near future. Restrictions may apply. If yo longer wish to receive YourSmartRewards emails, visit the unsubscribe page on the YourSmartRewards site or visit the http://www.yoursmartrewards.com/suppress.htm. Or, print a copy of this email and send it along with your letter to: YourSmartRewards, 484 University Drive #323 Lauderhill, FL 33351, USA.

To unsubscribe from this mailing list: / ADVERTISEMENT click here
or send a blank message to: r.RewardDept.0-6dfc27e-41aa.ferronlaw.com.-jferron@mx20194.dd03.com



Reward Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



EXHIBIT
184

| | |
|---|---|
| **From:** | Deal Champ [Dealchamp@012.mx02.net] |
| **Sent:** | Monday, March 27, 2006 5:53 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(13.2) WalMart- Offer Confirmation #547L-NBDY5742 for jferron@ferronlaw.com |

```
-------------------------------------------------------
WalMart GiftCard OfferConfirmation #547L-NBDY5742
To: Member #5478 Email: jferron@ferronlaw.com
-------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://012.mx02.net/m/l?3rv-fp7i-1-b7cz-8590z

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://012.mx02.net/m/l?3rv-fp7i-2-b7cz-8590z

Rewards Gateway has for you this $500 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://012.mx02.net/m/l?3rv-fp7i-3-b7cz-8590z

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
```



*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://012.mx02.net/remove?r.Dealchamp.0-6e18481-2216.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-6e18481-2216.ferronlaw.com.-jferron@012.mx02.net

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508

| | |
|---|---|
| **From:** | ClaimsDept [ClaimsDept@k1.opnletters.com] |
| **Sent:** | Monday, March 27, 2006 11:59 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(16.3) 4 Tires $500 Value Offer Confirmation #9928 80aur for jferron@ferronlaw.com |

```
---------------------------------------------------------
4 Tires - $500 Value - Offer Confirmation #9928 80aur
To: Member #4031 Email: jferron@ferronlaw.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://k1.opnletters.com/m/l?3ta-fp9c-1-buvv-80aur

We are trying to reach you in order to deliver your Free* 4 Tires - $500 Value.

Please verify your shipping address and zipcode.
http://k1.opnletters.com/m/l?3ta-fp9c-2-buvv-80aur

Your Smart Rewards will give you these 4 Tires - $500 Value just for answering a short survey
and following instructions on our website.

Please visit our website and verify your zipcode:
http://k1.opnletters.com/m/l?3ta-fp9c-3-buvv-80aur

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
Your Smart Rewards
```



```
*This promotion is conducted exclusively by Your Smart Rewards and is subject to
participation terms and conditions.  Receipt of your item requires compliance with offer
terms, including: age and residency requirements; registration with valid email address,
shipping address and contact phone number; completion of user survey and sponsor promotions.
Upon valid completion of all requirements, we will ship your item to your provided shipping
address.  Unless otherwise indicated, participation eligibility is restricted to US
residents, 18 and over. Void where prohibited. If you no longer wish to receive Your Smart
Rewards emails, visit the unsubscribe page on the Your Smart Rewards site or visit the url:
http://k1.opnletters.com/m/l?3ta-fp9c-4-8zn7-80aur.  Or, print a copy of this email and send
it along with your request to: Your Smart Rewards.com, 123 N. Congress Ave #351, Boynton
Beach, FL 33426.

<a href="http://k1.opnletters.com/m/l?3ta-fp9c-5-buvv-80aur">Click Here</a>
```

1

To unsubscribe from this ADVERTISEMENT, go to:
http://k1.opnletters.com/remove?r.ClaimsDept.0-6e1e36b-738d.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-6e1e36b-738d.ferronlaw.com.-jferron@k1.opnletters.com

