| | |
|---|---|
| From: | Deal Champ [Dealchamp@mx20170.uu02.com] |
| Sent: | Tuesday, April 04, 2006 11:48 PM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(10.0) WalMart- Offer Confirmation #547L-NBDY5742 for jferron@ferronlaw.com |

---

WalMart GiftCard OfferConfirmation #547L-NBDY5742
To: Member #5478 Email: jferron@ferronlaw.com

---

To receive your gift, please click on or cut and paste:
http://mx20170.uu02.com/m/l?3rv-ftm8-1-b7cz-8590z

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://mx20170.uu02.com/m/l?3rv-ftm8-2-b7cz-8590z

Rewards Gateway has for you this $500 WalMart Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://mx20170.uu02.com/m/l?3rv-ftm8-3-b7cz-8590z

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.



EXHIBIT 208

*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://mx20170.uu02.com/remove?r.Dealchamp.0-6ec8084-6392.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-6ec8084-6392.ferronlaw.com.-jferron@mx20170.uu02.com

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508

| | |
|---|---|
| From: | RewardDept [RewardDept@118.opnletters.com] |
| Sent: | Tuesday, April 04, 2006 5:10 AM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(16.3) Ipod Photo 60GB- Offer Confirmation #238R-VDGC5639 for jferron@ferronlaw.com |

---

Ipod Photo 60GB Offer Confirmation #238R-VDGC5639
To: Member #4031 Email: jferron@ferronlaw.com

---

To receive your gift, please click on or cut and paste:
http://118.opnletters.com/m/1?3tb-ft0d-1-axeg-azskz

We are trying to reach you in order to deliver your Free* Ipod Photo 60GB.

Please verify your shipping address and zipcode.
http://118.opnletters.com/m/1?3tb-ft0d-2-axeg-azskz

Premium Products Online has given you this Ipod Photo 60GB just for answering a survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://118.opnletters.com/m/1?3tb-ft0d-3-axeg-azskz




Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep

EXHIBIT 209

*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com.
This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364 To unsubscribe, from this ADVERTISEMENT:
http://118.opnletters.com/remove?r.RewardDept.0-6eae5ab-63c1.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6eae5ab-63c1.ferronlaw.com.-jferron@118.opnletters.com

1

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

2

| | |
|---|---|
| From: | OnlineGiftRewards.com [ClaimsDept@k2.opnletters.com] |
| Sent: | Tuesday, April 04, 2006 11:38 AM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(18.5) Alienware Laptop Offer Confirmation #917Q-MARAPR5581 for jferron@ferronlaw.com |

Click here to claim* your laptop





Click here to claim* your laptop

Online Gift Rewards' Gift Program is not endorsed, sponsored by or affiliated with Alienware® or Alienware Corporation. Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by Online Gift Rewards and is subject to participation terms and conditions. Receipt of your item requ. compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact p number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your pro\ shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If yc longer wish to receive Online Gift Rewards emails, visit the unsubscribe page on the Online Gift Rewards site or visit the http://www.onlinegiftrewards.com/suppress.htm. Or, print a copy of this email and send it along with your request to: Online Gift Rewards, 1390( Road Suite 203-251, Delray Beach, FL 33446.

To unsubscribe from this ADVERTISEMENT, go to: click here
or send a blank message to: r.ClaimsDept.0-6ec56c7-352d.ferronlaw.com.-jferron@k2.opnletters.com

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



EXHIBIT 210

1



**From:** RewardDept [RewardDept@mx1932.rr03.com]
**Sent:** Wednesday, April 05, 2006 5:11 AM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(9.9) Circuit City - Offer Confirmation #7842M-454784 for jferron@ferronlaw.com

---

Circuit City Offer Confirmation #7842M-454784
To: Member #4031 Email: jferron@ferronlaw.com

---

To receive your gift, please click on or cut and paste:
http://mx1932.rr03.com/m/1?3tb-ftjc-1-axeg-azskz

We are trying to reach you in order to deliver your Free* $500 Circuit City Gift Card.

Please verify your shipping address and zipcode.
http://mx1932.rr03.com/m/1?3tb-ftjc-2-axeg-azskz

Premium Products Online has given you this $500 Circuit City Gift Card just for answering a survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://mx1932.rr03.com/m/1?3tb-ftjc-3-axeg-azskz


Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep


EXHIBIT 211

*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who

1

have no association with or make any endorsement of the products or services provided by RewardsGateway com.
This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364 To unsubscribe, from this ADVERTISEMENT:
http://mx1932.rr03.com/remove?r.RewardDept.0-6ec48b8-1166.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6ec48b8-1166.ferronlaw.com.-jferron@mx1932.rr03.com

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

2

| | |
|---|---|
| From: | SpecialRewards [SpecialRewards@143.mx01.net] |
| Sent: | Wednesday, April 05, 2006 2:56 PM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(13.6) John, Shoes Lacking Flair? Participate for a DSW(r) Gift Card |

Click here to claim* your $100 in DSW® Gift Cards



Click here to claim* your $100 in DSW® Gift Cards

My Cool Rewards' Gift Program is not endorsed, sponsored by or affiliated with DSW®.
Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by My Cool Rewards and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid e-mail address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive My Cool Rewards e-mails, visit the unsubscribe page on the My Cool Rewards site or visit the url: http://www.mycoolrewards.com/supress.htm. Or, print a copy of this e-mail and send it along with your request to: My Cool Rewards, 123 N. Congress Ave. #351, Boynton Beach, FL 33426.

