**From:** PrizeDept [PrizeDept@35.mailmx02.com]
**Sent:** Wednesday, April 12, 2006 10:18 AM
**To:** jferron@ferronlaw.ccm
**Subject:** ***SPAM***(11.4) jferron@ferronlaw.com, Gateway- Delivery OfferConfirmation #048Q -
9v7xv

--------------------------------------------------------------
Gateway Laptop Computer OfferConfirmation #048Q - 9v7xv
To: Member #4031 Email: jferron@ferronlaw.com
--------------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://35.mailmx02.com/m/l?3rw-fwl8-1-bft1-9v7xv

We have been trying to reach you in order to deliver your Free* Laptop Computer.

Please verify your shipping address and zipcode.
http://35.mailmx02.com/m/l?3rw-fwl8-2-bft1-9v7xv

Consumer Incentive Promotions has given you this Gateway or Toshiba Laptop Computer just for
answering a survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://35.mailmx02.com/m/l?3rw-fwl8-3-bft1-9v7xv

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
Research Test Group

EXHIBIT
236

*ResearchTestGroup has selected FreeGift World as theprovider of the promotional gift card.
The listed merchants in no way endorse or sponser the activities of ResearchTestGroup or
FreeGiftWorld. Receipt of the gift card requires completion of new member promotion offer
terms, which include without limitation; age and residency requirements, registration with a
valid email address, completion of the required sponser offers and redemption certificate,
ongoing opt-in to email communications and shipping address verification. Upon completion of
these steps, FreeGiftWorld will ship your free gift to the verified address. the above

1

merchant names, designs, and related marks are registered trademarks of their respective owners.

This advertisement was sent to you by an affiliate of FreeGiftWorld. If you have any questions, you may contact us at: Attn: FreeGiftWorld com, 1894 Highway 50E, Suite #4, PMB 472, Carson City, NV 89701. If you wish to remove yourself from future FreeGiftWorld mailings please click here to here to go to the website and select the Unsubscribe link at the bottom of the page. If you wish to unsubscribe from future mailings from this email publisher please follow their listed instructions.

To unsubscribe, from this ADVERTISEMENT:
http://35.mailmx02.com/remove?r.PrizeDept.0-6f6ae11-3524.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.PrizeDept.0-6f6ae11-3524.ferronlaw.com.-jferron@35.mailmx02.com

PrizeDept
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

| | |
|---|---|
| **From:** | SpecialRewards [SpecialRewards@082.mx03.net] |
| **Sent:** | Wednesday, April 12, 2006 2:22 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(13.6) John, Shoes Lacking Flair? Participate for a DSW(r) Gift Card |

Click here to claim* your $100 in DSW® Gift Cards



Click here to claim* your $100 in DSW® Gift Cards

My Cool Rewards' Gift Program is not endorsed, sponsored by or affiliated with DSW®.
Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by My Cool Rewards and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid e-mail address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive My Cool Rewards e-mails, visit the unsubscribe page on the My Cool Rewards site or visit the url: http://www.mycoolrewards.com/supress.htm. Or, print a copy of this e-mail and send it along with your request to: My Cool Rewards, 123 N. Congress Ave. #351, Boynton Beach, FL 33426.

To unsubscribe from this mailing list / ADVERTISEMENT: click here
or send a blank message to: r.SpecialRewards.0-6f733ac-1321.ferronlaw.com.-jferron@082.mx03.net

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



EXHIBIT
237

From:           Online Gift Rewards [SpecialRewards@b5.opnletters.com]
Sent:           Wednesday, April 12, 2006 11:00 PM
To:             jferron@ferronlaw.com
Subject:        ***SPAM***(18.5) Congratulations on your Alienware Laptop offer jferron@ferronlaw.com

<u>Click here to claim* your laptop</u>





<u>Click here to claim* your laptop</u>

**Online Gift Rewards' Gift Program is not endorsed, sponsored by or affiliated with Alienware® or Alienware Corporation.
Such terms are registered trademarks of their respective owners.**

*This promotion is conducted exclusively by Online Gift Rewards and is subject to participation terms and conditions. Receipt of your item req
compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact p
number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your prov
shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If yo
longer wish to receive Online Gift Rewards emails, visit the unsubscribe page on the Online Gift Rewards site or visit the
http://www.onlinegiftrewards.com/suppress.htm. Or, print a copy of this email and send it along with your request to: Online Gift Rewards, 1390(
Road Suite 203-251, Delray Beach, FL 33446.

