| | |
|---|---|
| From: | Deal Champ [Dealchamp@19.mailmx01.com] |
| Sent: | Monday, April 17, 2006 10:24 AM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(10.4) WalMart- Offer Confirmation #547L-NBDY5742 for jferron@ferronlaw.com |

---

WalMart GiftCard OfferConfirmation #547L-NBDY5742
To: Member #5478 Email: jferron@ferronlaw.com

---

To receive your gift, please click on or cut and paste:
http://19.mailmx01.com/m/1?3rv-fy6j-1-b7cz-8590z

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://19.mailmx01.com/m/1?3rv-fy6j-2-b7cz-8590z

Rewards Gateway has for you this $500 WalMart Gift Card just for answering a short survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://19.mailmx01.com/m/1?3rv-fy6j-3-b7cz-8590z

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.

EXHIBIT 252

*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-

1

mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://19.mailmx01.com/remove?r.Dealchamp.0-6fd25ec-3c39.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-6fd25ec-3c39.ferronlaw.com.-jferron@19.mailmx01.com

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508