| | |
|---|---|
| **From:** | OG Rewards Multimedia Division [ClaimsDept@mx19216.dd02.com] |
| **Sent:** | Monday, April 17, 2006 10:53 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(8.0) Congratulations on your Plasma TV and Xbox 360 offer |

```
-----------------------------------------------------------
Plasma TV and Xbox 360 Offer Confirmation #09633-5971664-PLSMXBX
To: Member #3152886 Email: jferron@ferronlaw.com
-----------------------------------------------------------

To receive your Plasma TV and Xbox 360*, please verify your address before April 30,2006
http://mx19216.dd02.com/m/l?3ta-fymz-1-bz2x-80aur


We have been trying to reach you in order to deliver your Plasma TV and Xbox 360*. This offer
is only for  .  Please do not forward this email as this offer is non-transferrable and will
not be valid for anyone else.
http://mx19216.dd02.com/m/l?3ta-fymz-2-bz2x-80aur

We are giving you this Plasma TV and Xbox 360 for answering a survey and participating in the
offers provided. Please claim before April 30, 2006 at 11:59 PM EST.

Please verify your address now to claim your Plasma TV and Xbox 360.
http://mx19216.dd02.com/m/l?3ta-fymz-3-bz2x-80aur


Sincerely,


Jaz Pester
Customer Service
Gift Card Division
```

```
EXHIBIT
253
```

```
*XBOX(R) 360(TM) fulfillment may be delayed based on availability. You will have the option
to choose the cash equivalent if you do not wish to wait for our ability to fulfill this
offer.

Online Gift Rewards' Gift Program is not endorsed, sponsored by or affiliated with XBOX(R)
360(TM), Microsoft(R) or Microsoft Corporation.
```

Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by Online Gift Rewards and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive Online Gift Rewards emails, visit the unsubscribe page on the Online Gift Rewards site or visit the url: http://mx19216.dd02.com/m/l?3ta-fymz-4-bnmm-80aur. Or, print a copy of this email and send it along with your request to: Online Gift Rewards, 13900 Jog Road, Suite 203-251, Delray Beach, FL 33446.

<a href="http://mx19216.dd02.com/m/l?3ta-fymz-5-bz2x-80aur">Click Here</a>

To unsubscribe from this ADVERTISEMENT, go to:
http://mx19216.dd02.com/remove?r.ClaimsDept.0-6fe3bab-583f.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-6fe3bab-583f.ferronlaw.com.-jferron@mx19216.dd02.com

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

**From:** PrizeDept [PrizeDept@53.mailmx02.com]
**Sent:** Tuesday, April 18, 2006 5:44 AM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(15.5) Target GiftCard OfferConfirmation #TTG3454 9v7xv for jferron@ferronlaw.com



To unsubscribe from this mailing list / ADVERTISEMENT: click here
or send a blank message to: r.PrizeDept.0-6fe3119-452a.ferronlaw.com.-jferron@53.mailmx02.com

PrizeDept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



1

**From:** Deal Champ [Dealchamp@215.mx03.net]
**Sent:** Tuesday, April 18, 2006 1:15 AM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(13.2) Wal Greens - Offer Confirmation #854V-JDHE523 for jferron@ferronlaw.com

```
--------------------------------------------------------
Wal Greens GiftCard OfferConfirmation #854V-JDHE523
To: Member #5478 Email: jferron@ferronlaw.com
--------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://215.mx03.net/m/l?3rv-fyaw-1-b7cz-8590z

We have been trying to reach you in order to deliver your Free* Wal Greens Gift Card.

Please verify your shipping address and zipcode.
http://215.mx03.net/m/l?3rv-fyaw-2-b7cz-8590z

Rewards Gateway has for you this $500 Wal Greens Gift Card just for answering a short survey
and following instructions on our website.

Please visit our website and verify your zipcode:
http://215.mx03.net/m/l?3rv-fyaw-3-b7cz-8590z

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
```

