| | |
|---|---|
| **From:** | RewardDept [RewardDept@mx1831.ss03.com] |
| **Sent:** | Sunday, April 30, 2006 2:22 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | Coach - Offer Confirmation #048Q-VDCC6795 for jferron@ferronlaw.com |

**Participation Confirmation #32-1**

**Congrats, You've been selected to participate in YourSmartRewards' Free\* Designer Handbag promotion.**

To claim your Burberry® or Coach® handbag, <u>Please Click Here</u>

This is Limited Time promotion, please claim your Designer Handbag before it's too late!

Best Wishes,

Barbara Smith
Reward Representative
Your Smart Rewards

---

\*This promotion is sponsored exclusively by YourSmartRewards and is subject to participation terms and conditions. Receipt of the member incentive gift requires completion of offer terms, including: age and residency requirements, registration with a valid email address, completion user survey, sponsor promotions and shipping address verification. Upon completion of all requirements, we will promptly ship your member incentive gift to your verified shipping address. You may review the status of your account via the member account area at anytime. Participe eligibility is restricted to US residents 18 and over. The trademark owners above have not endorsed this promotion, nor are they affiliate connected with this promotion in any way. This is a limited time promotion and may expire in the near future. Restrictions may apply. If yo longer wish to receive YourSmartRewards emails, visit the unsubscribe page on the YourSmartRewards site or visit the http://www.yoursmartrewards.com/suppress.htm. Or, print a copy of this email and send it along with your letter to: YourSmartRewards, 484 University Drive #323 Lauderhill, FL 33351, USA.

To unsubscribe from this mailing list: / ADVERTISEMENT <u>click here</u>
or send a blank message to: <u>r.RewardDept.0-70dd8ef-4eac.ferronlaw.com.-jferron@mx1831.ss03.com</u>

<div align="center">

Reward Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

</div>



**From:** Deal Champ [Dealchamp@05.mailmx01.com]
**Sent:** Sunday, April 30, 2006 5:21 AM
**To:** jferron@ferronlaw.com
**Subject:** American Express - Offer Confirmation #AA4523 8590z for jferron@ferronlaw.com

```
------------------------------------------------------------
American Express Offer Confirmation  #AA4523 8590z
To: Member #7445EX Email: jferron@ferronlaw.com
------------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://05.mailmx01.com/m/l?3rv-g3ge-1-c078-8590z

<a href="http://05.mailmx01.com/m/l?3rv-g3ge-2-c078-8590z"> Aol Users Click Here</a>

We are trying to reach you in order to deliver your Free* American Express Gift Card.

Please verify your shipping address and zipcode.
http://05.mailmx01.com/m/l?3rv-g3ge-3-byq3-8590z

<a href="http://05.mailmx01.com/m/l?3rv-g3ge-4-c078-8590z"> Aol Users Click Here</a>

Rewards Gateway will give you this $500 American Express Gift Card just for answering a short
survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://05.mailmx01.com/m/l?3rv-g3ge-5-byq3-8590z

 <a href="http://05.mailmx01.com/m/l?3rv-g3ge-6-c078-8590z"> Aol Users Click Here</a>


Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
```



EXHIBIT
289

1

*Notice: To claim your reward you must participate in our program and meet all of the offer eligibility requirements as outlined in the Terms & Conditions (you may view our Terms & Conditions on the RewardsGateway com site) before you can receive your FREE reward. Eligibility requirements include signing up for at least two Silver, Gold and Platinum offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent rewards program and is not affiliated with any of the listed products or retailers. Trademarks, service marks, logos, and/or domain names (including, without limitation, the individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com.
This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364


To unsubscribe, from this ADVERTISEMENT:
http://05.mailmx01.com/remove?r.Dealchamp.0-70e4969-2b1f.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-70e4969-2b1f.ferronlaw.com.-jferron@05.mailmx01.com

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508

**From:** OG Rewards Multimedia Division [SpecialRewards@mx20242.dd03.com]
**Sent:** Sunday, April 30, 2006 5:25 AM
**To:** jferron@ferronlaw.com
**Subject:** Congratulations jferron@ferronlaw.com on your Plasma TV with Xbox 360 Offer

Use this link to claim* your Plasma TV + XBOX® 360™



Use this link to claim* your Plasma TV + XBOX® 360™

*XBOX® 360™ fulfillment may be delayed based on availability. You will have the option to choose the cash equivalent if you do not wish to wait for our ability to fulfill this offer.

