IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN w. FERRON,

    Plaintiff,

  v.

METAREWARD, INC., et al.,

    Defendants.

Case No. 2:09-cv-430
JUDGE GREGORY L. FROST
Magistrate Judge Mark R. Abel

JOHN w. FERRON,

    Plaintiff,

  v.

ADTERACTIVE, INC., et al.,

    Defendants.

Case No. 2:09-cv-440
JUDGE GREGORY L. FROST
Magistrate Judge Mark R. Abel

JOHN w. FERRON,

    Plaintiff,

  v.

AZOOGLE.COM, INC., et al.,

    Defendants.

Case No. 2:09-cv-512
JUDGE GREGORY L. FROST
Magistrate Judge Mark R. Abel

**JOHN w. FERRON,**

    **Plaintiff,**

    **v.**
                                   **Case No. 2:09-cv-513**
                                     **JUDGE GREGORY L. FROST**
                                     **Magistrate Judge Mark R. Abel**

**SEARCH CACTUS, LLC, et al.,**

    **Defendants.**


**JOHN w. FERRON,**

    **Plaintiff,**

    **v.**
                                   **Case No. 2:09-cv-520**
                                     **JUDGE GREGORY L. FROST**
                                     **Magistrate Judge Mark R. Abel**

**WORLD AVENUE HOLDINGS, LLC, et al.,**

    **Defendants.**


## ORDER

On June 26, 2009, the named defendants in the captioned cases filed a joint motion in each case to consolidate the cases pursuant to Federal Rule of Civil Procedure 42(a). (Doc. # 9 in 2:09-cv-430; Doc. # 11 in 2:09-cv-440; Doc. # 8in 2:09-cv-512; Doc. # 9 in 2:09-cv-513; Doc. # 10 in 2:09-cv-520.) The motions indicate that Plaintiff intends to oppose consolidation.

In order to facilitate a prompt decision on consolidation and to avoid redundant filings, the Court **ORDERS** that the parties adhere to the following schedule:

(1) Plaintiff shall file a single combined memorandum in opposition to the motions to consolidate, which must be filed on the docket of each case, by July 6, 2009.

(2) Defendants shall file a single combined reply memorandum by July 10, 2009.

(3) The Court schedules the motions to consolidate for a July 13, 2009 non-oral hearing.

(4) Until the Court issues a decision on the motions to consolidate, all briefing on the pending motions to dismiss filed in several of the captioned cases is held in abeyance. The Court will issue a briefing schedule for the motions to dismiss following its consolidation decision.

**IT IS SO ORDERED.**

       /s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE