# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN W. FERRON, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:09-cv-430 |
| | : | |
| v. | : | Judge Frost |
| | : | |
| METAREWARD, INC., *et al.*, | : | Magistrate Judge Abel |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JOHN W. FERRON, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:09-cv-440 |
| | : | |
| v. | : | Judge Frost |
| | : | |
| ADTERACTIVE, INC., *et al.*, | : | Magistrate Judge Abel |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JOHN W. FERRON, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:09-cv-512 |
| | : | |
| v. | : | Judge Frost |
| | : | |
| AZOOGLE.COM, INC., *et al.*, | : | Magistrate Judge Abel |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JOHN W. FERRON, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:09-cv-513 |
| | : | |
| v. | : | Judge Frost |
| | : | |
| SEARCH CACTUS, LLC, *et al.*, | : | Magistrate Judge Abel |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JOHN W. FERRON, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:09-cv-520 |
| | : | |
| v. | : | Judge Frost |
| | : | |
| WORLD AVE HOLDINGS, LLC, *et al.*, | : | Magistrate Judge Abel |
| | : | |
| Defendants. | : | |

## NOTICE OF WITHDRAWAL OF ATTORNEY JESSICA G. FALLON

NOTICE IS HEREBY GIVEN that Attorney Jessica G. Fallon hereby enters her withdrawal as Of Counsel for Plaintiff in this matter.

Attorney Lisa A. Wafer will continue to represent Plaintiff in this matter.

Respectfully submitted,

| | |
|---|---|
| /s/ *Lisa A. Wafer* | /s/ *Jessica G. Fallon* |
| Lisa A. Wafer | Jessica G. Fallon |
| Oh. Sup. Ct. Reg. No. 0074034 | Oh. Sup. Ct. Reg. No. 0079169 |
| lwafer@ferronlaw.com | jfallon@ferronlaw.com |
| FERRON & ASSOCIATES | FERRON & ASSOCIATES |
| A Legal Professional Association | A Legal Professional Association |
| 580 North Fourth Street, Suite 450 | 580 North Fourth Street, Suite 450 |
| Columbus, Ohio 43215-2125 | Columbus, Ohio 43215-2125 |
| (614) 228-5225, 228-3255 fax | (614) 228-5225, 228-3255 fax |
| | |
| Trial Attorney for Plaintiff | Of Counsel for Plaintiff |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 25, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

                /s/ *Jessica G. Fallon*_____
                Jessica G. Fallon