UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN W. FERRON**,

    **Plaintiff,**

vs.

    Civil Action 2:09-cv-00520
    Judge Frost
    Magistrate Judge Deavers

**WORLD AVENUE HOLDINGS, LLC,** *et al.*,

    **Defendants.**

## ORDER

Defendants World Avenue Holdings, LLC and World Avenue USA, LLC's ("Defendants") March 29, 2010 Unopposed Motion For Extension of Time to File Answer (Doc. 50), requesting an extension of time of seven days to answer Plaintiff's Complaint, is **GRANTED**.

April 5, 2010                                                     /s/ *Elizabeth A. Preston Deavers*
                                                                     Elizabeth A. Preston Deavers
                                                                      United States Magistrate Judge