**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JOHN W. FERRON,**

      **Plaintiff,**

  v.                               **Case No. 2:09-cv-430**
                                    **JUDGE GREGORY L. FROST**
**METAREWARD, INC., et al.,**        **Magistrate Judge Mark R. Abel**

      **Defendants.**


**JOHN W. FERRON,**

      **Plaintiff,**

                                    **Case No. 2:09-cv-440**
  v.                              **JUDGE GREGORY L. FROST**
                                    **Magistrate Judge Mark R. Abel**
**ADTERACTIVE, INC., et al.,**

      **Defendants.**


**JOHN W. FERRON,**

      **Plaintiff,**

                                    **Case No. 2:09-cv-512**
  v.                              **JUDGE GREGORY L. FROST**
                                    **Magistrate Judge Mark R. Abel**
**AZOOGLE.COM, INC., et al.,**

      **Defendants.**


**JOHN W. FERRON,**

      **Plaintiff,**

                                    **Case No. 2:09-cv-513**
  v.                              **JUDGE GREGORY L. FROST**
                                    **Magistrate Judge Mark R. Abel**
**SEARCH CACTUS, LLC, et al.,**

      **Defendants.**

**JOHN W. FERRON,**

    **Plaintiff,**

    **v.**

**WORLD AVENUE HOLDINGS, LLC, et al.,**

    **Defendants.**

**Case No. 2:09-cv-520**
**JUDGE GREGORY L. FROST**
**Magistrate Judge Mark R. Abel**

## ORDER

Plaintiff's Motion to Dismiss "Counterclaims" of Media Breakaway, LLC in Civil Action Nos. 2:09-cv-430 and 2:09-cv-512 (Doc. # 50) shall come on for a non-oral hearing on June 4, 2010 at 8:00 a.m.

**IT IS SO ORDERED.**

    /s/   Gregory L. Frost
    GREGORY L. FROST
    UNITED STATES DISTRICT JUDGE