**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JOHN W. FERRON,**                                         NOTICE

        **Plaintiff,**

                                    **Case No. 2:09-cv-430**
        **v.**                                 **JUDGE GREGORY L. FROST**
                                      **Magistrate Judge Mark R. Abel**

**METAREWARD, INC., et al.,**

        **Defendants.**


**JOHN W. FERRON,**

        **Plaintiff,**

                                    **Case No. 2:09-cv-440**
        **v.**                                 **JUDGE GREGORY L. FROST**
                                      **Magistrate Judge Mark R. Abel**

**ADTERACTIVE, INC., et al.,**

        **Defendants.**


**JOHN W. FERRON,**

        **Plaintiff,**

                                    **Case No. 2:09-cv-512**
        **v.**                                 **JUDGE GREGORY L. FROST**
                                      **Magistrate Judge Mark R. Abel**

**AZOOGLE.COM, INC., et al.,**

        **Defendants.**

**JOHN W. FERRON,**

        **Plaintiff,**

                                    **Case No. 2:09-cv-513**
        **v.**                                 **JUDGE GREGORY L. FROST**
                                      **Magistrate Judge Mark R. Abel**

**SEARCH CACTUS, LLC, et al.,**

        **Defendants.**

**JOHN W. FERRON,**

      **Plaintiff,**

                                    **Case No. 2:09-cv-520**

     **v.**                            **JUDGE GREGORY L. FROST**

                                    **Magistrate Judge Mark R. Abel**

**WORLD AVENUE HOLDINGS, LLC, et al.,**

      **Defendants.**

          **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:            United States District Court           **MAY 14, 2010**
                      Joseph P. Kinneary U.S. Courthouse    **@ 9:00 A.M.** **
                      85 Marconi Boulevard
                      Columbus, Ohio 43215

TYPE OF PROCEEDING:    **TELEPHONE STATUS CONFERENCE**

** PARTIES HAVE BEEN PROVIDED WITH TELEPHONE NUMBER AND PASSCODE

                                       GREGORY L. FROST
                                       UNITED STATES DISTRICT JUDGE

DATE:  May 12, 2010

                                   _/s/ Kristin Norcia_____
                                    (By) Kristin Norcia, Judicial Assistant