**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **JOHN W. FERRON,** | |
| **Plaintiff,** | |
| v. | **Case No. 2:09-cv-430**<br>**JUDGE GREGORY L. FROST**<br>**Magistrate Judge Elizabeth Preston Deavers** |
| **METAREWARD, INC., et al.,** | |
| **Defendants.** | |

| | |
|---|---|
| **JOHN W. FERRON,** | |
| **Plaintiff,** | |
| v. | **Case No. 2:09-cv-440**<br>**JUDGE GREGORY L. FROST**<br>**Magistrate Judge Elizabeth Preston Deavers** |
| **ADTERACTIVE, INC., et al.,** | |
| **Defendants.** | |

| | |
|---|---|
| **JOHN W. FERRON,** | |
| **Plaintiff,** | |
| v. | **Case No. 2:09-cv-512**<br>**JUDGE GREGORY L. FROST**<br>**Magistrate Judge Elizabeth Preston Deavers** |
| **AZOOGLE.COM, INC., et al.,** | |
| **Defendants.** | |

**JOHN W. FERRON,**

    **Plaintiff,**

    **v.**                                **Case No. 2:09-cv-513**
                                          **JUDGE GREGORY L. FROST**
**SEARCH CACTUS, LLC, et al.,**       **Magistrate Judge Elizabeth Preston Deavers**

    **Defendants.**


**JOHN W. FERRON,**

    **Plaintiff,**

    **v.**                                **Case No. 2:09-cv-520**
                                          **JUDGE GREGORY L. FROST**
**WORLD AVENUE HOLDINGS, LLC, et al.,**   **Magistrate Judge Elizabeth Preston Deavers**

    **Defendants.**


## ORDER

On May 11, 2010, Plaintiff filed a motion to enforce a settlement agreement. (Doc. # 54 in 2:09-cv-430.)[1] This Court consequently held a telephone status conference on May 14, 2010. This Order memorializes the results of that conference as follows:

(1) Defendants file memoranda in opposition to the motion to enforce a settlement agreement by May 17, 2010.

(2) No reply memorandum is permitted.

(3) The Court sets a non-oral hearing on the motion for May 18, 2010.

(4) The Court admonished the parties for their inexplicable disregard of the Court's prior

---

[1] For ease of reference, this Court refers only to the document number of the motion in the first consolidated case.  This Order applies to the corresponding motion in each case.

discovery orders and directed the parties to adhere to all discovery deadlines.  The poor conduct of the parties and counsel have exhausted this Court's patience.  Continued failure to adhere to any order of this Court **will** result in the imposition of sanctions, including but not limited to sanctions against individual counsel as appropriate.

    **IT IS SO ORDERED.**

                                                /s/ Gregory L. Frost
                                        GREGORY L. FROST
                                        UNITED STATES DISTRICT JUDGE