IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN w. FERRON,

    Plaintiff,

  v.

METAREWARD, INC., et al.,

    Defendants.

Case No. 2:09-cv-430
JUDGE GREGORY L. FROST
Magistrate Judge E.A. Preston Deavers

JOHN w. FERRON,

    Plaintiff,

  v.

ADTERACTIVE, INC., et al.,

    Defendants.

Case No. 2:09-cv-440
JUDGE GREGORY L. FROST
Magistrate Judge E.A. Preston Deavers

JOHN w. FERRON,

    Plaintiff,

  v.

AZOOGLE.COM, INC., et al.,

    Defendants.

Case No. 2:09-cv-512
JUDGE GREGORY L. FROST
Magistrate Judge E.A. Preston Deavers

**JOHN w. FERRON,**

      **Plaintiff,**

    **v.**

**SEARCH CACTUS, LLC, et al.,**

      **Defendants.**

**Case No. 2:09-cv-513**
**JUDGE GREGORY L. FROST**
**Magistrate Judge E.A. Preston Deavers**


**JOHN w. FERRON,**

      **Plaintiff,**

    **v.**

**WORLD AVENUE HOLDINGS, LLC, et al.,**

      **Defendants.**

**Case No. 2:09-cv-520**
**JUDGE GREGORY L. FROST**
**Magistrate Judge E.A. Preston Deavers**

## **ORDER**

On May 25, 2010, the captioned cases came before the Court for a telephone status conference upon Defendants' suggestion that Plaintiff has engaged in spoliation of evidence. This Order memorializes the results of that conference as follows:

(1) Having reviewed letters submitted by the parties prior to the conference, the Court proceeded to listen to argument as to whether Plaintiff has engaged in the destruction of evidence and has violated the Orders of this Court.

(2) The Court **STAYED** all discovery in this litigation except for the limited sanctions-related discovery discussed below.

(3) By May 27, 2010, Plaintiff shall make available to Defendants' expert, C. Matthew Curtin, the previously undisclosed images of Plaintiff's home and work computers.  Defendants'

expert shall copy these images.

(4) By June 1, 2010, Defendants' expert shall complete his report.

(5) By June 2, 2010, Defendants' expert shall disclose the report to Plaintiff.

(6) By June 4, 2010, Plaintiff shall respond to the report as necessary.

(7) On June 10 and 11, 2010, Defendants shall take the depositions of Plaintiff and Plaintiff's expert, Scott T. Simmons.  The parties will schedule one deponent to be deposed one day and the other deponent the next day.

(8) By June 17, 2010, Plaintiff shall take the deposition of Curtin.

(9) By July 2, 2010, Defendants shall file their motion for sanctions.

(10) By July 16, 2010, Plaintiff shall file his memorandum in opposition to the motion for sanctions.

(11) By July 26, 2010, Defendants shall file their reply memorandum.

(12) The motion for sanctions shall come on for an oral hearing on September 3, 2010, at 9:00 a.m.  The parties may present testimony at that time or simply proceed to make oral argument based on whatever submissions they have filed with the Court.

(13) In the event that expert-related scheduling issues complicate any deadline set forth herein, the parties shall immediately contact Chambers to schedule a telephone conference.

**IT IS SO ORDERED.**

              /s/ Gregory L. Frost
              GREGORY L. FROST
              UNITED STATES DISTRICT JUDGE