**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN W. FERRON, | : | |
| Plaintiff, | : | Civil Action No. 2:09-cv-430 |
| v. | : | Judge Frost |
| METAREWARD, INC., et al., | : | Magistrate Judge Deavers |
| Defendants. | : | Consolidated with 2:09-cv-440; 2:09-cv-512; 2:09-cv-513 and 2:09-cv-520 |
| | | |
| JOHN W. FERRON, | : | |
| Plaintiff, | : | Civil Action No. 2:09-cv-440 |
| v. | : | Judge Frost |
| ADTERACTIVE, INC., et al., | : | Magistrate Judge Deavers |
| Defendants. | : | |
| | | |
| JOHN W. FERRON, | : | |
| Plaintiff, | : | Civil Action No. 2:09-cv-512 |
| v. | : | Judge Frost |
| AZOOGLE.COM, INC., et al., | : | Magistrate Judge Deavers |
| Defendants. | : | |
| | | |
| JOHN W. FERRON, | : | |
| Plaintiff, | : | Civil Action No. 2:09-cv-513 |
| v. | : | Judge Frost |
| SEARCH CACTUS, LLC., et al., | : | Magistrate Judge Deavers |
| Defendants. | :: | |

| | | |
|---|---|---|
| JOHN W. FERRON, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:09-cv-520 |
| | : | |
| v. | : | Judge Frost |
| | : | |
| WORLD AVENUE HOLDINGS, LLC, et al., | : | Magistrate Judge Deavers |
| | : | |
| Defendants. | : | |

### MOTION OF ALL DEFENDANTS FOR CLARIFICATION OR, IN THE ALTERNATIVE, TO EXTEND DEADLINES

Defendants in these consolidated cases hereby move this Honorable Court for Clarification or, in the alternative, to Extend Deadlines in these consolidated cases.  This motion is filed specifically to seek clarification or an extension of deadlines in connection with the May 25, 2010 Order of this Court (the "Order") in the above-captioned cases.

In its Order, the Court indicated that all discovery in this litigation would be stayed pending completion of sanctions-related discovery as described therein.  Defendants hereby respectfully request clarification from the Court as to whether the stay that has been ordered applies only with respect to *discovery-related* deadlines or as to the case schedule *as a whole* (with the exception of the sanctions-related process described in the Order).  To the extent that the stay was not intended to apply to the case schedule as a whole, Defendants respectfully request, in the alternative, that the Court extend the existing case schedule to allow for the completion of other, non-sanctions-related deadlines after September 3, 2010, the date specified in the Order.  For example, the deadline for amending pleadings and adding parties in these cases is today, May 27, 2010.  This deadline was set by the parties with the discovery cut-off deadline in mind.  Because the discovery cut-off deadline is being deferred, it makes sense to defer the deadline for amending pleadings and adding parties as well.

2

In light of the issues to be explored through the sanctions-related process set forth in the Order, Defendants submit that judicial economy would be best served by permitting the parties and the Court to complete that process before undertaking other procedural steps such as amending the Answers filed thus far. Accordingly, Defendants request that all case schedule deadlines be suspended until the disposition of a sanctions related hearing on September 3, 2010. Upon completion of the sanctions related activities in these consolidated cases, Defendants request that the Court set a scheduling conference in order to re-set the case deadlines.

On May 26, 2010 Counsel for Plaintiff advised Defendants that Plaintiff does not intend to oppose this motion.

Accordingly, the undersigned moves the Honorable Court for clarification of the stay set forth in the Order or, in the alternative, an extension of the case schedule deadlines.

May 27, 2010

| | |
|---|---|
| /s/ John Winship Read (per email authorization) | /s/ Jonathan S. Frankel |
| John Winship Read (0030827) | Eric J. Branfman* |
| Vorys, Sater, Seymour and Pease LLP | Jonathan S. Frankel* |
| 2100 One Cleveland Center | Ky E. Kirby* |
| 1375 East Ninth Street | Bingham McCutchen LLP |
| Cleveland, Ohio  44114-1724 | 2020 K Street NW |
| Telephone: (216) 479-6100 | Washington, DC 20006 |
| Facsimile: (216) 479-6060 | Telephone:  (202) 373-6000 |
| jwread@vorys.com | Facsimile:   (202) 373-6001 |
| | E-mail:  eric.branfman@bingham.com |
| Attorneys for Defendants World Avenue | jon.frankel@bingham.com |
| Holdings, LLC and World Avenue USA, LLC | ky.kirby@bingham.com |
| | |
| | Of Counsel for Defendant |
| | Media Breakaway, LLC |
| | |
| | * Admitted Pro Hac Vice |
| | |
| | Stephen D. Jones  (0018066) |
| /s/ Karen S. Hockstad (per email authorization) | Michael R. Traven (0081158) |
| Karen S. Hockstad  (0061308) | Roetzel & Andress, LPA |
| Shumaker, Loop & Kendrick, LLP | 155 East Broad Street, 12th Floor |
| 41 South High Street, Suite 2400 | Columbus, OH 43215 |
| Columbus, Ohio 43215 | Telephone: 614.463.9770 |
| Telephone: (614) 463-9441 | Facsimile: 614.463.9792 |
| Facsimile: (614) 463-1108 | E-mail:  sjones@ralaw.com |
| khockstad@slk-law.com | mtraven@ralaw.com |
| | |
| Attorney for Defendants Search Cactus, LLC, Aaron Weitzman, and David Weinberg; Adteractive, Inc. and Azoogle.com, Inc. | Trial Attorney for Defendant Media Breakaway, LLC |

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was filed electronically this 27th day of May, 2010. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 

                                              s/ Jonathan S. Frankel\
                                              Jonathan S. Frankel*\
                                              Bingham McCutchen LLP\
                                              2020 K Street NW\
                                              Washington, DC 20006\
                                              Telephone: (202) 373-6000\
                                              Facsimile: (202) 373-6001\
                                              E-mail: jon.frankel@bingham.co

                                              Of Counsel for Defendant\
                                              Media Breakaway, LLC\
                                              *Admitted Pro Hac Vice