**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN W. FERRON, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:09-cv-430 |
| | : | |
| v. | : | Judge Frost |
| | : | |
| METAREWARD, INC., *et al.* | : | Magistrate Judge E.A. Preston Deavers |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JOHN W. FERRON, | : | |
| | : | Civil Action No. 2:09-cv-440 |
| Plaintiff, | : | |
| | : | Judge Frost |
| v. | : | |
| | : | Magistrate Judge E.A. Preston Deavers |
| ADTERACTIVE, INC., *et al.,* | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JOHN W. FERRON, | : | |
| | : | Civil Action No. 2:09-cv-512 |
| Plaintiff, | : | |
| | : | Judge Frost |
| v. | : | |
| | : | Magistrate Judge E.A. Preston Deavers |
| AZOOGLE.COM, INC., *et al.,* | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JOHN W. FERRON, | : | |
| | : | Civil Action No. 2:09-cv-513 |
| Plaintiff, | : | |
| | : | Judge Frost |
| v. | : | |
| | : | Magistrate Judge E.A. Preston Deavers |
| SEARCH CACTUS, LLC, *et al.,* | : | |
| | : | |
| Defendants. | : | |

| | |
|---|---|
| JOHN W. FERRON, : | |
| : | Civil Action No. 2:09-cv-520 |
| Plaintiff, : | |
| : | Judge Frost |
| v. : | |
| : | Magistrate Judge E.A. Preston Deavers |
| WORLD AVE HOLDINGS, LLC, *et al.* : | |
| : | |
| Defendants. : | |

**STIPULATED DISMISSAL BY ALL REMAINING PARTIES, WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all remaining parties to these consolidated lawsuits, including plaintiff John W. Ferron and defendants, hereby jointly stipulate to the dismissal of this entire action, with prejudice.  Court costs shall be assessed to plaintiff.

SO STIPULATED:

| | |
|---|---|
| /s/ Lisa A. Wafer | /s/ Stephen Douglas Jones |
| Lisa A. Wafer (0074034) | Stephen Douglas Jones (0018066) |
| Ferron & Associates, | Roetzel & Andress, |
| A Legal Professional Association | A Legal Professional Association |
| 580 N. Fourth Street, Suite 450 | National City Plaza |
| Columbus, OH  43215 | 155 E. Broad Street, 12th Floor |
| (614) 228-5225 Telephone | Columbus, OH  43215 |
| lwafer@ferronlaw.com | (614) 463-9770 Telephone |
| Counsel for Plaintiff, | sjones@ralaw.com |
| John W. Ferron | Counsel for Defendant |
| | Media Breakaway, LLC |
| | |
| /s/ Karen S. Hockstad | /s/ John W. Read |
| Karen S. Hockstad (0061308) | John Winship Read (0030827) |
| Shumaker, Loop & Kendrick, LLP | Vorys, Sater, Seymour and Pease LLP |
| 41 South High Street, Suite 2400 | 2100 One Cleveland Center |
| Columbus, OH  43215 | 1375 E. Ninth Street |
| (614) 463-9441 Telephone | Cleveland, OH  44114 |
| khockstad@slk-law.com | (216) 479-6103 Telephone |
| Counsel for Defendants, | jwread@vorys.com |
| Adteractive, Inc., Azoogle.com, Inc., | Counsel for Defendants, |
| Search Cactus, LLC, Aaron Weitzman, | World Avenue Holdings, LLC, |
| David Weinberg | World Avenue USA, LLC |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2010, the Stipulated Dismissal by All Remaining Parties, With Prejudice was filed electronically by operation of the Court's electronic filing system, which will provide electronic record to all counsel registered for electronic service in the each of these consolidated lawsuits.

/s/ Lisa A. Wafer
Lisa A. Wafer