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | OG Rewards Multimedia Division [ClaimsDept@15.asp060.com] |
| **Sent:** | Monday, March 27, 2006 11:46 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(10.3) Congratulations on your Plasma TV and Xbox 360 offer |

```
-------------------------------------------------------
Plasma TV and Xbox 360 Offer Confirmation #09633-5971664-PLSMXBX
To: Member #3152886 Email: jferron@ferronlaw.com
-------------------------------------------------------

To receive your Plasma TV and Xbox 360*, please verify your address before April 30,2006
http://15.asp060.com/m/l?3ta-fpqm-1-bz2x-80aur


We have been trying to reach you in order to deliver your Plasma TV and Xbox 360*. This offer
is only for  . Please do not forward this email as this offer is non-transferrable and will
not be valid for anyone else.
http://15.asp060.com/m/l?3ta-fpqm-2-bz2x-80aur

We are giving you this Plasma TV and Xbox 360 for answering a survey and participating in the
offers provided. Please claim before April 30, 2006 at 11:59 PM EST.

Please verify your address now to claim your Plasma TV and Xbox 360.
http://15.asp060.com/m/l?3ta-fpqm-3-bz2x-80aur


Sincerely,


Jaz Pester
Customer Service
Gift Card Division
```



```
*XBOX(R) 360(TM) fulfillment may be delayed based on availability. You will have the option
to choose the cash equivalent if you do not wish to wait for our ability to fulfill this
offer.

Online Gift Rewards' Gift Program is not endorsed, sponsored by or affiliated with XBOX(R)
360(TM), Microsoft(R) or Microsoft Corporation.
```

1

Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by Online Gift Rewards and is subject to
participation terms and conditions. Receipt of your item requires compliance with offer
terms, including: age and residency requirements; registration with valid email address,
shipping address and contact phone number; completion of user survey and sponsor promotions.
Upon valid completion of all requirements, we will ship your item to your provided shipping
address. Unless otherwise indicated, participation eligibility is restricted to U.S.
residents, 18 and over. Void where prohibited. If you no longer wish to receive Online Gift
Rewards emails, visit the unsubscribe page on the Online Gift Rewards site or visit the url:
http://15.asp060.com/m/l?3ta-fpqm-4-bnmm-80aur. Or, print a copy of this email and send it
along with your request to: Online Gift Rewards, 13900 Jog Road, Suite 203-251, Delray Beach,
FL 33446.

<a href="http://15.asp060.com/m/l?3ta-fpqm-5-bz2x-80aur">Click Here</a>

To unsubscribe from this ADVERTISEMENT, go to:
http://15.asp060.com/remove?r.ClaimsDept.0-6e29a3b-57b7.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-6e29a3b-57b7.ferronlaw.com.-jferron@15.asp060.com

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

From:           PrizeDept [PrizeDept@mx1970.ff02.com]
Sent:          Tuesday, March 28, 2006 9:17 AM
To:            jferron@ferronlaw.com
Subject:       ***SPAM***(17.9) Amex - Offer Confirmation #854X 9v7xv for jferron@ferronlaw.com

------------------------------------------------------
Amex - Offer Confirmation #854X-9v7xv
To: Member #4031 Email: jferron@ferronlaw.com
------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://mx1970.ff02.com/m/l?3rw-fpr3-1-bp1g-9v7xv

<a href="http://mx1970.ff02.com/m/l?3rw-fpr3-2-bp1g-9v7xv">Aol Users Click Here</a>

We have been trying to reach you in order to deliver your Free* $500 Amex Gift Card

Please verify your shipping address and zipcode.
http://mx1970.ff02.com/m/l?3rw-fpr3-3-bp1g-9v7xv

Consumer Incentive Promotions has given you this $500 Amex Gift Card just for answering a survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://mx1970.ff02.com/m/l?3rw-fpr3-4-bp1g-9v7xv

Thank you and ENJOY!

Sincerely,

Jazette Pester
Customer Service Rep.
Research Test Group



EXHIBIT
188

*Premium Products Online Gift Program is not endorsed, sponsored by or affiliated with Compaq®, Toshiba® or Gateway®.
Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by Premium Products Online and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address,

1

shipping address and contact phone number; completion of user survey and sponsor promotions.
Upon valid completion of all requirements, we will ship your item to your provided shipping
address.  Unless otherwise indicated, participation eligibility is restricted to US
residents, 18 and over. Void where prohibited. If you no longer wish to receive Premium
Products Online emails, visit the unsubscribe page on the Premium Products Online site or
visit  Or, print a copy of this email and send it along with your request to: Premium
Products Online, 13900 Jog Road Suite 203-251, Delray Beach, FL  33446.