To unsubscribe from this mailing list / ADVERTISEMENT: click here
or send a blank message to: r.SpecialRewards.0-6edf921-3212.ferronlaw.com.-jferron@143.mx01.net

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



EXHIBIT 2/2

1

| | |
|---|---|
| From: | PrizeDept [PrizeDept@mx4112.tt02.com] |
| Sent: | Wednesday, April 05, 2006 7:14 PM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(12.5) jferron@ferronlaw.com, Gateway- Delivery OfferConfirmation #048Q - 9v7xv |

---

Gateway Laptop Computer OfferConfirmation #048Q - 9v7xv
To: Member #4031 Email: jferron@ferronlaw.com

---

To receive your gift, please click on or cut and paste:
http://mx4112.tt02.com/m/l?3rw-fu0p-1-bft1-9v7xv

We have been trying to reach you in order to deliver your Free* Laptop Computer.

Please verify your shipping address and zipcode.
http://mx4112.tt02.com/m/l?3rw-fu0p-2-bft1-9v7xv

Consumer Incentive Promotions has given you this Gateway or Toshiba Laptop Computer just for answering a survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://mx4112.tt02.com/m/l?3rw-fu0p-3-bft1-9v7xv

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
Research Test Group

EXHIBIT 213

*ResearchTestGroup has selected FreeGift World as theprovider of the promotional gift card. The listed merchants in no way endorse or sponser the activities of ResearchTestGroup or FreeGiftWorld. Receipt of the gift card requires completion of new member promotion offer terms, which include without limitation; age and residency requirements, registration with a valid email address, completion of the required sponser offers and redemption certificate, ongoing opt-in to email communications and shipping address verification. Upon completion of these steps, FreeGiftWorld will ship your free gift to the verified address. the above

1

merchant names, designs, and related marks are registered trademarks of their respective owners.

This advertisement was sent to you by an affiliate of FreeGiftWorld. If you have any questions, you may contact us at: Attn: FreeGiftWorld com, 1894 Highway 50E, Suite #4, PMB 472, Carson City, NV 89701. If you wish to remove yourself from future FreeGiftWorld mailings please click here to here to go to the website and select the Unsubscribe link at the bottom of the page. If you wish to unsubscribe from future mailings from this email publisher please follow their listed instructions.

To unsubscribe, from this ADVERTISEMENT:
http://mx4112.tt02.com/remove?r.PrizeDept.0-6ed7391-4697.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.PrizeDept.0-6ed7391-4697.ferronlaw.com.-jferron@mx4112.tt02.com

PrizeDept
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

| | |
|---|---|
| From: | Online Gift Rewards [SpecialRewards@40.asp020.com] |
| Sent: | Wednesday, April 05, 2006 10:17 PM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(14.3) Congratulations on your Alienware Laptop offer jferron@ferronlaw.com |

Click here to claim* your laptop





Click here to claim* your laptop

Online Gift Rewards' Gift Program is not endorsed, sponsored by or affiliated with Alienware® or Alienware Corporation. Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by Online Gift Rewards and is subject to participation terms and conditions. Receipt of your item req compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact p number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your prov shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If yc longer wish to receive Online Gift Rewards emails, visit the unsubscribe page on the Online Gift Rewards site or visit the http://www.onlinegiftrewards.com/suppress.htm. Or, print a copy of this email and send it along with your request to: Online Gift Rewards, 1390( Road Suite 203-251, Delray Beach, FL 33446.

To unsubscribe from this mailing list / ADVERTISEMENT: click here
or send a blank message to: r.SpecialRewards.0-6ee6d28-4e89.ferronlaw.com.-jferron@40.asp020.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



EXHIBIT 214

1

| | |
|---|---|
| From: | NationalSurveyPanel [Dealchamp@213.mx02.net] |
| Sent: | Thursday, April 06, 2006 4:14 AM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(15.7) jferron@ferronlaw.com, Coke or Pepsi - ? - |

Go here to claim* your $100 Gift Card



Go here to claim* your $100 Gift Card

**National Survey Panel's Gift Program is not endorsed, sponsored by or affiliated with Coca-Cola®, The Coca-Cola Company, Pepsi®, Pepsico Inc.
Such terms are registered trademarks of their respective owners.**

*This promotion is conducted exclusively by National Survey Panel and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive National Survey Panel emails, visit the unsubscribe page on the National Survey Panel site or visit the url: http://www.nationalsurveypanel.com/suppress.htm. Or, print a copy of this email and send it along with your request to: National Survey Panel, 13900 Jog Road Suite 203-251, Delray Beach, FL, 33446.