To unsubscribe from this mailing list / ADVERTISEMENT: <u>click here</u>
or send a blank message to: <u>r.SpecialRewards.0-6f7a7b1-40ba.ferronlaw.com.-jferron@b5.opnletters.com</u>

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



1

| | |
|---|---|
| **From:** | RewardDept [RewardDept@mx20124.tt02.com] |
| **Sent:** | Wednesday, April 12, 2006 11:53 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(9.9) Kmart - Offer Confirmation #874S azskz for jferron@ferronlaw.com |

```
---------------------------------------------------------
Kmart GiftCard OfferConfirmation #874S azskz
To: Member #4031 Email: jferron@ferronlaw.com
---------------------------------------------------------
```

http://mx20124.tt02.com/l?3tb-fwrn-1-axeb-azskz
To receive your gift, please click on or cut and paste

We have been trying to reach you in order to deliver your Free* Kmart Gift Card.

http://mx20124.tt02.com/l?3tb-fwrn-2-axeb-azskz
Please verify your shipping address and zipcode.

Exclusive Rewards has given you this $100 Kmart Gift Card just for answering a survey and following instructions on our website.

http://mx20124.tt02.com/l?3tb-fwrn-3-axeb-azskz
Please visit our website and verify your zipcode:

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
Exclusive Rewards

```
EXHIBIT
239
```

*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com.

1

This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://mx20124.tt02.com/remove?r.RewardDept.0-6f733a3-7003.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-6f733a3-7003.ferronlaw.com.-jferron@mx20124.tt02.com

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

**From:** PrizeDept [PrizeDept@mx19145.pp03.com]
**Sent:** Thursday, April 13, 2006 3:11 AM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(12.6) jferron@ferronlaw.com, Plasma Tv & Xbox 360 - Delivery OfferConfirmation #048Q - 9v7xv

```
-----------------------------------------------------------
Plasma Tv & Xbox 360 OfferConfirmation #048Q - 9v7xv
To: Member #4031 Email: jferron@ferronlaw.com
-----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://mx19145.pp03.com/m/l?3rw-fwz9-1-byxq-9v7xv

<a href="http://mx19145.pp03.com/m/l?3rw-fwz9-2-byxq-9v7xv">Aol Users Click Here</a>

We have been trying to reach you in order to deliver your Free* Plasma Tv & Xbox 360.

Please verify your shipping address and zipcode.
http://mx19145.pp03.com/m/l?3rw-fwz9-3-byxq-9v7xv

<a href="http://mx19145.pp03.com/m/l?3rw-fwz9-4-byxq-9v7xv">Aol Users Click Here</a>

Consumer Incentive Promotions has given you this Plasma Tv & Xbox 360 just for answering a
survey and participating in the offers on our website.

Please visit our website and verify your zipcode:
http://mx19145.pp03.com/m/l?3rw-fwz9-5-byxq-9v7xv

<a href="http://mx19145.pp03.com/m/l?3rw-fwz9-6-byxq-9v7xv">Aol Users Click Here</a>

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
Research Test Group
```



EXHIBIT
240

1

*ResearchTestGroup has selected FreeGift World as theprovider of the promotional gift card. The listed merchants in no way endorse or sponser the activities of ResearchTestGroup or FreeGiftWorld. Receipt of the gift card requires completion of new member promotion offer terms, which include without limitation; age and residency requirements, registration with a valid email address, completion of the required sponser offers and redemption certificate, ongoing opt-in to email communications and shipping address verification. Upon completion of these steps, FreeGiftWorld will ship your free gift to the verified address. the above merchant names, designs, and related marks are registered trademarks of their respective owners.