EXHIBIT

*255*

```
*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
```

RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://215.mx03.net/remove?r.Dealchamp.0-6fdaf0b-35ae.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-6fdaf0b-35ae.ferronlaw.com.-jferron@215.mx03.net

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508

| | |
|---|---|
| **From:** | OnlineGiftRewards.com [ClaimsDept@143.opnletters.com] |
| **Sent:** | Tuesday, April 18, 2006 9:29 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(18.5) Alienware Laptop Offer Confirmation #917Q-MARAPR5581 for jferron@ferronlaw.com |

Click here to claim* your laptop



Click here to claim* your laptop

**Online Gift Rewards' Gift Program is not endorsed, sponsored by or affiliated with Alienware® or Alienware Corporation. Such terms are registered trademarks of their respective owners.**

*This promotion is conducted exclusively by Online Gift Rewards and is subject to participation terms and conditions. Receipt of your item requi compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact p number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your prov shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If yc longer wish to receive Online Gift Rewards emails, visit the unsubscribe page on the Online Gift Rewards site or visit the http://www.onlinegiftrewards.com/suppress.htm. Or, print a copy of this email and send it along with your request to: Online Gift Rewards, 13900 Road Suite 203-251, Delray Beach, FL 33446.

To unsubscribe from this ADVERTISEMENT, go to: click here
or send a blank message to: r.ClaimsDept.0-6fecbd1-5588.ferronlaw.com.-jferron@143.opnletters.com

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



EXHIBIT
256

| | |
|---|---|
| **From:** | Confirmation Dept. [confirm@invisideliver.com] |
| **Sent:** | Wednesday, April 19, 2006 12:32 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(14.8) WalMart- Offer Confirmation #232G for jferron@ferronlaw.com |

WalMart GiftCard OfferConfirmation #232G

To: Member #4031 Email: jferron@ferronlaw.com

To receive your gift, please click on or cut and paste this link
http://ekmas.com/ez/aalnopoorao/&dp=0&l=0&p=0

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.
Please verify your shipping address and zipcode. Here

E-Researchgroup has for you this $250.00 WalMart Gift Card just for answering a short survey and following
instructions on our Website


Thank you and ENJOY!

Sincerely,

Michael T.
Customer Service Rep.


**EXHIBIT**

**257**

\* This promotion is conducted exclusively by E-ResearchGroup com and is subject to participation terms and
conditions. Receipt of your item requires compliance with offer terms, including: age and residency
requirements; registration with valid e-mail address, shipping address and contact phone number; completion of
user survey and sponsor offers. Upon valid completion of all Program Requirements, we will ship your item to

your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited.

Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and companies) are the property of their respective owners, who have no association with and do not make any endorsement of the products or services provided by E-ResearchGroup com.

To unsubscribe from receiving future e-mails for this offer from e-ResearchGroup, send postal mail to:

DirectToConsumerInteractive com | 950 Walnut Bottom Road | Suite 15-212 | Carlisle, PA 17013

e-ResearchGroup is an independent rewards program for consumers and is not affiliate with, connected to, or sponsored by Wal-Mart Stores, Inc.

Wal-Mart is a registered service mark of Wal-Mart Stores, Inc.



This email is a commercial advertisement sent in compliance with the CANSPAM Act of 2004. We have no desire to send you information that is not wanted, therefore, if you wish to be excluded from future mailings, please use the link at the bottom of the page.