Online Gift Rewards' Gift Program is not endorsed, sponsored by or affiliated with XBOX® 360™, Microsoft® or Microsoft Corporation.

Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by Online Gift Rewards and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive Online Gift Rewards emails, visit the unsubscribe page on the Online Gift Rewards site or visit the url: http://www.onlinegiftrewards.com/suppress.htm. Or, print a copy of this email and send it along with your request to: Online Gift Rewards, 13900 Jog Road, Suite 203-251, Delray Beach, FL 33446.

To unsubscribe from this mailing list / ADVERTISEMENT: click here
or send a blank message to: r.SpecialRewards.0-70e7725-4917.ferronlaw.com.-jferron@mx20242.dd03.com

1



EXHIBIT
290

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

| | |
|---|---|
| **From:** | PrizeDept [PrizeDept@a2.opnletters.com] |
| **Sent:** | Sunday, April 30, 2006 11:59 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | Congratulations John on your Sony 42" Widescreen Plasma TV offer |

```
<a href="http://a2.opnletters.com/m/l?3rw-g3ha-1-c6lg-9v7xv"><img
src="http://a2.opnletters.com/m/l?3rw-g3ha-2-c6lh-9v7xv" alt="" border="0"></a> To
unsubscribe, from this ADVERTISEMENT:
http://a2.opnletters.com/remove?r.PrizeDept.0-70e81aa-7214.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.PrizeDept.0-70e81aa-7214.ferronlaw.com.-jferron@a2.opnletters.com

PrizeDept
1333 W. 120th Ave Suite 101
Westminster Colorado 80234
```



| | |
|---|---|
| From: | Deal Champ [Dealchamp@006.mx02.net] |
| Sent: | Monday, May 01, 2006 4:31 AM |
| To: | jferron@ferronlaw.com |
| Subject: | WalMart- Offer Confirmation #547L-NBDY5742 for jferron@ferronlaw.com |

```
---------------------------------------------------------
WalMart GiftCard OfferConfirmation #547L-NBDY5742
To: Member #5478 Email: jferron@ferronlaw.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://006.mx02.net/m/l?3rv-g3mr-1-b7cz-8590z

<a href="http://006.mx02.net/m/l?3rv-g3mr-2-b7cz-8590z">Aol Users Click Here</a>

We have been trying to reach you in order to deliver your Free WalMart Gift Card. (See Terms
Below)

Please verify your shipping address and zipcode.
http://006.mx02.net/m/l?3rv-g3mr-3-b7cz-8590z

Rewards Gateway has for you this $500 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://006.mx02.net/m/l?3rv-g3mr-4-b7cz-8590z

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
```

EXHIBIT
292

```
*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
```

1

individual names of products and retailers) are the property of their respective owners, who have no association with or make any endorsement of the products or services provided by RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://006.mx02.net/remove?r.Dealchamp.0-70f9aee-54c6.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-70f9aee-54c6.ferronlaw.com.-jferron@006.mx02.net

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508

From: ClaimsDept [ClaimsDept@164.mx03.net]
Sent: Monday, May 01, 2006 9:25 AM
To: jferron@ferronlaw.com
Subject: 4 Tires $500 Value Offer Confirmation #9928 80aur for jferron@ferronlaw.com

------------------------------------------------------
4 Tires - $500 Value - Offer Confirmation #9928 80aur
To: Member #4031 Email: jferron@ferronlaw.com
------------------------------------------------------