To unsubscribe, from this ADVERTISEMENT:
http://mx1970.ff02.com/remove?r.PrizeDept.0-6e2a13a-4350.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.PrizeDept.0-6e2a13a-4350.ferronlaw.com.-jferron@mx1970.ff02.com

PrizeDept
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

**From:**       OnlineGiftRewards.com [ClaimsDept@084.mx03.net]
**Sent:**       Tuesday, March 28, 2006 9:51 AM
**To:**         jferron@ferronlaw.com
**Subject:**    ***SPAM***(15.4) Alienware Laptop Offer Confirmation #917Q-MARAPR5581 for
                jferron@ferronlaw.com

<u>Click here to claim* your laptop</u>



<u>Click here to claim* your laptop</u>

**Online Gift Rewards' Gift Program is not endorsed, sponsored by or affiliated with Alienware® or Alienware Corporation. Such terms are registered trademarks of their respective owners.**

*This promotion is conducted exclusively by Online Gift Rewards and is subject to participation terms and conditions. Receipt of your item req compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact p number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your prov shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If yo longer wish to receive Online Gift Rewards emails, visit the unsubscribe page on the Online Gift Rewards site or visit the http://www.onlinegiftrewards.com/suppress.htm. Or, print a copy of this email and send it along with your request to: Online Gift Rewards, 13900 Road Suite 203-251, Delray Beach, FL 33446.

To unsubscribe from this ADVERTISEMENT, go to: <u>click here</u>
or send a blank message to: <u>r.ClaimsDept.0-6e32a60-3a1a.ferronlaw.com.-jferron@084.mx03.net</u>

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



1

| | |
|---|---|
| **From:** | RewardDept [RewardDept@f3.opnletters.com] |
| **Sent:** | Tuesday, March 28, 2006 5:12 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(16.1) Ipod Photo 60GB- Offer Confirmation #238R-VDGC5639 for jferron@ferronlaw.com |

```
---------------------------------------------------------
Ipod Photo 60GB Offer Confirmation #238R-VDGC5639
To: Member #4031 Email: jferron@ferronlaw.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://f3.opnletters.com/m/l?3tb-fp8a-1-axeg-azskz

We are trying to reach you in order to deliver your Free* Ipod Photo 60GB.

Please verify your shipping address and zipcode.
http://f3.opnletters.com/m/l?3tb-fp8a-2-axeg-azskz

Premium Products Online has given you this Ipod Photo 60GB just for answering a survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://f3.opnletters.com/m/l?3tb-fp8a-3-axeg-azskz




Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep
```


EXHIBIT
190

```
*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com.
This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards
Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA
91364 To unsubscribe, from this ADVERTISEMENT:
http://f3.opnletters.com/remove?r.RewardDept.0-6e1b93b-114f.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6e1b93b-114f.ferronlaw.com.-jferron@f3.opnletters.com
```

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

**From:** RewardDept [RewardDept@28.asp050.com]
**Sent:** Wednesday, March 29, 2006 3:55 AM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(12.1) Circuit City - Offer Confirmation #7842M-454784 for jferron@ferronlaw.com

---------------------------------------------------------
Circuit City Offer Confirmation #7842M-454784
To: Member #4031 Email: jferron@ferronlaw.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://28.asp050.com/m/l?3tb-fpvc-1-axeg-azskz

We are trying to reach you in order to deliver your Free* $500 Circuit City Gift Card.

Please verify your shipping address and zipcode.
http://28.asp050.com/m/l?3tb-fpvc-2-axeg-azskz

Premium Products Online has given you this $500 Circuit City Gift Card just for answering a
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://28.asp050.com/m/l?3tb-fpvc-3-axeg-azskz


Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep

EXHIBIT
191

*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who

1

have no association with or make any endorsement of the products or services provided by
RewardsGateway com.
This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards
Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA
91364 To unsubscribe, from this ADVERTISEMENT:
http://28.asp050.com/remove?r.RewardDept.0-6e31c50-16c3.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6e31c50-16c3.ferronlaw.com.-jferron@28.asp050.com

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234