To unsubscribe from this ADVERTISEMENT: click here
or send a blank message to: r.Dealchamp.0-6ee3c7e-387f.ferronlaw.com.-jferron@213.mx02.net

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508



EXHIBIT 215

1

| | |
|---|---|
| From: | PrizeDept [PrizeDept@186.mx02.net] |
| Sent: | Thursday, April 06, 2006 5:27 AM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(15.8) jferron@ferronlaw.com, Plasma Tv & Xbox 360 - Delivery OfferConfirmation #048Q - 9v7xv |

---

Plasma Tv & Xbox 360 OfferConfirmation #048Q - 9v7xv
To: Member #4031 Email: jferron@ferronlaw.com

---

To receive your gift, please click on or cut and paste:
http://186.mx02.net/m/l?3rw-fue4-1-byxq-9v7xv

<a href="http://186.mx02.net/m/l?3rw-fue4-2-byxq-9v7xv">Aol Users Click Here</a>

We have been trying to reach you in order to deliver your Free* Plasma Tv & Xbox 360.

Please verify your shipping address and zipcode.
http://186.mx02.net/m/l?3rw-fue4-3-byxq-9v7xv

<a href="http://186.mx02.net/m/l?3rw-fue4-4-byxq-9v7xv">Aol Users Click Here</a>

Consumer Incentive Promotions has given you this Plasma Tv & Xbox 360 just for answering a survey and participating in the offers on our website.

Please visit our website and verify your zipcode:
http://186.mx02.net/m/l?3rw-fue4-5-byxq-9v7xv

<a href="http://186.mx02.net/m/l?3rw-fue4-6-byxq-9v7xv">Aol Users Click Here</a>

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
Research Test Group



EXHIBIT 216

*ResearchTestGroup has selected FreeGift World as theprovider of the promotional gift card. The listed merchants in no way endorse or sponser the activities of ResearchTestGroup or FreeGiftWorld. Receipt of the gift card requires completion of new member promotion offer terms, which include without limitation; age and residency requirements, registration with a valid email address, completion of the required sponser offers and redemption certificate, ongoing opt-in to email communications and shipping address verification. Upon completion of these steps, FreeGiftWorld will ship your free gift to the verified address. the above merchant names, designs, and related marks are registered trademarks of their respective owners.

This advertisement was sent to you by an affiliate of FreeGiftWorld. If you have any questions, you may contact us at: Attn: FreeGiftWorld com, 1894 Highway 50E, Suite #4, PMB 472, Carson City, NV 89701. If you wish to remove yourself from future FreeGiftWorld mailings please click here to here to go to the website and select the Unsubscribe link at the bottom of the page. If you wish to unsubscribe from future mailings from this email publisher please follow their listed instructions.

To unsubscribe, from this ADVERTISEMENT:
http://186.mx02.net/remove?r.PrizeDept.0-6ee8950-3b44.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.PrizeDept.0-6ee8950-3b44.ferronlaw.com.-jferron@186.mx02.net

PrizeDept
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

2

| | |
|---|---|
| From: | PrizeDept [PrizeDept@112.mx02.net] |
| Sent: | Thursday, April 06, 2006 4:39 PM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(15.8) jferron@ferronlaw.com, Costco - Delivery OfferConfirmation #78QB - 9v7xv |

---

Costco Gift Gift Card OfferConfirmation #78QB - 9v7xv
To: Member #4031 Email: jferron@ferronlaw.com

---

To receive your gift, please click on or cut and paste:
http://112.mx02.net/m/1?3rw-fuhz-1-byxw-9v7xv

<a href="http://112.mx02.net/m/1?3rw-fuhz-2-byxw-9v7xv">Aol Users Click Here</a>

We have been trying to reach you in order to deliver your Free* $500 Costco Gift Card.

Please verify your shipping address and zipcode.
http://112.mx02.net/m/1?3rw-fuhz-3-byxw-9v7xv

<a href="http://112.mx02.net/m/1?3rw-fuhz-4-byxw-9v7xv">Aol Users Click Here</a>

Consumer Incentive Promotions has given you this Free* $500 Costco Gift Card just for answering a survey and by participating in the offers on our website.