This advertisement was sent to you by an affiliate of FreeGiftWorld. If you have any questions, you may contact us at: Attn: FreeGiftWorld com, 1894 Highway 50E, Suite #4, PMB 472, Carson City, NV 89701. If you wish to remove yourself from future FreeGiftWorld mailings please click here to here to go to the website and select the Unsubscribe link at the bottom of the page. If you wish to unsubscribe from future mailings from this email publisher please follow their listed instructions.

To unsubscribe, from this ADVERTISEMENT:
http://mx19145.pp03.com/remove?r.PrizeDept.0-6f7c3c7-46e9.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.PrizeDept.0-6f7c3c7-46e9.ferronlaw.com.-jferron@mx19145.pp03.com

PrizeDept
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

| | |
|---|---|
| **From:** | PrizeDept [PrizeDept@mx2083.aa03.com] |
| **Sent:** | Thursday, April 13, 2006 6:16 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(9.8) $250 Visa Card - Offer Confirmation #48MM 9v7xv for jferron@ferronlaw.com |

```
--------------------------------------------------------
$250 Visa Card  OfferConfirmation #48MM 9v7xv
To: Member #4587 Email: jferron@ferronlaw.com
--------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://mx2083.aa03.com/m/l?3rw-fx4y-1-bto4-9v7xv

We have been trying to reach you in order to deliver your free* $250 Visa Card .

Please verify your shipping address and zipcode.
http://mx2083.aa03.com/m/l?3rw-fx4y-2-bto4-9v7xv

Hot Gift Zone has for you a $250 Visa Card just for answering a survey and following
instructions on our website.

Please visit our website and verify your zipcode:
http://mx2083.aa03.com/m/l?3rw-fx4y-3-bto4-9v7xv

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.
Hot Gift Zone
```

EXHIBIT
241

```
*Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by Hot Gift Zone and is subject to participation
terms and conditions. Receipt of your item requires compliance with offer terms, including:
age and residency requirements; registration with valid email address, shipping address and
contact phone number; completion of user survey and sponsor promotions. Upon valid completion
of all requirements, we will ship your item to your provided shipping address. Unless
```

otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive Hot Gift Zone emails, visit the unsubscribe page on the Hot Gift Zone site or visit the url: http://mx2083.aa03.com/m/l?3rw-fx4y-4-bto5-9v7xv. Or, print a copy of this email and send it along with your request to: Hot Gift Zone, 13900 Jog Rd. Suite 203-251, Delray Beach, FL 33446.

To unsubscribe, from this ADVERTISEMENT:
http://mx2083.aa03.com/remove?r.PrizeDept.0-6f86c8c-3155.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.PrizeDept.0-6f86c8c-3155.ferronlaw.com.-jferron@mx2083.aa03.com

PrizeDept
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

**From:** HotGiftZone [SpecialRewards@51.asp040.com]
**Sent:** Thursday, April 13, 2006 6:20 PM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(18.9) Exercise your freedom of choice when you participate John

Use this link to claim* your FREE* Gift









Use this link to claim* your FREE* Gift

\* Cellular service plan not included.

\*\*Release date for the Sony® PS3® product is uncertain. Fulfillment may be delayed based on availability. You will have the option to choose the cash equivalent if you do not wish to wait for our ability to fulfill this offer.

\*\*\*XBOX® 360™ fulfillment may be delayed based on availability. You will have the option to choose the cash equivalent if you do not wish to wait for our ability to fulfill this offer.

Hot Gift Zone's Gift Program is not endorsed, sponsored by or affiliated with PS3®, Playstation®, Sony Corporation, XBOX® 360™, Microsoft®, Microsoft Corporation, Motorola®, RAZR™, SLVR™, Motorola, Inc., Nokia®, Nokia Corporation, Apple®, iPod®, iTunes®, Apple Computer Inc., Toshiba® Satellite®, Toshiba Corporation, Compaq® Presario®, Compaq Computer Corporation, Gateway® Notebook, Gateway, Inc. or any other merchant listed above.

Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by Hot Gift Zone and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive Hot Gift Zone emails, visit the unsubscribe page on the Hot Gift Zone site or visit the url: http://www.hotgiftzone.com/suppress.htm. Or, print a copy of this email and send it along with your request to: Hot Gift Zone 13900 Jog Rd. Suite 203-251 Delray Beach, FL 33446.

EXHIBIT
242

To unsubscribe from this mailing list / ADVERTISEMENT: click here
or send a blank message to: r.SpecialRewards.0-6f8c0f0-4910.ferronlaw.com.-jferron@51.asp040.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

**From:** PrizeDept [PrizeDept@mx1957.aa02.com]
**Sent:** Thursday, April 13, 2006 7:03 PM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(12.6) jferron@ferronlaw.com, Costco - Delivery OfferConfirmation #78QB - 9v7xv

---------------------------------------------------------
Costco Gift Gift Card OfferConfirmation #78QB - 9v7xv
To: Member #4031 Email: jferron@ferronlaw.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://mx1957.aa02.com/m/l?3rw-fx3y-1-byxw-9v7xv

<a href="http://mx1957.aa02.com/m/l?3rw-fx3y-2-byxw-9v7xv">Aol Users Click Here</a>

We have been trying to reach you in order to deliver your Free* $500 Costco Gift Card.

Please verify your shipping address and zipcode.
http://mx1957.aa02.com/m/l?3rw-fx3y-3-byxw-9v7xv

<a href="http://mx1957.aa02.com/m/l?3rw-fx3y-4-byxw-9v7xv">Aol Users Click Here</a>

Consumer Incentive Promotions has given you this Free* $500 Costco Gift Card just for
answering a survey and by participating in the offers on our website.

Please visit our website and verify your zipcode:
http://mx1957.aa02.com/m/l?3rw-fx3y-5-byxw-9v7xv

<a href="http://mx1957.aa02.com/m/l?3rw-fx3y-6-byxw-9v7xv">Aol Users Click Here</a>

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
Research Test Group



EXHIBIT
243

*ResearchTestGroup has selected FreeGift World as theprovider of the promotional gift card.
The listed merchants in no way endorse or sponser the activities of ResearchTestGroup or

FreeGiftWorld. Receipt of the gift card requires completion of new member promotion offer terms, which include without limitation; age and residency requirements, registration with a valid email address, completion of the required sponser offers and redemption certificate, ongoing opt-in to email communications and shipping address verification. Upon completion of these steps, FreeGiftWorld will ship your free gift to the verified address. the above merchant names, designs, and related marks are registered trademarks of their respective owners.

This advertisement was sent to you by an affiliate of FreeGiftWorld. If you have any questions, you may contact us at: Attn: FreeGiftWorld com, 1894 Highway 50E, Suite #4, PMB 472, Carson City, NV 89701. If you wish to remove yourself from future FreeGiftWorld mailings please click here to here to go to the website and select the Unsubscribe link at the bottom of the page. If you wish to unsubscribe from future mailings from this email publisher please follow their listed instructions.

To unsubscribe, from this ADVERTISEMENT:
http://mx1957.aa02.com/remove?r.PrizeDept.0-6f85e7b-882.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.PrizeDept.0-6f85e7b-882.ferronlaw.com.-jferron@mx1957.aa02.com

PrizeDept
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

2

**From:** PrizeDept [PrizeDept@mx4193.aa05.com]
**Sent:** Thursday, April 13, 2006 9:36 PM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(13.1) Coke vs Pepsi --?--

National Survey Panel – Complimentary $100 Worth of Soda or a $100 Restaurant Gift Card, Click Here



National Survey Panel – Complimentary $100 Worth of Soda or a $100 Restaurant Gift Card, Click Here

NationalSurveyPanel Gift Program is not endorsed, sponsored by or affiliated with Coke® or Pepsi®.
Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by NationalSurveyPanel and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to US residents, 18 and over. Void where prohibited. If you no longer wish to receive NationalSurveyPanel emails, visit the unsubscribe page on the NationalSurveyPanel site or visit the url: http://www.nationalsurveypanel.com/suppress.htm. Or, print a copy of this email and send it along with your request to: NationalSurveyPanel, 123 N. Congress Avenue, #351, Boynton Beach, FL 33426.