This is an email promotion being sent to you by invisideliver.com.
To stop all future mailings, FOLLOW THIS LINK or send your email address to:
Member Services
7500 W. Lake Mead Blvd. #9463



**From:** SpecialRewards [SpecialRewards@04.YOU2Q.COM]
**Sent:** Wednesday, April 19, 2006 2:31 PM
**To:** jferron@ferronlaw.com
**Subject:** ***SPAM***(12.5) John, Shoes Lacking Flair? Participate for a DSW(r) Gift Card

Click here to claim* your $100 in DSW® Gift Cards



Click here to claim* your $100 in DSW® Gift Cards

My Cool Rewards' Gift Program is not endorsed, sponsored by or affiliated with DSW®.
Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by My Cool Rewards and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid e-mail address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive My Cool Rewards e-mails, visit the unsubscribe page on the My Cool Rewards site or visit the url: http://www.mycoolrewards.com/supress.htm. Or, print a copy of this e-mail and send it along with your request to: My Cool Rewards, 123 N. Congress Ave. #351, Boynton Beach, FL 33426.

To unsubscribe from this mailing list / ADVERTISEMENT: click here
or send a blank message to: r.SpecialRewards.0-7006e2b-4d8d.ferronlaw.com.-jferron@04.YOU2Q.COM

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



EXHIBIT
258

From:      PrizeDept [PrizeDept@110.mx01.net]
Sent:      Wednesday, April 19, 2006 4:55 PM
To:        jferron@ferronlaw.com
Subject:   ***SPAM***(15.7) jferron@ferronlaw.com, Gateway- Delivery OfferConfirmation #048Q -
           9v7xv

------------------------------------------------------------
Gateway Laptop Computer OfferConfirmation #048Q - 9v7xv
To: Member #4031 Email: jferron@ferronlaw.com
------------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://110.mx01.net/m/l?3rw-fz60-1-bft1-9v7xv

We have been trying to reach you in order to deliver your Free* Laptop Computer.

Please verify your shipping address and zipcode.
http://110.mx01.net/m/l?3rw-fz60-2-bft1-9v7xv

Consumer Incentive Promotions has given you this Gateway or Toshiba Laptop Computer just for
answering a survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://110.mx01.net/m/l?3rw-fz60-3-bft1-9v7xv

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
Research Test Group

EXHIBIT
259

*ResearchTestGroup has selected FreeGift World as theprovider of the promotional gift card.
The listed merchants in no way endorse or sponser the activities of ResearchTestGroup or
FreeGiftWorld. Receipt of the gift card requires completion of new member promotion offer
terms, which include without limitation; age and residency requirements, registration with a
valid email address, completion of the required sponser offers and redemption certificate,
ongoing opt-in to email communications and shipping address verification. Upon completion of
these steps, FreeGiftWorld will ship your free gift to the verified address. the above

1

merchant names, designs, and related marks are registered trademarks of their respective owners.

This advertisement was sent to you by an affiliate of FreeGiftWorld. If you have any questions, you may contact us at: Attn: FreeGiftWorld com, 1894 Highway 50E, Suite #4, PMB 472, Carson City, NV 89701. If you wish to remove yourself from future FreeGiftWorld mailings please click here to here to go to the website and select the Unsubscribe link at the bottom of the page. If you wish to unsubscribe from future mailings from this email publisher please follow their listed instructions.

To unsubscribe, from this ADVERTISEMENT:
http://110.mx01.net/remove?r.PrizeDept.0-6ffe88d-1ffe.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.PrizeDept.0-6ffe88d-1ffe.ferronlaw.com.-jferron@110.mx01.net

PrizeDept
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

| | |
|---|---|
| **From:** | Online Gift Rewards [SpecialRewards@b2.opnletters.com] |
| **Sent:** | Wednesday, April 19, 2006 11:09 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(18.4) Congratulations on your Alienware Laptop offer jferron@ferronlaw.com |

Click here to claim* your laptop



Click here to claim* your laptop

**Online Gift Rewards' Gift Program is not endorsed, sponsored by or affiliated with Alienware® or Alienware Corporation. Such terms are registered trademarks of their respective owners.**

*This promotion is conducted exclusively by Online Gift Rewards and is subject to participation terms and conditions. Receipt of your item req compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact p number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your prov shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If yc longer wish to receive Online Gift Rewards emails, visit the unsubscribe page on the Online Gift Rewards site or visit the http://www.onlinegiftrewards.com/suppress.htm. Or, print a copy of this email and send it along with your request to: Online Gift Rewards, 1390C Road Suite 203-251, Delray Beach, FL 33446.