To receive your tires, please click on or cut and paste: (See important information below)
http://164.mx03.net/m/l?3ta-g3o9-1-buvv-80aur

We are trying to reach you in order to deliver your Free* 4 Tires - $500 Value. Please verify
your shipping address and zipcode. (See important information below)
http://164.mx03.net/m/l?3ta-g3o9-2-buvv-80aur

Your Smart Rewards will give you these 4 Tires - $500 Value just for answering a short survey
and participating in the offers on our website. (See important information below)
http://164.mx03.net/m/l?3ta-g3o9-3-buvv-80aur

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
Your Smart Rewards


*This promotion is conducted exclusively by Your Smart Rewards and is subject to
participation terms and conditions. Receipt of your item requires compliance with offer
terms, including: age and residency requirements; registration with valid email address,
shipping address and contact phone number; completion of user survey and sponsor promotions.
Upon valid completion of all requirements, we will ship your item to your provided shipping
address. Unless otherwise indicated, participation eligibility is restricted to US
residents, 18 and over. Void where prohibited. If you no longer wish to receive Your Smart
Rewards emails, visit the unsubscribe page on the Your Smart Rewards site or visit the url:
http://164.mx03.net/m/l?3ta-g3o9-4-8zn7-80aur. Or, print a copy of this email and send it
along with your request to: Your Smart Rewards.com, 123 N. Congress Ave #351, Boynton Beach,
FL 33426.

<a href="http://164.mx03.net/m/l?3ta-g3o9-5-buvv-80aur">Click Here</a>

To unsubscribe from this ADVERTISEMENT, go to:
http://164.mx03.net/remove?r.ClaimsDept.0-70ff659-665b.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.ClaimsDept.0-70ff659-665b.ferronlaw.com.-jferron@164.mx03.net

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



1

| | |
|---|---|
| **From:** | PrizeDept [PrizeDept@062.mx01.net] |
| **Sent:** | Tuesday, May 02, 2006 2:11 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | Target GiftCard OfferConfirmation #TTG3454 9v7xv for jferron@ferronlaw.com |



To unsubscribe from this mailing list / ADVERTISEMENT: <u>click here</u>
or send a blank message to: <u>r.PrizeDept.0-710a615-102b.ferronlaw.com.-jferron@062.mx01.net</u>

<div align="center">

PrizeDept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234

</div>





1

**From:** Deal Champ [Dealchamp@c4.opnletters.com]
**Sent:** Tuesday, May 02, 2006 8:25 AM
**To:** jferron@ferronlaw.com
**Subject:** Wal Greens - Offer Confirmation #854V-JDHE523 for jferron@ferronlaw.com

---

```
---------------------------------------------------------
Wal Greens GiftCard OfferConfirmation #854V-JDHE523
To: Member #5478 Email: jferron@ferronlaw.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://c4.opnletters.com/m/l?3rv-g3gh-1-b7cz-8590z

<a href="http://c4.opnletters.com/m/l?3rv-g3gh-2-b7cz-8590z">Aol Users Click Here</a>

We have been trying to reach you in order to deliver your Free* Wal Greens Gift Card.

Please verify your shipping address and zipcode.
http://c4.opnletters.com/m/l?3rv-g3gh-3-b7cz-8590z

Rewards Gateway has for you this $500 Wal Greens Gift Card just for answering a short survey
and following instructions on our website.

Please visit our website and verify your zipcode:
http://c4.opnletters.com/m/l?3rv-g3gh-4-b7cz-8590z

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
```



EXHIBIT
295

```
*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
```

1

have no association with or make any endorsement of the products or services provided by
RewardsGateway com. This is a Rewards Gateway e-mail message. If you prefer not to receive e-
mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258
Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://c4.opnletters.com/remove?r.Dealchamp.0-7102406-9f6.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.Dealchamp.0-7102406-9f6.ferronlaw.com.-jferron@c4.opnletters.com