Please visit our website and verify your zipcode:
http://112.mx02.net/m/1?3rw-fuhz-5-byxw-9v7xv

<a href="http://112.mx02.net/m/1?3rw-fuhz-6-byxw-9v7xv">Aol Users Click Here</a>

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
Research Test Group

EXHIBIT 217

*ResearchTestGroup has selected FreeGift World as theprovider of the promotional gift card. The listed merchants in no way endorse or sponser the activities of ResearchTestGroup or

1

FreeGiftWorld. Receipt of the gift card requires completion of new member promotion offer terms, which include without limitation; age and residency requirements, registration with a valid email address, completion of the required sponser offers and redemption certificate, ongoing opt-in to email communications and shipping address verification. Upon completion of these steps, FreeGiftWorld will ship your free gift to the verified address. the above merchant names, designs, and related narks are registered trademarks of their respective owners.

This advertisement was sent to you by an affiliate of FreeGiftWorld. If you have any questions, you may contact us at: Attn: FreeGiftWorld com, 1894 Highway 50E, Suite #4, PMB 472, Carson City, NV 89701. If you wish to remove yourself from future FreeGiftWorld mailings please click here to here to go to the website and select the Unsubscribe link at the bottom of the page. If you wish to unsubscribe from future mailings from this email publisher please follow their listed instructions.

To unsubscribe, from this ADVERTISEMENT:
http://112.mx02.net/remove?r.PrizeDept.0-6ef2401-64d6.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.PrizeDept.0-6ef2401-64d6.ferronlaw.com.-jferron@112.mx02.net

PrizeDept
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

2

| | |
|---|---|
| From: | HotGiftZone [SpecialRewards@087.mx01.net] |
| Sent: | Thursday, April 06, 2006 6:31 PM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(20.0) Exercise your freedom of choice when you participate John |

Use this link to claim* your FREE* Gift



**The Freedom Of Choice:
Choose Your FREE* Gift From
One Of These Hot Categories**

cellphones

apple® ipod®

laptops

game consoles

◉ click here now




Use this link to claim* your FREE* Gift

* Cellular service plan not included.

**Release date for the Sony® PS3® product is uncertain. Fulfillment may be delayed based on availability. You will have the option to choose the cash equivalent if you do not wish to wait for our ability to fulfill this offer.

***XBOX® 360™ fulfillment may be delayed based on availability. You will have the option to choose the cash equivalent if you do not wish to wait for our ability to fulfill this offer.

Hot Gift Zone's Gift Program is not endorsed, sponsored by or affiliated with PS3®, Playstation®, Sony Corporation, XBOX® 360™, Microsoft®, Microsoft Corporation, Motorola®, RAZR™, SLVR™, Motorola, Inc., Nokia®, Nokia Corporation, Apple®, iPod®, iTunes®, Apple Computer Inc., Toshiba® Satellite®, Toshiba Corporation, Compaq® Presario®, Compaq Computer Corporation, Gateway® Notebook, Gateway, Inc. or any other merchant listed above.

Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by Hot Gift Zone and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive Hot Gift Zone emails, visit the unsubscribe page on the Hot Gift Zone site or visit the url: http://www.hotgiftzone.com/suppress.htm. Or, print a copy of this email and send it along with your request to: Hot Gift Zone 13900 Jog Rd. Suite 203-251 Delray Beach, FL 33446.

EXHIBIT
218

1

To unsubscribe from this mailing list / ADVERTISEMENT: <u>click here</u>
or send a blank message to: r.SpecialRewards.0-6ef8669-6e71.ferronlaw.com.-jferron@087.mx01.net

<div style="text-align:center">

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

</div>

Case: 2:09-cv-00520-GLF-EPD Doc #: 3-20 Filed: 06/22/09 Page: 19 of 20  PAGEID #: 941

| | |
|---|---|
| From: | PrizeDept [PrizeDept@040.mailzips.com] |
| Sent: | Thursday, April 06, 2006 9:25 PM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(13.0) Coke vs Pepsi --?-- |

National Survey Panel – Complimentary $100 Worth of Soda or a $100 Restaurant Gift Card, Click Here



National Survey Panel – Complimentary $100 Worth of Soda or a $100 Restaurant Gift Card, Click Here

NationalSurveyPanel Gift Program is not endorsed, sponsored by or affiliated with Coke® or Pepsi®. Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by NationalSurveyPanel and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to US residents, 18 and over. Void where prohibited. If you no longer wish to receive NationalSurveyPanel emails, visit the unsubscribe page on the NationalSurveyPanel site or visit the url: http://www.nationalsurveypanel.com/suppress.htm. Or, print a copy of this email and send it along with your request to: NationalSurveyPanel, 123 N. Congress Avenue, #351, Boynton Beach, FL 33426.

To unsubscribe from this mailing list / ADVERTISEMENT: click here
or send a blank message to: r.PrizeDept.0-6ef4aa0-6a7f.ferronlaw.com.-jferron@040.mailzips.com

PrizeDept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



EXHIBIT
219

1