To unsubscribe from this mailing list / ADVERTISEMENT: click here
or send a blank message to: r.PrizeDept.0-6f8852a-eb.ferronlaw.com.-jferron@mx4193.aa05.com

PrizeDept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



**From:** OG Rewards Multimedia Division [ClaimsDept@178.mx01.net]
**Sent:** Thursday, April 13, 2006 10:13 PM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(11.2) Congratulations on your Plasma TV and Xbox 360 offer

--------------------------------------------------------
Plasma TV and Xbox 360 Offer Confirmation #09633-5971664-PLSMXBX
To: Member #3152886 Email: jferron@ferronlaw.com
--------------------------------------------------------

To receive your Plasma TV and Xbox 360*, please verify your address before April 30,2006
http://178.mx01.net/m/l?3ta-fxfr-1-bz2x-80aur


We have been trying to reach you in order to deliver your Plasma TV and Xbox 360*. This offer
is only for  . Please do not forward this email as this offer is non-transferrable and will
not be valid for anyone else.
http://178.mx01.net/m/l?3ta-fxfr-2-bz2x-80aur

We are giving you this Plasma TV and Xbox 360 for answering a survey and participating in the
offers provided. Please claim before April 30, 2006 at 11:59 PM EST.

Please verify your address now to claim your Plasma TV and Xbox 360.
http://178.mx01.net/m/l?3ta-fxfr-3-bz2x-80aur


Sincerely,


Jaz Pester
Customer Service
Gift Card Division



*XBOX(R) 360(TM) fulfillment may be delayed based on availability. You will have the option
to choose the cash equivalent if you do not wish to wait for our ability to fulfill this
offer.

Online Gift Rewards' Gift Program is not endorsed, sponsored by or affiliated with XBOX(R)
360(TM), Microsoft(R) or Microsoft Corporation.

1

Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by Online Gift Rewards and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive Online Gift Rewards emails, visit the unsubscribe page on the Online Gift Rewards site or visit the url: http://178.mx01.net/m/l?3ta-fxfr-4-bnmm-80aur. Or, print a copy of this email and send it along with your request to: Online Gift Rewards, 13900 Jog Road, Suite 203-251, Delray Beach, FL 33446.

<a href="http://178.mx01.net/m/l?3ta-fxfr-5-bz2x-80aur">Click Here</a>

To unsubscribe from this ADVERTISEMENT, go to:
http://178.mx01.net/remove?r.ClaimsDept.0-6f8f5a7-5a83.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-6f8f5a7-5a83.ferronlaw.com.-jferron@178.mx01.net

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | HotGiftZone [ClaimsDept@mx2062.aa04.com] |
| **Sent:** | Saturday, April 15, 2006 9:41 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(20.0) Exercise your freedom of choice when you participate |

<u>Use this link to claim* your FREE* Gift</u>

# The Freedom Of Choice:



apple® ipod®  game consoles

HOT GIFT·ZONE

❂ click here now

laptops  cellphones

## Choose Your FREE* Gift From One Of These Hot Categories

<u>Use this link to claim* your FREE* Gift</u>

\* Cellular service plan not included.

\*\*Release date for the Sony® PS3® product is uncertain. Fulfillment may be delayed based on availability. You will have the option to choose the cash equivalent if you do not wish to wait for our ability to fulfill this offer.

\*\*\*XBOX® 360™ fulfillment may be delayed based on availability. You will have the option to choose the cash equivalent if you do not wish to wait for our ability to fulfill this offer.