To unsubscribe from this mailing list / ADVERTISEMENT: click here
or send a blank message to: r.SpecialRewards.0-700e228-52f.ferronlaw.com.-jferron@b2.opnletters.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



EXHIBIT
260



| | |
|---|---|
| **From:** | PrizeDept [PrizeDept@52.asp020.com] |
| **Sent:** | Thursday, April 20, 2006 8:37 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(14.7) jferron@ferronlaw.com, Plasma Tv & Xbox 360 - Delivery OfferConfirmation #048Q - 9v7xv |

```
-----------------------------------------------------------
Plasma Tv & Xbox 360 OfferConfirmation #048Q - 9v7xv
To: Member #4031 Email: jferron@ferronlaw.com
-----------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://52.asp020.com/m/l?3rw-fzl5-1-byxq-9v7xv

<a href="http://52.asp020.com/m/l?3rw-fzl5-2-byxq-9v7xv">Aol Users Click Here</a>

We have been trying to reach you in order to deliver your Free* Plasma Tv & Xbox 360.

Please verify your shipping address and zipcode.
http://52.asp020.com/m/l?3rw-fzl5-3-byxq-9v7xv

<a href="http://52.asp020.com/m/l?3rw-fzl5-4-byxq-9v7xv">Aol Users Click Here</a>

Consumer Incentive Promotions has given you this Plasma Tv & Xbox 360 just for answering a
survey and participating in the offers on our website.

Please visit our website and verify your zipcode:
http://52.asp020.com/m/l?3rw-fzl5-5-byxq-9v7xv

<a href="http://52.asp020.com/m/l?3rw-fzl5-6-byxq-9v7xv">Aol Users Click Here</a>

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
Research Test Group
```

EXHIBIT
261

1

*ResearchTestGroup has selected FreeGift World as theprovider of the promotional gift card. The listed merchants in no way endorse or sponser the activities of ResearchTestGroup or FreeGiftWorld. Receipt of the gift card requires completion of new member promotion offer terms, which include without limitation; age and residency requirements, registration with a valid email address, completion of the required sponser offers and redemption certificate, ongoing opt-in to email communications and shipping address verification. Upon completion of these steps, FreeGiftWorld will ship your free gift to the verified address. the above merchant names, designs, and related marks are registered trademarks of their respective owners.

This advertisement was sent to you by an affiliate of FreeGiftWorld. If you have any questions, you may contact us at: Attn: FreeGiftWorld com, 1894 Highway 50E, Suite #4, PMB 472, Carson City, NV 89701. If you wish to remove yourself from future FreeGiftWorld mailings please click here to here to go to the website and select the Unsubscribe link at the bottom of the page. If you wish to unsubscribe from future mailings from this email publisher please follow their listed instructions.

To unsubscribe, from this ADVERTISEMENT:
http://52.asp020.com/remove?r.PrizeDept.0-700fe49-4137.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.PrizeDept.0-700fe49-4137.ferronlaw.com.-jferron@52.asp020.com