Dealchamp - Advertisements
707 W. 38th St. #103
Erie, PA 16508

| | |
|---|---|
| **From:** | OnlineGiftRewards.com [ClaimsDept@16.asp010.com] |
| **Sent:** | Tuesday, May 02, 2006 9:16 AM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | Alienware Laptop Offer Confirmation #917Q-MARAPR5581 for jferron@ferronlaw.com |

Click here to claim* your laptop



Click here to claim* your laptop

**Online Gift Rewards' Gift Program is not endorsed, sponsored by or affiliated with Alienware® or Alienware Corporation. Such terms are registered trademarks of their respective owners.**

*This promotion is conducted exclusively by Online Gift Rewards and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive Online Gift Rewards emails, visit the unsubscribe page on the Online Gift Rewards site or visit the http://www.onlinegiftrewards.com/suppress.htm. Or, print a copy of this email and send it along with your request to: Online Gift Rewards, 13900 Road Suite 203-251, Delray Beach, FL 33446.

To unsubscribe from this ADVERTISEMENT, go to: click here
or send a blank message to: r.ClaimsDept.0-711444d-3316.ferronlaw.com.-jferron@16.asp010.com

Claims Dept
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



1

| | |
|---|---|
| **From:** | RewardDept [RewardDept@d4.opnletters.com] |
| **Sent:** | Tuesday, May 02, 2006 6:35 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | Circuit City - Offer Confirmation #7842M-454784 for jferron@ferronlaw.com |

------------------------------------------------------------

Circuit City Offer Confirmation #7842M-454784
To: Member #4031 Email: jferron@ferronlaw.com
------------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://d4.opnletters.com/m/l?3tb-g44x-1-axeg-azskz

We are trying to reach you in order to deliver your Free* $500 Circuit City Gift Card.

Please verify your shipping address and zipcode.
http://d4.opnletters.com/m/l?3tb-g44x-2-axeg-azskz

Premium Products Online has given you this $500 Circuit City Gift Card just for answering a survey and following instructions on our website.

Please visit our website and verify your zipcode:
http://d4.opnletters.com/m/l?3tb-g44x-3-axeg-azskz

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep

EXHIBIT
297

*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who

1

have no association with or make any endorsement of the products or services provided by
RewardsGateway com.
This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards
Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA
91364 To unsubscribe, from this ADVERTISEMENT:
http://d4.opnletters.com/remove?r.RewardDept.0-71132bb-21.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-71132bb-21.ferronlaw.com.-jferron@d4.opnletters.com

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

| | |
|---|---|
| **From:** | SpecialRewards [SpecialRewards@219.mx02.net] |
| **Sent:** | Wednesday, May 03, 2006 1:34 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | John, Shoes Lacking Flair? Participate for a DSW(r) Gift Card |

<u>Click here to claim\* your $100 in DSW® Gift Cards</u>



<u>Click here to claim\* your $100 in DSW® Gift Cards</u>

My Cool Rewards' Gift Program is not endorsed, sponsored by or affiliated with DSW®.
Such terms are registered trademarks of their respective owners.

\*This promotion is conducted exclusively by My Cool Rewards and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid e-mail address, shipping address and contact phone number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your provided shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If you no longer wish to receive My Cool Rewards e-mails, visit the unsubscribe page on the My Cool Rewards site or visit the url: http://www.mycoolrewards.com/supress.htm. Or, print a copy of this e-mail and send it along with your request to: My Cool Rewards, 123 N. Congress Ave. #351, Boynton Beach, FL 33426.