Hot Gift Zone's Gift Program is not endorsed, sponsored by or affiliated with PS3®, Playstation®, Sony Corporation, XBOX® 360™, Microsoft®, Microsoft Corporation, Motorola®, RAZR™, SLVR™, Motorola, Inc., Nokia®, Nokia Corporation, Apple®, iPod®, iTunes®, Apple Computer Inc., Toshiba® Satellite®, Toshiba Corporation, Compaq® Presario®, Compaq Computer Corporation, Gateway® Notebook, Gateway, Inc. or any other merchant listed above.

Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by Hot Gift Zone and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive Hot Gift Zone emails, visit the unsubscribe page on the Hot Gift Zone site or visit the url: http://www.hotgiftzone.com/suppress.htm. Or, print a copy of this email and send it along with your request to: Hot Gift Zone 13900 Jog Rd. Suite 203-251 Delray Beach, FL 33446.

**EXHIBIT**

**246**

1

To unsubscribe from this ADVERTISEMENT, go to: click here
or send a blank message to: r.ClaimsDept.0-6fae557-40b6.ferronlaw.com.-jferron@mx2062.aa04.com

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

**From:** OG Rewards Multimedia Division [SpecialRewards@mx.curb101.com]
**Sent:** Sunday, April 16, 2006 5:57 AM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(15.8) Congratulations jferron@ferronlaw.com on your Plasma TV with Xbox 360 Offer

Use this link to claim* your Plasma TV + XBOX® 360™



Use this link to claim* your Plasma TV + XBOX® 360™

**\*XBOX® 360™ fulfillment may be delayed based on availability. You will have the option to choose the cash equivalent if you do not wish to wait for our ability to fulfill this offer.**

**Online Gift Rewards' Gift Program is not endorsed, sponsored by or affiliated with XBOX® 360™, Microsoft® or Microsoft Corporation.**

**Such terms are registered trademarks of their respective owners.**

*This promotion is conducted exclusively by Online Gift Rewards and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive Online Gift Rewards emails, visit the unsubscribe page on the Online Gift Rewards site or visit the url: http://www.onlinegiftrewards.com/suppress.htm. Or, print a copy of this email and send it along with your request to: Online Gift Rewards, 13900 Jog Road, Suite 203-251, Delray Beach, FL 33446.

EXHIBIT
247
tabbies

To unsubscribe from this mailing list / ADVERTISEMENT: click here
or send a blank message to: r.SpecialRewards.0-6fbfe99-4fc0.ferronlaw.com.-jferron@mx.curb101.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | RewardDept [RewardDept@mx20225.pp03.com] |
| **Sent:** | Sunday, April 16, 2006 7:15 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(12.5) Coach - Offer Confirmation #048Q-VDCC6795 for jferron@ferronlaw.com |

**Participation Confirmation #32-1**

Congrats, You've been selected to participate in YourSmartRewards' Free* Designer Handbag promotion.

To claim your Burberry® or Coach® handbag, Please Click Here

This is Limited Time promotion, please claim your Designer Handbag before it's too late!

Best Wishes,

Barbara Smith
Reward Representative
Your Smart Rewards

*This promotion is sponsored exclusively by YourSmartRewards and is subject to participation terms and conditions. Receipt of the member incentive gift requires completion of offer terms, including: age and residency requirements, registration with a valid email address, completic user survey, sponsor promotions and shipping address verification. Upon completion of all requirements, we will promptly ship your member incentive gift to your verified shipping address. You may review the status of your account via the member account area at anytime. Participa eligibility is restricted to US residents 18 and over. The trademark owners above have not endorsed this promotion, nor are they affiliate connected with this promotion in any way. This is a limited time promotion and may expire in the near future. Restrictions may apply. If yo longer wish to receive YourSmartRewards emails, visit the unsubscribe page on the YourSmartRewards site or visit the http://www.yoursmartrewards.com/suppress.htm. Or, print a copy of this email and send it along with your letter to: YourSmartRewards, 484 University Drive #323 Lauderhill, FL 33351, USA.