PrizeDept
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

**From:**      PrizeDept [PrizeDept@mx17148.aa03.com]
**Sent:**      Thursday, April 20, 2006 8:06 PM
**To:**      jferron@ferronlaw.com
**Subject:**      ***SPAM***(13.6) jferron@ferronlaw.com, Costco - Delivery OfferConfirmation #78QB - 9v7xv

```
------------------------------------------------------------
Costco Gift Gift Card OfferConfirmation #78QB - 9v7xv
To: Member #4031 Email: jferron@ferronlaw.com
------------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://mx17148.aa03.com/m/l?3rw-fzoz-1-byxw-9v7xv

<a href="http://mx17148.aa03.com/m/l?3rw-fzoz-2-byxw-9v7xv">Aol Users Click Here</a>

We have been trying to reach you in order to deliver your Free* $500 Costco Gift Card.

Please verify your shipping address and zipcode.
http://mx17148.aa03.com/m/l?3rw-fzoz-3-byxw-9v7xv

<a href="http://mx17148.aa03.com/m/l?3rw-fzoz-4-byxw-9v7xv">Aol Users Click Here</a>

Consumer Incentive Promotions has given you this Free* $500 Costco Gift Card just for
answering a survey and by participating in the offers on our website.

Please visit our website and verify your zipcode:
http://mx17148.aa03.com/m/l?3rw-fzoz-5-byxw-9v7xv

<a href="http://mx17148.aa03.com/m/l?3rw-fzoz-6-byxw-9v7xv">Aol Users Click Here</a>

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
Research Test Group
```

EXHIBIT
262

```
*ResearchTestGroup has selected FreeGift World as theprovider of the promotional gift card.
The listed merchants in no way endorse or sponser the activities of ResearchTestGroup or
```

FreeGiftWorld. Receipt of the gift card requires completion of new member promotion offer terms, which include without limitation; age and residency requirements, registration with a valid email address, completion of the required sponser offers and redemption certificate, ongoing opt-in to email communications and shipping address verification. Upon completion of these steps, FreeGiftWorld will ship your free gift to the verified address. the above merchant names, designs, and related marks are registered trademarks of their respective owners.

This advertisement was sent to you by an affiliate of FreeGiftWorld. If you have any questions, you may contact us at: Attn: FreeGiftWorld com, 1894 Highway 50E, Suite #4, PMB 472, Carson City, NV 89701. If you wish to remove yourself from future FreeGiftWorld mailings please click here to here to go to the website and select the Unsubscribe link at the bottom of the page. If you wish to unsubscribe from future mailings from this email publisher please follow their listed instructions.

To unsubscribe, from this ADVERTISEMENT:
http://mx17148.aa03.com/remove?r.PrizeDept.0-70198fe-10c3.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.PrizeDept.0-70198fe-10c3.ferronlaw.com.-jferron@mx17148.aa03.com

PrizeDept
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

2

| | |
|---|---|
| **From:** | HotGiftZone [SpecialRewards@mx1968.hh02.com] |
| **Sent:** | Thursday, April 20, 2006 6:29 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(20.0) Exercise your freedom of choice John |

Use this link to claim* your FREE* Gift





Use this link to claim* your FREE* Gift

\* Cellular service plan not included.

\*\*Release date for the Sony® PS3® product is uncertain. Fulfillment may be delayed based on availability. You will have the option to choose the cash equivalent if you do not wish to wait for our ability to fulfill this offer.

\*\*\*XBOX® 360™ fulfillment may be delayed based on availability. You will have the option to choose the cash equivalent if you do not wish to wait for our ability to fulfill this offer.

Hot Gift Zone's Gift Program is not endorsed, sponsored by or affiliated with PS3®, Playstation®, Sony Corporation, XBOX® 360™, Microsoft®, Microsoft Corporation, Motorola®, RAZR™, SLVR™, Motorola, Inc., Nokia®, Nokia Corporation, Apple®, iPod®, iTunes®, Apple Computer Inc., Toshiba® Satellite®, Toshiba Corporation, Compaq® Presario®, Compaq Computer Corporation, Gateway® Notebook, Gateway, Inc. or any other merchant listed above.

Such terms are registered trademarks of their respective owners.

\*This promotion is conducted exclusively by Hot Gift Zone and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive Hot Gift Zone emails, visit the unsubscribe page on the Hot Gift Zone site or visit the url: http://www.hotgiftzone.com/suppress.htm. Or, print a copy of this email and send it along with your request to: Hot Gift Zone 13900 Jog Rd. Suite 203-251 Delray Beach, FL 33446.