To unsubscribe from this mailing list / ADVERTISEMENT: <u>click here</u>
or send a blank message to: <u>r.SpecialRewards.0-712dc1f-3f7e.ferronlaw.com.-jferron@219.mx02.net</u>

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



EXHIBIT
298

1

| | |
|---|---|
| From: | PrizeDept [PrizeDept@215.mx02.net] |
| Sent: | Wednesday, May 03, 2006 8:18 PM |
| To: | jferron@ferronlaw.ccm |
| Subject: | jferron@ferronlaw.ccm, Plasma Tv & Xbox 360 - Delivery OfferConfirmation #048Q - 9v7xv |

---------------------------------------------------------
Plasma Tv & Xbox 360 OfferConfirmation #048Q - 9v7xv
To: Member #4031 Email: jferron@ferronlaw.com
---------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://215.mx02.net/l?3rw-g4xt-1-byxq-9v7xv

<a href="http://215.mx02.net/m/l?3rw-g4xt-2-byxq-9v7xv">Aol Users Click Here</a>

We have been trying to reach you in order to deliver your Free* Plasma Tv & Xbox 360.

Please verify your shipping address and zipcode.
http://215.mx02.net/m/l?3rw-g4xt-3-byxq-9v7xv

<a href="http://215.mx02.net/m/l?3rw-g4xt-4-byxq-9v7xv">Aol Users Click Here</a>

Consumer Incentive Promotions has given you this Plasma Tv & Xbox 360 just for answering a survey and participating in the offers on our website.

Please visit our website and verify your zipcode:
http://215.mx02.net/m/l?3rw-g4xt-5-byxq-9v7xv

<a href="http://215.mx02.net/m/l?3rw-g4xt-6-byxq-9v7xv">Aol Users Click Here</a>

Thank you and ENJOY!

Sincerely,

Jaz Pester
Customer Service Rep.
Research Test Group



EXHIBIT
299

*ResearchTestGroup has selected FreeGift World as theprovider of the promotional gift card.
The listed merchants in no way endorse or sponser the activities of ResearchTestGroup or

FreeGiftWorld. Receipt of the gift card requires completion of new member promotion offer terms, which include without limitation; age and residency requirements, registration with a valid email address, completion of the required sponser offers and redemption certificate, ongoing opt-in to email communications and shipping address verification. Upon completion of these steps, FreeGiftWorld will ship your free gift to the verified address. the above merchant names, designs, and related marks are registered trademarks of their respective owners.

This advertisement was sent to you by an affiliate of FreeGiftWorld. If you have any questions, you may contact us at: Attn: FreeGiftWorld com, 1894 Highway 50E, Suite #4, PMB 472, Carson City, NV 89701. If you wish to remove yourself from future FreeGiftWorld mailings please click here to here to go to the website and select the Unsubscribe link at the bottom of the page. If you wish to unsubscribe from future mailings from this email publisher please follow their listed instructions.

To unsubscribe, from this ADVERTISEMENT:
http://215.mx02.net/remove?r.PrizeDept.0-71310d4-41bd.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.PrizeDept.0-71310d4-41bd.ferronlaw.com.-jferron@215.mx02.net

PrizeDept
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

| From: | RewardDept [RewardDept@a.opnletters.com] |
|---|---|
| Sent: | Wednesday, May 03, 2006 9:21 PM |
| To: | jferron@ferronlaw.com |
| Subject: | Kmart - Offer Confirmation #874S azskz for jferron@ferronlaw.com |

--------------------------------------------------------

Kmart GiftCard OfferConfirmation #874S azskz
To: Member #4031 Email: jferron@ferronlaw.com
--------------------------------------------------------

http://a.opnletters.com/m/l?3tb-g4ub-1-axeb-azskz
To receive your gift, please click on or cut and paste

We have been trying to reach you in order to deliver your Free* Kmart Gift Card.

http://a.opnletters.com/m/l?3tb-g4ub-2-axeb-azskz
Please verify your shipping address and zipcode.