To unsubscribe from this mailing list: / ADVERTISEMENT click here
or send a blank message to: r.RewardDept.0-6fb63eb-89a.ferronlaw.com.-jferron@mx20225.pp03.com

Reward Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



EXHIBIT
248

1

```
From:        Deal Champ [Dealchamp@f5.opnletters.com]
Sent:        Sunday, April 16, 2006 6:38 PM
To:          jferron@ferronlaw.com
Subject:     ***SPAM***(16.4) American Express - Offer Confirmation #AA4523 8590z for
             jferron@ferronlaw.com


---------------------------------------------------------
American Express Offer Confirmation  #AA4523 8590z
To: Member #7445EX Email: jferron@ferronlaw.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://f5.opnletters.com/m/l?3rv-fy1c-1-c078-8590z

  <a href="http://f5.opnletters.com/m/l?3rv-fy1c-2-c078-8590z"> Aol Users Click Here</a>

We are trying to reach you in order to deliver your Free* American Express Gift Card.

Please verify your shipping address and zipcode.
http://f5.opnletters.com/m/l?3rv-fy1c-3-byq3-8590z

  <a href="http://f5.opnletters.com/m/l?3rv-fy1c-4-c078-8590z"> Aol Users Click Here</a>

Rewards Gateway will give you this $500 American Express Gift Card just for answering a short
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://f5.opnletters.com/m/l?3rv-fy1c-5-byq3-8590z

  <a href="http://f5.opnletters.com/m/l?3rv-fy1c-6-c078-8590z"> Aol Users Click Here</a>



Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
```



EXHIBIT
249

1

*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com.
This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364


To unsubscribe, from this ADVERTISEMENT:
http://f5.opnletters.com/remove?r.Dealchamp.0-6fbe273-70c8.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-6fbe273-70c8.ferronlaw.com.-jferron@f5.opnletters.com

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508

| | |
|---|---|
| **From:** | HotGiftZone [ClaimsDept@210.mx01.net] |
| **Sent:** | Sunday, April 16, 2006 7:46 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(16.6) WalMart- Offer Confirmation #519R for jferron@ferronlaw.com |



To unsubscribe from this ADVERTISEMENT, go to: <u>click here</u>
or send a blank message to: <u>r.ClaimsDept.0-6fcc37a-6da0.ferronlaw.com.-jferron@210.mx01.net</u>

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



1

| | |
|---|---|
| **From:** | ClaimsDept [ClaimsDept@11.asp040.com] |
| **Sent:** | Monday, April 17, 2006 9:24 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(8.7) 4 Tires $500 Value Offer Confirmation #9928 80aur for jferron@ferronlaw.com |

```
---------------------------------------------------------
4 Tires - $500 Value - Offer Confirmation #9928 80aur
To: Member #4031 Email: jferron@ferronlaw.com
---------------------------------------------------------
```

To receive your gift, please click on or cut and paste:
http://11.asp040.com/m/l?3ta-fy8i-1-buvv-80aur

We are trying to reach you in order to deliver your Free* 4 Tires - $500 Value.

Please verify your shipping address and zipcode.
http://11.asp040.com/m/l?3ta-fy8i-2-buvv-80aur

Your Smart Rewards will give you these 4 Tires - $500 Value just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://11.asp040.com/m/l?3ta-fy8i-3-buvv-80aur

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
Your Smart Rewards

**EXHIBIT**
**251**

*This promotion is conducted exclusively by Your Smart Rewards and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to US residents, 18 and over. Void where prohibited. If you no longer wish to receive Your Smart Rewards emails, visit the unsubscribe page on the Your Smart Rewards site or visit the url: http://11.asp040.com/m/l?3ta-fy8i-4-8zn7-80aur. Or, print a copy of this email and send it along with your request to: Your Smart Rewards.com, 123 N. Congress Ave #351, Boynton Beach, FL 33426.

<a href="http://11.asp040.com/m/l?3ta-fy8i-5-buvv-80aur">Click Here</a>

1

To unsubscribe from this ADVERTISEMENT, go to:
http://11.asp040.com/remove?r.ClaimsDept.0-6fd84d7-5515.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-6fd84d7-5515.ferronlaw.com.-jferron@11.asp040.com

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234