1

**EXHIBIT**

263

To unsubscribe from this mailing list / ADVERTISEMENT: click here
or send a blank message to: r.SpecialRewards.0-701fb66-1f36.ferronlaw.com.-jferron@mx1968.hh02.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | RewardDept [RewardDept@j1.opnletters.com] |
| **Sent:** | Friday, April 21, 2006 3:31 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(17.2) WalMart- Offer Confirmation #239R-VDEC5736 for jferron@ferronlaw.com |

```
-------------------------------------------------------
WalMart GiftCard OfferConfirmation #239R-VDEC5736
To: Member #4031 Email: jferron@ferronlaw.com
-------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://j1.opnletters.com/m/l?3tb-fzs8-1-b6z3-azskz

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://j1.opnletters.com/m/l?3tb-fzs8-2-b6z3-azskz

e-ResearchGroup has for you this $500 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://j1.opnletters.com/m/l?3tb-fzs8-3-b6z3-azskz

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
e-ResearchGroup
```



EXHIBIT
264

```
* This promotion is conducted exclusively by E-ResearchGroup.com and is subject to
participation terms and conditions. Receipt of your item requires compliance with offer
terms, including: age and residency requirements; registration with valid e-mail address,
shipping address and contact phone number; completion of user survey and sponsor offers. Upon
valid completion of all Program Requirements, we will ship your item to your provided
shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S
. residents, 18 and over. Void where prohibited.

Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and companies) are the property of their respective owners, who
```

1

have no association with and do not make any endorsement of the products or services provided by E-ResearchGroup.com.

To unsubscribe from receiving future e-mails for this offer from e-ResearchGroup, click the link below.

http://j1.opnletters.com/m/l?3tb-fzs8-4-beth-azskz

DirectToConsumerInteractive.com | 950 Walnut Bottom Road | Suite 15-212 | Carlisle, PA 17013

e-ResearchGroup is an independent rewards program for consumers and is not affiliate with, connected to, or sponsored by Wal-Mart Stores, Inc.

Wal-Mart is a registered service mark of Wal-Mart Stores, Inc.

To unsubscribe, from this ADVERTISEMENT:
http://j1.opnletters.com/remove?r.RewardDept.0-701bfa4-29f5.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-701bfa4-29f5.ferronlaw.com.-jferron@j1.opnletters.com

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

| | |
|---|---|
| **From:** | HotGiftZone [ClaimsDept@mx4197.pp03.com] |
| **Sent:** | Friday, April 21, 2006 10:55 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(14.8) , Is your television everything you want it to be? |



To unsubscribe from this ADVERTISEMENT, go to: <u>click here</u>
or send a blank message to: <u>r.ClaimsDept.0-7038530-62ee.ferronlaw.com.-jferron@mx4197.pp03.com</u>

<div align="center">

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

</div>



1

| | |
|---|---|
| **From:** | HotGiftZone [ClaimsDept@mx2048.rr03.com] |
| **Sent:** | Saturday, April 22, 2006 9:59 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(20.0) Exercise your freedom of choice |

Use this link to claim* your FREE* Gift





Use this link to claim* your FREE* Gift

\* Cellular service plan not included.

\*\*Release date for the Sony® PS3® product is uncertain. Fulfillment may be delayed based on availability. You will have the option to choose the cash equivalent if you do not wish to wait for our ability to fulfill this offer.

\*\*\*XBOX® 360™ fulfillment may be delayed based on availability. You will have the option to choose the cash equivalent if you do not wish to wait for our ability to fulfill this offer.