Exclusive Rewards has given you this $100 Kmart Gift Card just for answering a survey and
following instructions on our website.

http://a.opnletters.com/m/l?3tb-g4ub-3-axeb-azskz
Please visit our website and verify your zipcode:

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
Exclusive Rewards



EXHIBIT
300

*Notice: To claim your reward you must participate in our program and meet all of the offer
eligibility requirements as outlined in the Terms & Conditions (you may view our Terms &
Conditions on the RewardsGateway com site) before you can receive your FREE reward.
Eligibility requirements include signing up for at least two Silver, Gold and Platinum
offers.Copyright (c) 2004-2005 RewardsGateway com - RewardsGateway com is an independent
rewards program and is not affiliated with any of the listed products or retailers.
Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and retailers) are the property of their respective owners, who
have no association with or make any endorsement of the products or services provided by
RewardsGateway com.

1

This is a Rewards Gateway e-mail message. If you prefer not to receive e-mails from Rewards Gateway in the future, please write to us at:22647 Ventura Blvd Suite 258 Woodland Hills, CA 91364

To unsubscribe, from this ADVERTISEMENT:
http://a.opnletters.com/remove?r.RewardDept.0-712e329-1fed.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-712e329-1fed.ferronlaw.com.-jferron@a.opnletters.com

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

2

**From:** Online Gift Rewards [SpecialRewards@mx19136.dd02.com]
**Sent:** Wednesday, May 03, 2006 10:25 PM
**To:** jferron@ferronlaw.com
**Subject:** Congratulations on your Alienware Laptop offer jferron@ferronlaw.com

Click here to claim* your laptop

ONLINE GIFT REWARDS



Click here to claim* your laptop

**Online Gift Rewards' Gift Program is not endorsed, sponsored by or affiliated with Alienware® or Alienware Corporation. Such terms are registered trademarks of their respective owners.**

*This promotion is conducted exclusively by Online Gift Rewards and is subject to participation terms and conditions. Receipt of your item requires compliance with offer terms, including: age and residency requirements; registration with valid email address, shipping address and contact p. number; completion of user survey and sponsor promotions. Upon valid completion of all requirements, we will ship your item to your prov. shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over. Void where prohibited. If yo longer wish to receive Online Gift Rewards emails, visit the unsubscribe page on the Online Gift Rewards site or visit the http://www.onlinegiftrewards.com/suppress.htm. Or, print a copy of this email and send it along with your request to: Online Gift Rewards, 13800 Road Suite 203-251, Delray Beach, FL 33446.

To unsubscribe from this mailing list / ADVERTISEMENT: click here
or send a blank message to: r.SpecialRewards.0-7135aa8-74cc.ferronlaw.com.-jferron@mx19136.dd02.com

Optinrealbig com LLC
1333 W 120th Ave. Suite 101
Westminster, Colorado 80234



1

**From:** PrizeDept [PrizeDept@mx17187.uu02.com]
**Sent:** Thursday, May 04, 2006 2:09 PM
**To:** jferron@ferronlaw.com
**Subject:** $250 Visa Card - Offer Confirmation #48MM 9v7xv for jferron@ferronlaw.com

---

```
--------------------------------------------------------
$250 Visa Card   OfferConfirmation #48MM 9v7xv
To: Member #4587 Email: jferron@ferronlaw.com
--------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://mx17187.uu02.com/m/l?3rw-g57v-1-bto4-9v7xv

We have been trying to reach you in order to deliver your free* $250 Visa Card .

Please verify your shipping address and zipcode.
http://mx17187.uu02.com/m/l?3rw-g57v-2-bto4-9v7xv

Hot Gift Zone has for you a $250 Visa Card just for answering a survey and following
instructions on our website.

Please visit our website and verify your zipcode:
http://mx17187.uu02.com/m/l?3rw-g57v-3-bto4-9v7xv

Thank you and ENJOY!

Sincerely,

Laura Cruz
Customer Service Rep.
Hot Gift Zone
```