Hot Gift Zone's Gift Program is not endorsed, sponsored by or affiliated with PS3®, Playstation®, Sony Corporation, XBOX® 360™, Microsoft®, Microsoft Corporation, Motorola®, RAZR™, SLVR™, Motorola, Inc., Nokia®, Nokia Corporation, Apple®, iPod®, iTunes®, Apple Computer Inc., Toshiba® Satellite®, Toshiba Corporation, Compaq® Presario®, Compaq Computer Corporation, Gateway® Notebook, Gateway, Inc. or any other merchant listed above.

Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by Hot Gift Zone and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive Hot Gift Zone emails, visit the unsubscribe page on the Hot Gift Zone site or visit the url: http://www.hotgiftzone.com/suppress.htm. Or, print a copy of this email and send it along with your request to: Hot Gift Zone 13900 Jog Rd. Suite 203-251 Delray Beach, FL 33446.

**EXHIBIT**
**266**

1

To unsubscribe from this ADVERTISEMENT, go to: click here
or send a blank message to: r.ClaimsDept.0-7041fe2-1ea0.ferronlaw.com.-jferron@mx2048.rr03.com

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| From: | OG Rewards Multimedia Division [SpecialRewards@223.mx01.net] |
|---|---|
| Sent: | Sunday, April 23, 2006 5:19 AM |
| To: | jferron@ferronlaw.com |
| Subject: | ***SPAM***(16.9) Congratulations jferron@ferronlaw.com on your Plasma TV with Xbox 360 Offer |

Use this link to claim* your Plasma TV + XBOX® 360™



Use this link to claim* your Plasma TV + XBOX® 360™

**\*XBOX® 360™ fulfillment may be delayed based on availability. You will have the option to choose the cash equivalent if you do not wish to wait for our ability to fulfill this offer.**

**Online Gift Rewards' Gift Program is not endorsed, sponsored by or affiliated with XBOX® 360™, Microsoft® or Microsoft Corporation.**

**Such terms are registered trademarks of their respective owners.**

\*This promotion is conducted exclusively by Online Gift Rewards and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive Online Gift Rewards emails, visit the unsubscribe page on the Online Gift Rewards site or visit the url: http://www.onlinegiftrewards.com/suppress.htm. Or, print a copy of this email and send it along with your request to: Online Gift Rewards, 13900 Jog Road, Suite 203-251, Delray Beach, FL 33446.

EXHIBIT
267

To unsubscribe from this mailing list / ADVERTISEMENT: click here
or send a blank message to: r.SpecialRewards.0-705391e-22b0.ferronlaw.com.-jferron@223.mx01.net

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | Deal Champ [Dealchamp@h4.opnletters.com] |
| **Sent:** | Sunday, April 23, 2006 11:30 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | ***SPAM***(16.4) American Express - Offer Confirmation #AA4523 8590z for jferron@ferronlaw.com |

```
------------------------------------------------------
American Express Offer Confirmation  #AA4523 8590z
To: Member #7445EX Email: jferron@ferronlaw.com
------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://h4.opnletters.com/m/l?3rv-g0qo-1-c078-8590z

<a href="http://h4.opnletters.com/m/l?3rv-g0qo-2-c078-8590z"> Aol Users Click Here</a>

We are trying to reach you in order to deliver your Free* American Express Gift Card.

Please verify your shipping address and zipcode.
http://h4.opnletters.com/m/l?3rv-g0qo-3-byq3-8590z

<a href="http://h4.opnletters.com/m/l?3rv-g0qo-4-c078-8590z"> Aol Users Click Here</a>

Rewards Gateway will give you this $500 American Express Gift Card just for answering a short
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://h4.opnletters.com/m/l?3rv-g0qo-5-byq3-8590z

<a href="http://h4.opnletters.com/m/l?3rv-g0qo-6-c078-8590z"> Aol Users Click Here</a>


Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
```

EXHIBIT
268

*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com.
This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364


To unsubscribe, from this ADVERTISEMENT:
http://h4.opnletters.com/remove?r.Dealchamp.0-7050ee5-af.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-7050ee5-af.ferronlaw.com.-jferron@h4.opnletters.com

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508