EXHIBIT
302

```
*Such terms are registered trademarks of their respective owners.

*This promotion is conducted exclusively by Hot Gift Zone and is subject to participation
terms and conditions. Receipt of your item requires compliance with offer terms, including:
age and residency requirements; registration with valid email address, shipping address and
contact phone number; completion of user survey and sponsor promotions. Upon valid completion
of all requirements, we will ship your item to your provided shipping address. Unless
otherwise indicated, participation eligibility is restricted to U.S. residents, 18 and over.
```

Void where prohibited. If you no longer wish to receive Hot Gift Zone emails, visit the unsubscribe page on the Hot Gift Zone site or visit the url: http://mx17187.uu02.com/m/l?3rw-g57v-4-bto5-9v7xv. Or, print a copy of this email and send it along with your request to: Hot Gift Zone, 13900 Jog Rd. Suite 203-251, Delray Beach, FL 33446.

To unsubscribe, from this ADVERTISEMENT:
http://mx17187.uu02.com/remove?r.PrizeDept.0-7141c10-4c79.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.PrizeDept.0-7141c10-4c79.ferronlaw.com.-jferron@mx17187.uu02.com

PrizeDept
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

| | |
|---|---|
| **From:** | RewardDept [RewardDept@mx17156.tt03.com] |
| **Sent:** | Thursday, May 04, 2006 8:28 PM |
| **To:** | jferron@ferronlaw.com |
| **Subject:** | WalMart- Offer Confirmation #239R-VDEC5736 for jferron@ferronlaw.com |

```
--------------------------------------------------------
WalMart GiftCard OfferConfirmation #239R-VDEC5736
To: Member #4031 Email: jferron@ferronlaw.com
--------------------------------------------------------

To receive your gift, please click on or cut and paste:
http://mx17156.tt03.com/m/l?3tb-g59r-1-b6z3-azskz

We have been trying to reach you in order to deliver your Free* WalMart Gift Card.

Please verify your shipping address and zipcode.
http://mx17156.tt03.com/m/l?3tb-g59r-2-b6z3-azskz

e-ResearchGroup has for you this $500 WalMart Gift Card just for answering a short survey and
following instructions on our website.

Please visit our website and verify your zipcode:
http://mx17156.tt03.com/m/l?3tb-g59r-3-b6z3-azskz

Thank you and ENJOY!

Sincerely,

Joey Kemp
Customer Service Rep.
e-ResearchGroup
```

**EXHIBIT**
**303**

```
* This promotion is conducted exclusively by E-ResearchGroup.com and is subject to
participation terms and conditions. Receipt of your item requires compliance with offer
terms, including: age and residency requirements; registration with valid e-mail address,
shipping address and contact phone number; completion of user survey and sponsor offers. Upon
valid completion of all Program Requirements, we will ship your item to your provided
shipping address. Unless otherwise indicated, participation eligibility is restricted to U.S
. residents, 18 and over. Void where prohibited.

Trademarks, service marks, logos, and/or domain names (including, without limitation, the
individual names of products and companies) are the property of their respective owners, who
```

1

have no association with and do not make any endorsement of the products or services provided by E-ResearchGroup.com.

To unsubscribe from receiving future e-mails for this offer from e-ResearchGroup, click the link below.

http://mx17156.tt03.com/m/l?3tb-g59r-4-beth-azskz

DirectToConsumerInteractive.com | 950 Walnut Bottom Road | Suite 15-212 | Carlisle, PA 17013

e-ResearchGroup is an independent rewards program for consumers and is not affiliate with, connected to, or sponsored by Wal-Mart Stores, Inc.

Wal-Mart is a registered service mark of Wal-Mart Stores, Inc.

To unsubscribe, from this ADVERTISEMENT:
http://mx17156.tt03.com/remove?r.RewardDept.0-71434a7-85f.ferronlaw.com.-jferron?r

or, send a blank message to:
mailto:r.RewardDept.0-71434a7-85f.ferronlaw.com.-jferron@mx17156.tt03.com

RewardDept - Advertisements
1333 W. 120th Ave Suite 101
Westminster Colorado 80234

2